FILED
MAY 1 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
CIVIL COMPLAINT

Denard-Darnell: Neal )
P.O. BOX 1033 )
Federal Correctional Complex )
Coleman, Florida. 33521-1-33 ) CIVIL ACTION NO._____
Reg. No. 23843-008 )
Aggrieved Party/Plaintiff )
 )
         Vs. )
 )
HARRELL WATTS, ) Case: 1:07-cv-00915
320 First Street, N.W. ) Assigned To : Robertson, James
Washington, D.C. 20534 ) Assign. Date : 5/16/2007
NATIONAL INMATE APPEAL ADMINISTRATOR ) Description: Pro Se Gen. Civil
FEDERAL BUREAU OF PRISONS )
Respondent. )
 )

CIVIL COMPLAINT
JURY TRIAL DEMANDED
------------------------------------------------------------

I, Denard-Darnell, sui juris, of the Neal Family, in my capacity as the Secured Party/Creditor, Holder-In-Due-Course, Trade Name Owner, Record Owner, Internationally protected MAN upon the soil of Arizona Republic, Illinois Republic and Florida republic, beneficiary of the Original Jurisdiction, do present this document by Affidavit, waving no powers, Rights or Immunities by use of private, copyrighted Statutes, absent assent and proven by Contract affixed with my proper signatures and seal.

VIOLATIONS OF AGGRIEVED PARTY RIGHTS

Aggrieved Party asserts the following violations against the defendant HARRELL WATTS; VIOLATION OF AGGRIEVED PARTY RIGHT TO DUE PROCESS; VIOLATION OF AGGRIEVED PARTY RIGHT TO BE FREE OF EXTORTION, HARASSMENT AND RETALIATION; VIOLATION OF AGGRIEVED PARTY RIGHT TO BE FREE OF MEDICAL HARASSMENT; VIOLATION OF AGGRIEVED PARTY RIGHT TO BE SECURED IN HIS PERSON; VIOLATION OF AGGRIEVED PARTY RIGHT TO BE FREE OF DANGEROUS CHEMICALS INJECTED INTO AGGRIEVED PARTY PERSONAL PROPERTY (his Body). Aggrieved Party seek a JURY TRIAL to adjudicate the Rights of the Parties in this action.

RECEIVED
MAY 0 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

## JURISDICTION OF THE COURT

The UNITED STATES DISTRICT COURT, DISTRICT OF COLUMBIA has Jurisdiction to hear and adjudicate civil actions being brought against UNITED STATES, its agents, actors, officials, and employees by a foreign national or non Citizen of UNITED STATES. The Respondent name herein are agents and officials of the UNITED STATES, whose place of business is within the territory jurisdiction of the District of Columbia thereby granting this Court Jurisdiction as established by the Court charter under Article III. The Aggrieved Party invoke the UNITED STATES DISTRICT COURT, DISTRICT OF COLUMBIA ARTICLE III Power and Jurisdiction.

## IDENTIFICATION OF AGGRIEVED PARTY

I, Denard-Darnell, (hereinafter "Aggrieved Party") [U.C.C. 62A 1-201], sui juris, of the Neal Family, am a Sovereign, A Private Party with the unalienable and imprescriptable Rights to life, Liberty and Property, secured, protected and guaranteed by Yahweh Almighty, the state and Federal Constitutions, and the Rights and Remedies afforded by the Uniform Commercial Code.

Furthermore, this Aggrieved Party is a living, breathing, flesh and blood <u>human upon the soil,</u> (Indispensable Party) within the State of Arizona, State of Illinois and State of Florida, with sentient and moral existence, This Aggrieved Party is the Holder-In-Due-Course [62A 3-302] of the Document of Title, [U.C.C. 62A 1-201 (15) 5-102 (f)] a Secured Party/Creditor [U.C.C. 62A 9-105 (m)], Trade Name Owner and Record Owner. This Aggrieved Party is Non-Incorporated, Non-Debtor, Non-Person, Non-Citizen, Non-Resident, (a Non-Resident Alien of the District of Columbia), Non-Defendant, Non-Fiction, Non-Subject and Non-Participant in any government program.

