UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED

JUN  8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| Denard-Darnell: Neal, | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | CIVIL ACTION NO. 07-0915 JR |
| | ) | |
| HARRELL WATTS, | ) | |
| Defendant. | ) | |
| | ) | |

------------------------------------------------------------

PLAINTIFF MOTION FOR EXTENSION OF TIME TO
PAY PARTIAL FILING FEE.

------------------------------------------------------------

Comes now, Plaintiff Denard-Darnell: Neal, hereby proceeding pro se would move this Honorable Court to grant this motion for an extension of time requested herein for the following reasons.

STATEMENT OF FACTS

1.) Plaintiff is an pauper and lack his own personal funds and thereby rely on family members for help and support.

2.) Because Plaintiff family has went through a recent financial crisis which has drain the family financial reserve, Plaintiff family is unable to meet the required partial filing fee at this time and due to this problem Plaintiff seek an extension of time to provide the partial filing fee to the Court.

3.) Because of the above outline problem Plaintiff request an extension of time until Friday July 20, 2007 to pay the partial filing fee.

4.) Plaintiff state, because the defendant has not been serve with the Plaintiff complaint the requested extension of time would not injury the defendant.

<u>RELIEF SOUGHT</u>

1.) Plaintiff request the Court grant Plaintiff an extension of time until Friday July 20, 2007 to pay the partial filing fee to the Court.

<u>CONCLUSION</u>

I, Denard-Darnell: Neal, declare under Declaration of Perjury under the Laws of Florida Republic and the Laws of the United States that the above is true, correct, complete to the best of my knowledge.

Executed on this __4th__ day of __June__ 2007.

Denard-Darnell: Neal, WITHOUT PREJUDICE
23843-008,  UCC 1-308
P.O. BOX 1033
Federal Correctional Complex
Coleman, Florida. 33521-1033
United States Penitentiary-1