ATTENTION...ATTENTION...ATTENTION...ATTENTION...ATTENTION...

Dear Clerk of court,

Please be advise that I, Denard-Darnell: Neal, has been transfer from UNITED STATES PENITENTIARY COLEMAN-1, I do not know were I am being trasfer to. I am requesting that the following cases pending in the UNITED STATES DISTRICT COURT DISTRICT OF COLUMBIA (Denard-Darnell: Neal Vs. JOHN SNOW, CIVIL ACTION NO. 07-5145, COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA) (Denard-Darnell: Neal Vs. ALBERTO GONZALES, CIVIL ACTION NO. 06-0610 (JDB)); Denard-Darnell: Neal Vs. HARRELL WATTS, CIVIL ACTION NO. UNKNOWN) please advise the court that I Denard-Darnell: Neal has been transfer and request a stay in all proceeds in both the UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA AND THE UNITED STATES DISTRICT COURT DISTRICT OF COLUMBIA.

EXECUTED THIS 18th DAY OF June 2007.

*Denard-Darnell: Neal*

Denard-Darnell: Neal, WITHOUT PREJUDICE
23843-008
P.O. BOX 1033
Federal Correctional Complex
Coleman, Florida. 33521-1033
UNITED STATES PENITENTIARY-1

RECEIVED
JUN 25 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT