UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DENARD-DARNELL NEAL<br>P.O. Box 1033<br>Federal Correctional Complex<br>Coleman, Florida 33521-1-33<br>Reg. No. 23843-008<br><br>    Plaintiff<br> v.<br><br>HARRELL WATTS<br>National Inmate Appeal Administrator<br>Federal Bureau of Prisons<br>320 First Street, N.W.<br>Washington, D.C. 20534<br>    Defendant. | )<br>)<br>) Civil Action No.: 07-0915 (JR)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Kenneth Adebonojo as counsel for Defendant in the above-captioned case.

      /s/
      KENNETH ADEBONOJO
      Assistant United States Attorney
      555 4th St., N.W.
      Washington, D.C. 20530
      (202) 514-7157
      kenneth.adebonojo@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of July, 2007, I caused the foregoing Praecipe to be served on Pro Se Plaintiff, **Denard D. Neal**, postage pre-paid and addressed as follows:

DENARD D. NEAL
#23843-008
Coleman F.C.C.
Coleman, Florida 33521

/s/
KENNETH ADEBONOJO
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7157
kenneth.adebonojo@usdoj.gov