UNITED STATES DISTRICT COURT

FOR THE DISTRICT FO COLUMBIA

Denard-Darnell: Neal,

    Plaintiff,

    Vs.          Action No. 07-0915 JR

HARRELL WATTS,

Defendant.

RECEIVED

JUL 1 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

ADDING ANOTHER COMPLAINT AND DEFENDANT.

I, Denard-Darnell, sui juris, of the Neal Family, in my capacity as the Secured Party/Creditor, Holder-In-Due-Course, Trade Name owner, Record Owner, International Protected Man upon the soil of Illinois Republic, Florida Republic, Arizona Republic, and California Republic, and beneficiary of the Original Jurisdiction, do present this document by Affidavit, waving no Powers, Rights or Immunities by use of Private, copyrighted statute, absent assent and proven by contract affixed with my proper signature and seal.

Plaintiff has a civil action pending before the Court, because the UNITED STATES ATTORNEY GENERAL has fail to response to Plaintiff International Administrative Remedy file with the UNITED STATES ATTORNEY GENERAL and because the issues in relation to Plaintiff deal with Plaintiff status as an NON-UNITED STATES CITIZEN AND APPORIATE HOUSING FOR PLAINTIFF. Plaintiff request that the Court grant Plaintiff 15 days to submit an Amended Complaint to the Court.

RELIEF SOUGHT

1.) Plaintiff seek leave to file an Amemded Complaint as well as 15 days to file said Amemded Complaint.

O A T H

I Denard-Darnell of the Neal Family, sui juris, on my unlimited commercial oath, declare under penalty of perjury of the laws of the State of California, adn the united States of America that the foregoing facts are true, correct and not misleading to the best of my knowledge.

Dated: July 15, 2007

*Denard-Darnell:Neal, Without PreJudice*

Denard-Darnell: Neal, Without Prejudice

23843-008, UCC 1-308

UNITED STATES PENITENTIARY

P.O. BOX 019001

Atwater, California. 95301