UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DENARD DARNELL NEAL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-0915 (JR) |
| ) | |
| HARRELL WATTS, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This matter is before the Court on plaintiff's "Motion for Leave to File an Amended Complaint Adding Another Complaint and Defendant." The motion will be denied without prejudice.

Generally, a plaintiff may amend his complaint once as a matter of course where, as here, no responsive pleading has yet been served. *See* Fed. R. Civ. P. 15(a). However, the amended pleading must comply with the Federal Rules of Civil Procedure and the local rules of this Court. To his motion for leave to file an amended pleading, a plaintiff must attach an original of the proposed pleading as amended. LCvR 7(*I*); LCvR 15.1. The caption of the proposed amended pleading must include the names and addresses of all the parties, LCvR 5.1(e), and "[a]ll averments of claim [] shall be made in numbered paragraphs, the contents of each of which shall be limited as far as practicable to a statement of a single set of circumstances." Fed. R. Civ. P. 10(b). Plaintiff may include any additional defendants, claims, counts, or demands for relief in an amended complaint.

10(b).  Plaintiff may include any additional defendants, claims, counts, or demands for relief in an amended complaint.

Accordingly, it is hereby

**ORDERED** that plaintiff's motion to amend his complaint [Dkt. #9] is **DENIED WITHOUT PREJUDICE** to the filing of an amended pleading which conforms to the applicable Federal Rules of Civil Procedure and the local rules of this Court.

**SO ORDERED**.

Dated: 7/30/07

_____
JAMES ROBERTSON
United States District Judge