UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

CIVIL ACTION NO. ~~07-0115~~ (JR)
C7-915

Denard-Darnell: Neal

    Plaintiff,

Vs.

Harrell Watts,

    Defendant.

**RECEIVED**
OCT 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

---

PLAINTIFF MOTION TO COMPEL DEFENDANT TO SERVE PLAINTIFF WITH A COPY OF DEFENDANT MOTION TO DISMISS

PLAINTIFF MOTION FOR EXTENSION OF TIME

---

I, Denard-Darnell, sui juris, of the Neal Family, in my capacity as the Secured Party/Creditor, Holder-In-Due-Course, Trade Name Owner, Record Owner, Internationally Protected Man upon the soil of Iowa Republic, Illinois Republic, Florida Republic, and beneficiary of the Original Jurisdiction, do present this document by Affidavit, waving no Powers, Rights or Immunities by use of private, copyrighted statutes, absent assent and proven by contract affixed with my proper signature and seal.

### FACTS

1.) Plaintiff is in receipt of the Court order dated August 30, 2007, Plaintiff received this order on September 21, 2007 via the standard unit mail call after 4PM.

2.) Plaintiff state, that Plaintiff can not response to the

defendant motion to dismiss, because the defendant has either fail to provide Plaintiff with a copy of said motion or agents of the defendants working at UNITED STATES PENITENTIARY ATWATER (hereinafter-U.S.P. Atwater), mailroom has intercepted Plaintiff mail thereby stealing Plaintiff legal mail, but in any case Plaintiff has not receive the defendants motion to dismiss.

3.) Plaintiff state, that the Court order dated August 30, 2007 was received by Plaintiff on September 21, 2007, and that the August 30, 2007 Court order impose a deadline of September 25, 2007, which makes Plaintiff ability to response impossible; given the fact that Plaintiff has never been provided a copy of any brief/motion to dismiss by defendant or anyone representing the defendant.

4.) Plaintiff state, that the defendant Harrell Watts is using his authority to hinder, and impede and have Plaintiff mail tamper with by using his agents working at U.S.P. Atwater mailroom. Even if the defendants did mail the Plaintiff a copy of defendant motion to dismiss, the failure of defendant Harrell Watts to issue any type of discipline to staff or honor any type of administrative remedy has created an environment were staff corruption has grown out of control at U.S.P. Atwater, thereby defendant Harrell Watts share responsibility for staff misconduct and criminal behavior. Also the defendant has a responsibility to ensure that Plaintiff receive any and all copies of motions/briefs submitted by defendant in relation to this civil action, thereby making any and all Certificates of Service file by defendant Harrell Watts to the Court were said Certificate of

Service show that Plaintiff has been serve, FRAUDULENT DOCUMENTS, because Plaintiff has not been serve a copy of any brief/motion to dismiss by defendant Harrell Watts.

5.) Plaintiff state, that Plaintiff Mother Cecelia Hill acting with Plaintiff Power of Attorney and as Plaintiff agent was instructed by Plaintiff to Call the Clerk of Court on Monday September 24, 2007 to request a telephone extension of time and to explain the problem, this action by Plaintiff Mother should have taken place by the time the Court received this motion.

6.) Plaintiff state, that sense the filing of this civil action, there has been no contact made by the defendant Harrell Watts toward Plaintiff in any manner by anyone.

7.) Plaintiff state, to the UNITED STATES DISTRICT COURT that under no circumstances DO PLAINTIFF PLAN TO ABANDON THIS CIVIL ACTION, and for further reference, any time Plaintiff fail to response to any motion/brief and/or Court Order it is not because Plaintiff has abandon this civil action, it is because Plaintiff has not receive his mail.

8.) Plaintiff state, that staff working at U.S.P. Atwater mailroom has and continue to tamper with Plaintiff mail, case in point, Plaintiff Mother sent Plaintiff a Certified mail package, upon receiving the mail the mailroom staff held the mail for five days and refuse to give Plaintiff his mail even after Plaintiff Mother had the Post Office track and confirm that the mail had been deliver to U.S.P. Atwater and mailroom staff J. Lopez sign for the mail. It wasn't until Plaintiff Mother talk to Beverly Mason who is the Regional Counselor for this Region that governs U.S.P. Atwater, Ms. Mason then

call U.S.P. Atwater and order staff to release Plaintiff Certified mail. Any staff holding any mail is in direct violation of 18 U.S.C. Section 1701, 1702, 1703, which outline the criminal violation of mail tampering, theft of mail and impeding the mail by anyone.

## RELIEF SOUGHT

1.) Plaintiff seek a Court Order directing defendant Harrell Watts to provide Plaintiff with a copy of defendant motion to dismiss and to take what ever means necessary to ensure Plaintiff receive the mail.

2.) Plaintiff seek a Court Order giving Plaintiff a new time line to response to defendant motion after delivery of defendant motion to the Plaintiff can be proven to the Court via Post Office signature conformation.

3.) Plaintiff seek a Court Order directing the defendant Harrell Watts to submit a Sworn notarize Affidavit stating that the defendant did in fact mail a copy of defendant motion to dismiss to Plaintiff.

4.) Plaintiff seek the defendant to Alert the Postal Inspector of the criminal violations being conducted by mailroom staff at U.S.P Atwater.

## SOVEREIGN OATH

I, Denard-Darnell, sui juris, of the Neal Family, being a Sovereign American, do DECLARE upon My Word of Honor that the above mentioned is True, to the Best of My knowledge and belief; also, this Sovereign American DOES SWEAR under the Pains and Penalties of Perjury, under True California Law, as

well as the Laws of the united States of America; and, as a Secured Party and Creditor, I DO GIVE freely of my Unlimited Commercial Oath, without Dishonor and without Prejudice, that these documents are True, Correct, Complete, and not meant to Mislead, before Yahweh almighty.

Dated this 25th day of September 2007 C.E.

By: *Denard-Darnell: Neal, Without PreJudice*

Denard-Darnell: Neal, WITHOUT PREJUDICE

23843-008

UNITED STATES PENITENTIARY

P.O. BOX 019001

Atwater, California. 95301

# CERTIFICATE OF SERVICE

I, **Denard Darnell: Neal**, hereby certify that I have served a true and correct copy of the following: **Plaintiff Motion To Compel Defendant To Serve Plaintiff With A Copy of Defendant Motion To Dismiss / Plaintiff Motion For Extension of time. Total of 5 pages**

Which is deemed filed at the time it was delivered to prison authorities for forwarding, <u>Houston v. Lack</u>, 101 L.Ed.2d 245 (1988), upon the defendant/defendants and or his attorney/attorneys of record, by placing same in a sealed, postage prepaid envelope addressed to:

Harrell Watts
Federal Bureau of Prisons
320 First Street, N.W.
Washington, D.C. 20534
Certified Mail No. 7006 0100 0002 9358 9390

and deposited same in the United States Mail at

I declare, under penalty of perjury (Title 28 U.S.C. §1746), that the foregoing is true and correct.

Dated this 25th day of September, 2007.

Denard-Darnell: Neal, Without PreJudice
23843-008
United States Penitentiary
P.O. Box 019001
Atwater, California. 95301