UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DENARD D. NEAL, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 07-0915 (JR) |
| HARRELL WATTS, | : |
| Defendant. | : |

**ORDER**

    Plaintiff's motion to compel [#16] is **granted**. It appears that, when defendant filed his motion to dismiss [#11], he did not comply with Local Civil Rule 5.4(d)(2), which requires traditional, hard copy service (and certificates of service) on parties like this plaintiff, who do not have access to the Court's electronic filing system. Defendant shall properly serve his motion and file a certificate of service not later than October 9, 2007. Plaintiff will have until November 12, 2007, to file his opposition or other response to the motion. Plaintiff is advised that, if he fails to file a timely opposition, the motion may be treated as conceded. Defendant's reply, if any, will be due not more than 11 days after plaintiff's opposition is entered on the electronic docket. It is **SO ORDERED**.

JAMES ROBERTSON
United States District Judge