UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DENARD D. NEAL,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**HARRELL WATTS,** )<br>)<br>Defendant. )<br>) | Civil Action No. 07-915 (JR) |

**DEFENDANT'S NOTICE OF SERVICE OF MOTION TO DISMISS**

Defendant Watts respectfully files this Notice to inform the Court that Defendant's Motion to Dismiss was sent, this 5th day of October, 2007, to *pro se* Plaintiff, via Certified Mail, Receipt No. 7001 1940 0001 2055 2834 to:

Denard Darnell Neal
Reg. No. 23843-008
USP Atwater
U.S. Penitentiary
P.O. Box 019001
Atwater, CA 95301

Date: October 5, 2007

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

/s/
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

/s/
KENNETH ADEBONOJO
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7157