For my purpose, by Affidavit in Rebuttal, I Denard-Darnell: Neal, sui juris, do hereby grant Limited USE OF THE TRADE NAMES DENARD DARNELL NEAL @ for the purpose of response to this Complaint ONLY.

No other use of Trade name is permitted unless expressly written consent is granted by Trade Name Owner. The Aggrieved Party and undersigned, having first-hand-knowledge of the facts herein and being of the age to contract, do DECLARE the following in Aggrieved Party's own authority, invoking the "Instrumentality Rule", i.e., Piercing the Corporate Veil Rule, in the first instance upon discovery of any debt, duty, claim or obligation. Let no action or writing be construed to imply the granting of any power of attorney, waiver of any Rights or assignment of Title, and on the undersigned's Unlimited Oath, I will tell the Truth and nothing but the Truth, in any Court, if called upon to do so. This Affidavit is in Commerce. This Aggrieved Party now states for the Official Record:

## STANDING OF AGGRIEVED PARTY

I, Denard-Darnell: Neal, sui juris do DECLARE that I am Sovereign <u>NOT</u> having the status of UNITED STATES CITIZENS, being without the jurisdiction and venue of the District of Columbia, having Secured the Rights of Sovereign, Aggrieved Party Non-Resident Alien meets the requirement to bring this Civil Action before this Court against UNITED STATES, its agents and Officials for the violation of Aggrieved Party unalienable and imprescriptable Rights.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

Plaintiff has met the exhaustion requirement in both claims and copies of the administrative remedies are attach along with the response from the aB.O.P. central office.

## STATEMENT OF FACTS

1.) Plaintiff state, that because Plaintiff has refuse to enter into an illegal and Fraudulent contract to allow bureau of prisons officials to steal funds from Plaintiff account, Plaintiff has been sanction.
2.) Plaintiff state, that any and all contracts must be enter into voluntary in order for said contract to be valid under law. Because Plaintiff will not enter into said contract defendant HARRELL WATTS is trying to sue force, extortion as a means to force Plaintiff into giving the bureau of prisons property (funds that do not belong to the bureau of prisons thereby constituting extortion) that is own by Plaintiff.

3.) Plaintiff state, that the bureau of prisons claim that Plaintiff own restitution via Plaintiff judgment-&-Commitment lack merit for the following reasons; (1) the B.O.P. lack Article III powers to collect any alleged debt due to UNITED STATES; (2) Any Judgment-&-Commitment obtain under fraud lack authority for any agency to enforce said judgment; (3) the Judgment-&-Commitment that pertains to Plaintiff is the register property of Plaintiff, Denard-Darnell: Neal, as evidence via exhibit-A; (4) the B.O.P., and all employees within the B.O.P., has **NEVER** won or even asserted a claim against plaintiff thereby Plaintiff has no legal debt to the bureau of prisons or any of its employees for any reason; as outline in Federal Department Collection Procedure Act of 1990 subchapter 3104 (a) which forbids any government agency (including the B.O.P.) from using harassment tactics, threats of sanctions or abusive language.

4.) Plaintiff states, that under 42 U.S.C. 1983, immunity will not attach to Judicial action when by those actions, they (government officials), knowingly violate well established statutory law, i.e. 18 U.S.C. 3663 (f) and (d) or when they knowingly circumvent the Federal Rules of Civil Procedure mandated in 28 U.S.C. 3001.

5.) Plaintiff state, that the B.O.P., F.R.P., (Financially Responibility Program), program is a voluntary program which Plaintiff has not and will not volunteer for, so as a means of retaliation HARRELL WATTS has impose sanctions and/or allowed B.O.P., staff to impose sanctions upon Plaintiff without affording Plaintiff any type of due process.

6.) Plaintiff states, that to enter into any contract with the B.O.P., would constitute fraud upon the fact that no claim has been asserted by the B.O.P., against Plaintiff thereby there is no establish debt owned to the B.O.P., where Plaintiff is the debtor.

7.) Plaintiff states, that any and all programs statements governing the B.O.P., do not give the B.O.P., lawful authority over the Plaintiff as Plaintiff is a Sovereign American Non-Citizen of the UNITED STATES Corporate Government thereby exempt from all codes, statutes, regulation, laws, policy and program statements.

8.) Plaintiff state, that the action defendant HARELL WATTS in trying to force Plaintiff to surrender funds for payment of an allege debt constitute Peonage upon Plaintiff personal property (his body).

9.) Plaintiff state, that the illegal attempt by defendant HARELL WATTS to force Plaintiff into a contract were the defendant would profit constitute a conversion and extortion.

## MEDICAL HARASSMENT

10.) Plaintiff state, that medical staff at U.S.P. Coleman-1 has continue to medical harass Plaintiff because Plaintiff has refuse to allow the injection of the dangerous T.B. test, also know as a PPD test, TUBERCULOSIS.

11.) Plaintiff state, that as a Sovereign Plaintiff have a right to refuse any and all medical treatment as well as the right to be secured in his body from dangerous chemicals.

12.) Plaintiff state, that the T.B., test given at U.S.P. Coleman-1 is nothing short of laboratory grow T.B., in which dangerous chemicals has been added to the T.B., to make the virus even more dangerous.

13.) Plaintiff state, that the injection of the T.B. virus would intentionallly subject Plaintiff to dangerous chemicals thereby endangering Plaintiff life and violating Plaintiff right to be secure in his body.

14.) Plaintiff state, that B.O.P., medical staff at any institution can not lay claim to Plaintiff personal property (the body) and that the body of Denard-Darnell: Neal, is the sole property of Denard-Darnell: Neal, as outline within the register Security Agreement No. P506739 (Form BM-49776) (Form BM-4242427).

15.) Plaintiff state, that in an attempt to ensure medical staff at U.S.P. Coleman-1 that Plaintiff is not infected with the T.B. virus Plaintiff has voluntary submitted to a chest X-ray and yet the medical staff at U.S.P. Coleman-1 continue to harass Plaintiff.

16.) Plaintiff state, that as a Hebrew Israelite it is against Plaintiff religious belief to subject Plaintiff body to dangerous government tests such as the T.B. test.

17.) Plaintiff states, that Mrs. Rhonda Hunter threaten to use force on Plaintiff for the refusal to take the T.B., test, constitute a violation of Plaintiff Right to secured in his person.

18.) Plaintiff state, that the T.B. test administer is not accurate and in fact the T.B. test is known to give off false positive and false negatives results and yet medical staff would use force on Plaintiff to administer a test that is nothing short of dangerous, violate Plaintiff right to be secured in his body, violate Plaintiff Belief as a Hebrew Israelite, give false positive and false negatives results.

## CLAIMS

19.) Plaintiff states, that defendant HARRELL WATTS has and continue to violate Plaintiff absolute, unalienable, imprescriptable, fundamental Rights under the Fifth Amendment to Due Process when the defendant refusae to lift the sanctions impose upon without Due Process.

20.) Plaintiff states, that defendant HARRELL WATTS has and continue to violate Plaintiff absolute, unalienable, imprescriptable, fundamental Rights under the Eighth Amendment to be free of cruel and unusual punishment when the defendant attempted to extort and harass Plaintiff out of funds.

21.) Plaintiff states, that defendant HARRELL WATTS violated and continue to violate Plaintiff absolute, unalienable, imprescriptable, fundamental Rights under the Eighth Amendment when the defendant via means of fraud and retaliation attempted to steal funds from Plaintiff.

22.) Plaintiff states, that defendant HARRELL WATTS has violated Federal Department Collections Procedure Act of 1990 subchapter 3104 (a), 18 U.S.C. 3663 (f) and (Federal Rules of Civil Procedure 28 U.S.C. 3001.

23.) Plaintiff state, that defendant HARRELL WATTS has violated Plaintiff absolute, unalienable, imprescriptable, fundamental Rights to be secured in Plaintiff body under the Fourth Amendment when defendant agent Rhonda Hunter force Plaintiff to take the T.B. test via the threat of violence.

24.) Plaintiff states, that defendants HARRELL WATTS has violated Plaintiff absolute, unalienable, imprescriptable, fundamental Rights under the First Amendment to practice the belief of Plaintiff Choice.

25.) Plaintiff states, that defendant HARRELL WATTS violated Plaintiff absolute, unalienable, imprescriptable, fundamental Rights under the Eighth Amendment to be free of dangerous and harmful chemicals injected into the personal property of Plaintiff (his body).

## RELIEF SOUGHT

1.) Plaintiff request a jury trial to adjudicate the rights of the parties to this action.

2.) Plaintiff request summary judgment be awarded to Plaintiff.

3.) Plaintiff request a judgment against defendant HARRELL WATTS for compensatory and punitive damages, together with the removal of all sanctions impose upon Plaintiff.

4.) Plaintiff state, that defendant HARRELL WATTS is being sued in his official and individual capacity, and that Plaintiff seek compensatory damages in the amount of $50,000.00 Fifty Thousand United States Dollars from defendant HARRELL WATTS in both his individual and official capacity for violations of Plaintiff Right to Due Process; Plaintiff Right to be free of extortion, harassment, retaliation, the Right to be free of Medical Harassment, the Right to be free of dangerous chemicals injected in Plaintiff body.

5.) Plaintiff state, that defendant HARRELL WATTS is being sued in his official and individual capacity, and that Plaintiff seek punitive damages in the amount of $50,000.00 Fifty Thousand United States Dollars from defendant HARRELL WATTS in both his individual and official capacity for violations of Plaintiff Right to Due Process; Plaintiff Right to be free of extortion, harassment, retaliation, the Right to be free of Medical Harassment, the Right to be free of dangerous Chemicals injected in Plaintiff body.

5.) Plaintiff seeks an order from the Court directing defendant (s) HARRELL WATTS or his successor to cease and and all injection (s) of dangerous chemicals (T.B. test) into the body of Denard-Darnell: Neal, a Sovereign American, non-citizen of the UNITED STATES.

O A T H

I, Denard-Darnell: Neal, sui juris on my unlimited oath and commercial liability swear under penalty of Perjury on the law of the State of Florida and the <u>u</u>nited States of America, that the foregoing is true correct and not meant to mislead.

Dated: *April 29, 2007*

*Denard-Darnell: Neal, Without PreJudice*
Denard-Darnell: Neal, Without Prejudice
Aggrieved Party, Sovereign American

Transmitting Utility Consent: *DENARD DARNELL NEAL*
DENARD DARNELL NEAL
23843-008
P.O. BOX 1033
Federal Correctional Complex
Coleman, Florida. 33521-1033
United States Penitentiary-1

-8-

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

07-915
JR

## I (a) PLAINTIFFS
DENARD D. NEAL

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE PR

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
# 23843-008

## DEFENDANTS
HARRELL WATTS

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE

Case: 1:07-cv-00915
Assigned To : Robertson, James
Assign. Date : 5/16/2007
Description: Pro Se Gen. Civil

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction
Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## ☐ E. General Civil (Other) OR ■ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
■ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

— 0 —

| ☐ G. *Habeas Corpus/ 2255*<br><br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br><br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br><br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br><br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br><br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br><br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br><br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br><br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ Multi district Litigation ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
42 USC 1983

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   DEMAND $ _____   Check YES only if demanded in complaint   JURY DEMAND: ☒ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   ☐ YES ☐ NO   If yes, please complete related case form.

DATE 5.16.07   SIGNATURE OF ATTORNEY OF RECORD  UCP

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.



Denard-Darnell: Neal
Aggrieved Party-Plaintiff
Exhibit-A; Register Judgment-&-Commitment

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

PAUL K. CHARLTON
TWO Renaissance Square
40 North Central, Suite 1200
Phoenix, Arizona. 85004-4408

FILED
SECRETARY OF STATE
IOWA

2005 SEP -6 P 4: 30

C-40

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME: DENARD-DARNELL NEAL

OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

1c. MAILING ADDRESS: P.O. BOX 1033 | CITY: Coleman | STATE: Fl | POSTAL CODE: 33521-1033 | COUNTRY: USA

1d. TAX ID #: SSN OR EIN: 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 | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION: Corporation | 1f. JURISDICTION OF ORGANIZATION: Private | 1g. ORGANIZATIONAL ID #, if any: 277 276 X11 | ☐ NONE

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

2a. ORGANIZATION'S NAME

OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

**UTILITY**

2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

2d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | ☐ NONE

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

3a. ORGANIZATION'S NAME

OR 3b. INDIVIDUAL'S LAST NAME: Neal | FIRST NAME: Denard-Darnell | MIDDLE NAME: N/A | SUFFIX

3c. MAILING ADDRESS: P.O. BOX 1033 | CITY: Coleman | STATE: Fl | POSTAL CODE: 33521-1033 | COUNTRY: usa

4. This FINANCING STATEMENT covers the following collateral: Cash EXchange (foreign) $24,000,000.00 Invoice Total: Twenty Four Million United States Dollars and zero cents. Record Owner: Denard-Darnell: Neal, Exemption ID#329649225. Items Exchange:Account(s) #89-0333M; CR-90-003-PHX-EHC-B; CR-90-03-01-PHX-EHC; CR-90-00003-001-PHX-EHC; Charge account #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 for the exchange and charge the same to the ORDER of:PAUL K. CHARLTON, 40 North Central, Suite 1200, Phoenix, Arizona. 85004-4408; the fees therefrom. See ATTACHED SHEETS: INVOICE NO(s).DDN-101562-A;B;C;D;E;
1. FRONT PAGE TO CRIMINAL COMPLAINT(s): 89-0333M;
2. FRONT PAGE TO SUPERSEDING INDICIMENT(s): CR-90-003-PHX-EHC;
3. FRONT PAGE TO REDACTED SUPERSEDING INDICIMENT(s): CR-90-003-PHX-EHC;
4. FRONT PAGE TO JUDGMENT AND COMMITMENT(s): CR-90-03-01-PHX-EHC;
5. FRONT PAGE TO PRESENTENCE REPORT(s): CR-90-00003-001-PHX-EHC;
Total Pages of Attachments (37)

5. ALTERNATIVE DESIGNATION (if applicable): ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR
6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum (if applicable) | 7. Check to REQUEST SEARCH REPORT(S) [ADDITIONAL FEE]
8. OPTIONAL FILER REFERENCE DATA

P517164

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)
FORM SHOULD BE TYPEWRITTEN OR COMPUTER GENERATED



**07 0915**
**FILED**

MAY 16 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

May.17. 2004 9:27AM    602 542 4066    No.9904   P. 4

## UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

9a. ORGANIZATION'S NAME: DENARD DARNELL NEAL

9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX

10. MISCELLANEOUS:

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one name (11a or 11b) - do not abbreviate or combine names

11a. ORGANIZATION'S NAME

11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

11d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any | □ NONE

**12. ADDITIONAL SECURED PARTY'S or ASSIGNOR S/P'S NAME** - insert only one name (12a or 12b)

12a. ORGANIZATION'S NAME

12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

13. This FINANCING STATEMENT covers □ timber to be cut or □ as-extracted collateral, or is filed as a [X] fixture filing.

14. Description of real estate:

15. Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

16. Additional collateral description:

```
cont... from box 8 (UCC-1)
ACCOUNT NO(s): 89-0333M-A;
INVOICE NO. DDN-101562-A;
INSTRUMENT VALUE: $4,000,000.00-PAGES (5).
ACCOUNT NO.(s): CR-90-003-PHX-EHC-B;
INVOICE NO. DDN-101562-B;
INSTRUMENT VALUE: $4,000,000.00-PAGES (5).
ACCOUNT NO (s): CR-90-003-PHX-EHC-C;
INVOICE NO. DDN-101562-C;
INSTRUMENT VALUE: $4,000,000.00-PAGES(4).
ACCOUNT NO(s): CR-90-03-01-PHX-EHC-D;
INVOICE NO. DDN-101562-D;
INSTRUMENT VALUE: $4,000,000.00-PAGES(3).
ACCOUNT NO(s): CR-90-00003-001-PHX-EHC-E;
INVOICE NO. DDN-101562-E;
```

17. Check only if applicable and check only one box.
Debtor is a □ Trust or □ Trustee acting with respect to property held in trust or □ Decedent's Estate

18. Check only if applicable and check only one box.
[X] Debtor is a TRANSMITTING UTILITY
□ Filed in connection with a Manufactured-Home Transaction — effective 30 years
□ Filed in connection with a Public-Finance Transaction — effective 30 years

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 07/29/98)

P517164

May.17. 2004  9:27AM    602 542 4366                                    No.9804   P. 4

## UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT
9a. ORGANIZATION'S NAME

DENARD DARNELL NEAL

9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX

10. MISCELLANEOUS:

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (11a or 11b) - do not abbreviate or combine names
11a. ORGANIZATION'S NAME

11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX
11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY
11d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any | □ NONE

12. □ ADDITIONAL SECURED PARTY'S or □ ASSIGNOR S/P'S NAME - insert only one name (12a or 12b)
12a. ORGANIZATION'S NAME

12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX
12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

13. This FINANCING STATEMENT covers □ timber to be cut or □ as-extracted collateral, or is filed as a [X] fixture filing.
14. Description of real estate:

16. Additional collateral description:

cont... from box 16 (UCC-1Ad)

INSTRUMENT VALUE: $ 4,000,000.00-PAGES (20).

ACCUMULATIVE VALUE TOTAL: $ 24,000,000.00

15. Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

17. Check only if applicable and check only one box.
Debtor is a □ Trust or □ Trustee acting with respect to property held in trust or □ Decedent's Estate
18. Check only if applicable and check only one box.
[X] Debtor is a TRANSMITTING UTILITY
□ Filed in connection with a Manufactured-Home Transaction — effective 30 years
□ Filed in connection with a Public-Finance Transaction — effective 30 years

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 07/29/98)

P517164

Denard-Darnell: Neal
Aggrieved Party-Plaintiff
Exhibit-B ; Exhaustion of Administrative Remedies

U.S. Department of Justice

Federal Bureau of Prisons

Central Office Administrative Remedy Appeal

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: __Neal: Denard-Darnell__   __23843-008__   __I__   __U.S.P. COLEMAN__
LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

**Part A - REASON FOR APPEAL** Because Program Statement is not Federal Law, nor can the B.O.P. circumvent federal case law in regard to this situation. The federal courts have said repeatedly that the B.O.P. have no authority to collect any payment. Because I have not payed my F.R.P., I have been placed in refusal status and my commissary spending limited has been restricted by the unit team, counsel Baker and unit manager Laracuente. In accordance with United States Vs. Mortimer, 94 F.3d 89 (CA 1996), the court may not delegate to the B.O.P. the responsibility to devise restitution payment, In United States vs. Albro, 32 F.3d 173, 174 (CA-5 1994), Article III Officer sentencing authority delegated to non-Article III official-unauthorized. In U.S. vs. Prouty, 303 F.3d 1249 (11th Cir. 2002), the Court of Appeals stated that the District Court can not delegate to any other agency the setting of payment scheduled or collection of fines or restitution and that payment by prisoners of fines or restitution is a core judicial function. The B.O.P., cannot force me to take part in any F.R.P., program, nor can the B.O.P. imposed sanctions for my refusal to take part in a voluntary program which the F.R.P. program is a voluntary program. Also to impose sanctions upon me for refusal to take part in the F.R.P. is
SEE ATTACHMENT...

__July 12, 2006__                           __Denard-Darnell: Neal - UCC 1-308__
DATE                                        SIGNATURE OF REQUESTER

**Part B - RESPONSE**

[RECEIVED stamp - Administrative Remedy Section]

[RECEIVED stamp - Administrative Remedy Section]

_____                         _____
DATE                                        GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE                  CASE NUMBER: __410152-__

**Part C - RECEIPT**
                                            CASE NUMBER: _____

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION
SUBJECT:_____

_____                         _____
DATE                                        SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

BP-231(13)

BP-11    ATTACHMENT

A direct violation of my Fifth Amendment Right to Due Process, sanctions has been impose upon me via the 25 dollars spending limited without any type of hearing because I refuse to volunteer for a voluntary program. The sanction impose upon my commissary spending limited constitute EXTORTION, HARASSMENT as outline in the Federal Debt Collection Procedures Act of 1990 (FDCPA) subchapter 3104 (a), which forbids any government agency (including the B.O.P.) from using harassment tactics as threats of sanctions or abusive language. The B.O.P. is trying to EXTORT money from me that I do not own it. The use of sanctions against me is a EXTORTION tactic because I have not been afforded any type of due process nor have I violated any type of rule which would allow the B.O.P. to impose sanctions upon me. The B.O.P. claim that my Judgment & Commitment gives the B.O.P. authorization to conduct its actions, the B.O.P., unit manager Laracuente and Counselor Baker have been provided notice of my change of status in my citizenship as well as the fact that the Judgment & Commitment, Presentence Report, Criminal Complaint, Superseding Indictment, Redacted Superseding Indictment is no longer the property of the Federal Courts, United States Attorneys Office, Department of Justice or the Bureau of Prisons. I have register the documents with the Iowa State Commercial Registry as my property as well as my name which is protected, see attachments; The B.O.P. cannot rely on documents that it or any other Federal agency (including the Federal Courts) do not own any more to grant it (B.O.P.), any type of authorization or jurisdiction to act against me. The B.O.P. and its staff should be mindful that under 42 U.S.C. 1983, immunity will not attach to judicial action when by those actions, they knowingly violated well established statutory law, i.e. 18 U.S.C. 3663 (f) and (d) or when they knowingly circumvent the Federal Rules of Civil Procedure mandated in 28 U.S.C. 3001. The B.O.P. lack Article III authority and lack standing in law to force me to take part in the F.R.P. program, I am requesting that my commissary spending limited restriction be remove immediately. Also the B.O.P. cannot bring forth any type of judgment & commitment that show , I own the B.O.P. any thing nor has any claim been file against me on behalf of the B.O.P. which has resulted in a judgment against me on behalf of the .O.P.!!!!

Dated: _July 12, 2006_
_Denard-Darnell: Neal, Sui Juris_
Denard-Darnell: Neal. Sui Juris
23843-008, UCC 1-308 Without Prejudice

**Administrative Remedy No. 410752-A2**
**Part B - Response**

This is in response to your Central Office Administrative Remedy Appeal in which you allege the Bureau of Prisons (BOP) does not have the authority to collect payments through the Inmate Financial Responsibility Program (IFRP). As relief, you request your commissary spending limit restriction be removed.

Our review reveals that the Warden and Regional Director adequately and thoroughly addressed the issue you raised. P.S. 5380.07, *Financial Responsibility Program, Inmate*, establishes a voluntary program through which inmates work with staff to develop a plan to meet their financial obligations, including court ordered felony assessments, costs, and restitution. One of the primary goals of the IFRP is to further rehabilitation through financial responsibility. The IFRP was developed in response to laws which require all law enforcement agencies to make a diligent effort to collect court ordered financial obligations.

As noted in your response from the Regional Director, the court ordered you to immediately pay a restitution of $11,178.00. Under the IFRP, the Bureau is providing you with an opportunity to demonstrate financial responsibility by addressing your financial obligation. On September 27, 2004, you were placed in FRP REFUSE status. We encourage you to work with your Unit Team regarding you current IFRP status, otherwise this will remain until your release or it is complete. Accordingly, your appeal is denied.

October 18, 2006
Date

Harrell Watts, Administrator
National Inmate Appeals

**U.S. Department of Justice**

**Federal Bureau of Prisons**

**Central Office Administrative Remedy Appeal**

---

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-DIR-9 and BP-DIR-10, including any attachments must be submitted with this appeal.

From: __NEAL, DENARD D__     __23843-008__     __E__     __U.S.P. COLEMAN__
LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**Part A—REASON FOR APPEAL**  First the BP-9 and BP-8 with there response were stolen by staff as an attempt to prevent me from pursuing this administrative remedy. The regional response is wrong, the CDC also state that the only sure and accurate way to test for T.B. is by x-ray. Also I will allow certain and limited treatment for illness, but the PPD test is not treatment, it is a test, I will not subject myself to germs that infect my body so that the B.O.P. can conduct the sick illegal medical test. My BP-8 and BP-9 were not so much about the PPD test as about medical staff harassing me after I have been given an x-ray which show that I don't have T.B., there is no need to keep calling me to medical to try and test me when the x-ray show I don't T.B.! Leviticus chapter 21:5 and Leviticus chapter 19:27 states that quote, (nor make any cuttings in their flesh) end quote, which mean needles piercing the skin. Under the First Amendment I have the <u>right</u> to worship the religious belief of my choice and the B.O.P. can detrime how I worship or practice my religious beliefs nor can the B.O.P. strip away my First Amendment. I want the medical harassing to stop, I have and will submit to a medical x-ray for T.B. testing but I will not submit to the PPD test for T.B., which violate my right to be secure in my person, Fourth Amendment.

March 16, 2005     _Denard Darrell Neal_
DATE     SIGNATURE OF REQUESTER

**Part B—RESPONSE**

---

DATE

ORIGINAL: RETURN TO INMATE

GENERAL COUNSEL

CASE NUMBER: __359607-A1__

**Part C—RECEIPT**     CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

SUBJECT: _____

_____     _____
DATE     SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

BP-231(13)
APRIL 1982

Administrative Remedy No. 359607-A1
Part B - Response

You allege that Bureau medical staff have denied your rights by calling you to the clinic to take the TB skin test. You claim this is an attempt by medical staff to harass you and inject germs into your body. You allege you cannot receive a TB skin test based on your religious beliefs.

In accordance with Program Statement (P.S.) 6190.02, <u>Infectious Disease Management</u>, "TB screening is mandatory for all federal inmates, at initial intake screening, on a yearly basis, and when clinically indicated. All TB screening is valid for one year unless otherwise clinically indicated." The Bureau mandates this policy and follows clinical practice guidelines based on the Centers for Disease Control and Prevention (CDC) recommendations, because it is a public health control measure to conduct screening, testing, and take measures to prevent TB outbreaks in prison populations. Bureau staff have the responsibility to monitor, manage, and report infectious disease, and to protect the public health and safety of all persons in federal prison facilities. The TB skin test by purified protein derivative (PPD) is the primary screening method unless the diagnostic test is medically contraindicated." The PPD is a sterile, synthetic solution that has been prepared in a laboratory. The TB skin test remains the simplest, most reliable, and least restrictive diagnostic aid available, and is recommended by the CDC to identify individuals infected with TB. The CDC recommends performing TB skin testing in inmates of correctional facilities. If the test is reactive (positive), then a chest radiograph is recommended to determine if there is any evidence of active disease. Since TB is a bacteria that may spread through the air from person to person, the Bureau mandates TB screening and tests to protect the health and safety of all inmates, staff, and visitors. Public health goals to detect TB infection and prevent the risk of an outbreak in prison outweigh individual interests, and there is no reason to justify the withholding of TB screening and testing based on your religious belief and practices.

A review of your medical record indicates you have not taken the primary TB skin test on an annual basis. There is no clinical evidence to preclude you from TB testing and are mandated by federal policy to comply with TB testing. The staff at USP Coleman should follow Bureau policy and work with you as necessary to educate and enable your understanding in the importance of TB screening and testing. Staff are available to answer any questions or concerns you should have. Based on BOP policy, you will be ordered to take the TB skin test. If you refuse, Bureau staff will follow policy and local procedures based on your failure to follow an order. The Clinical Director will make the determination when you are cleared for general population. We urge you to follow up with the Clinical Director if there are any questions or concerns. You are strongly encouraged to comply with the mandatory TB screening policy. Accordingly, we concur with the responses provided. Based on the above, your appeal is denied.

May 20, 2005
Date

Harrell Watts, Administrator
National Inmate Appeals