UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

CIVIL ACTION NO. 07-0115 (JR)

Denard-Darnell: Neal,

    Plaintiff,

Vs.

Harrell Watts,

    Defendant.

**RECEIVED**

OCT 2 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PLAINTIFF MOTION FOR RULE 60 (b) FOR FRAUD

UPON THE COURT AND PROSECUTORIAL MISCONDUCT:

------------------------------------------------

I, Denard-Darnell, sui juris, of the Neal Family, in my capacity as the Secured Party/Creditor, Holder-In-Due-Course, Trade Name Owner, Record Owner, Internationally Protected Man upon the soil of Iowa Republic, Illinois Republic, Florida Republic, and beneficiary of the Original Jurisdiction, do present this document by Affidavit, waving no Powers, Rights or Immunities by use of private, copyrighted statutes, absent assent and proven by contract affixed with my proper signature and seal.

FACTS OF PROSECUTORIAL MISCONDUCT

VIOLATION OF RULE 60 (b):

1.) On October 10, 2007, Plaintiff was given certified legal mail by Case Manager C. LIWAG, the legal mail was seal when Plaintiff signed for the certified mail; certified mail no. 7001 1940 0001 2055 2834. Upon Mr. LIWAG, opening the mail in Plaintiff face Mr. LIWAG, not the Plaintiff extracted the

contents of the envelope and produce a single page document with the declaration as follow; (DEFENDANT'S NOTICE OF SERVICE OF MOTION TO DISMISS), see copy of letter as attachment-A.

2.) Plaintiff state, that there was no defendant's motion to dismiss place in the envelope nor has Plaintiff receive any other mail from Mr. KENNETH ADEBONOJO, Assistant United States Attorney.

3.) Plaintiff state, that the U.S. Attorney notice of service of motion to dismiss is fraud upon the Court. The U.S. Attorney is well aware that there has been no intention to provide Plaintiff with a copy of defendant motion to dismiss in hopes of Plaintiff defaulting thereby allowing the Court to dismiss the Plaintiff action for lack of prosecution.

4.) Plaintiff state, that the U.S. Attorney is an officer of the Court and as such can not intentionally submit fraudulent documents to the Court and to do so constitute FRAUD UPON THE COURT. It is not an accident the U.S. Attorney has submitted a NOTICE OF SERVICE OF MOTION TO DISMISS to the Court when no such service has took place. The submission of false documents on behalf of the U.S. Attorney is a Violation of, Title 18, Part-1, Chapter 47, Sec. 1001: Which States: Except as otherwise provided in this section, whoever, in any manner within the Jurisdiction of the executive, legislative, or judicial branch of the Government of the United States, knowingly and willfully falsifies, conceals, or cover up by trick, scheme, or device a material fact; makes any materially false, fictitious, or fraudulent statement or representation; or makes or uses any false writing or

document knowing the same to contain any materially false, fictitious, or fraudulent statement or entry. Section. 1001- statements or entries generally materially false, fictitious, or fraudulent.

Source: (June 25, 1948, ch. 645, 62 stat. 749; Sept 13, 1994, Pub. L. 103-332, title XXXIII, Sec. 330016 (1) (L) 108 stat. 2147).

5.) The U.S. Attorney is not only playing games in hopes of this action being dismiss by the Court, the U.S. Attorney has also ensure that no responsibility can be assign to any of the three U.S. Attorney's who name appear on the document ( NOTICE OF SERVICE OF MOTION TO DISMISS), as there is no signature on the document by any of the U.S. Attorney's. Also in violation in Rule 11. Fed.R.Civ.P., Which state: Signing of Pleadings, Motions, and Other Papers; Representation to the Court; Sanctions. (a) SIGNATURE. Every pleading, written motion, and other paper shall be signed by at least one attorney of record in the attorney's individual name, or, if the party is not represented by an attorney shall be signed by the party. Each paper shall state the signature's address and telephone number, if any. Except when otherwise specifically provided by rule or statute, pleadings need not be verified or accompanied by Affidavit. An unsigned paper shall be stricken unless omission of the signature is corrected promptly after being called to the attention of the attorney or party.

6.) Plaintiff state, that it is very clear that for the second time the defendant has fail to provide Plaintiff with a copy of the defendant motion to dismiss thereby obstructing

the Plaintiff right to response to the defendant motion. The clear and intentional obstruction of Plaintiff Right to seek judicial review as protected by the First Amendment Right TO PETITION THE GOVERNMENT FOR REDRESS OF GRIEVANCE; and the intentional fraud committed by the U.S. Attorney's assign to this action is nothing short of criminal in the submission of fraudulent document to the Court with the clear intention of tricking and deceiving the Court into believing in lies and deception.

7.) Plaintiff state, that the defendant's action is actionable under sanctions the court can impose in which Plaintiff herein request the following sanctions be imposed upon the defendant.

## REQUESTED SANCTIONS

1.) Plaintiff request the Court grant summary judgment to Plaintiff and set the matter for trial.

2.) Plaintiff request that the Court award Plaintiff a declaratory Judgment and order the immediate removal of any and all sanction imposed upon the Plaintiff commissary account.

3.) Plaintiff request that the Court issue an order to bureau of prisons official Harley Lappin to cease the injection of the T.B. test (PPD) into the Plaintiff until this issue can be settle at trial.

4.) Plaintiff request an order from the Court enjoining the bureau of prisons from retaliation against Plaintiff by way of perpetual transfer (i.e. diesel therapy).

5.) Award compensatory damages in the following amounts;

$50,000.00 Fifty Thousand United States Dollars from defendant Harrell Watts in both his individual and official capacity for violations of Plaintiff Right to Due Process; Plaintiff Right to be free of extortion, harassment, retaliation; Plaintiff Right to be free of Medical Harassment, Plaintiff Right to be free of dangerous chemicals injected into Plaintiff body.

6.) Award punitive damages in the amount of: $50,000.00 Fifty Thousand United States Dollars from defendant Harrell Watts in both his individual and official capacity for violations of Plaintiff Right to Due Process; Plaintiff Right to be free of extortion, harassment, retaliation; Plaintiff Right to be free of Medical Harassment, Plaintiff Right to be free of dangerous chemicals injected into Plaintiff body.

### O A T H

I, Denard-Darnell: Neal, sui juris on my unlimited oath and commercial liability swear under penalty of Perjury on the law of the State of California and the united States of America, that the foregoing is true, correct and not meant to mislead.

Dated:_____

_____

Denard-Darnell: Neal, Without Prejudice

Aggrieved Party, Sovereign American

Transmitting Utility Consent:_____

DENARD DARNELL NEAL

23843-008

UNITED STATES PENITENTIARY

P.O. BOX 019001

Atwater, California. 95301

# CERTIFICATE OF SERVICE

I, <u>Denard-Darnell: Neal</u> hereby certify that I have served a true and correct copy of the following: Plaintiff Motion For Rule 60(b), For Fraud Upon The Court/Prosecutorial Misconduct; Plaintiff Motion For Summary Judgment; Declaration In Support Of Plaintiff Motion For Summary Judgment; Plaintiff Attachment-A

Which is deemed filed at the time it was delivered to prison authorities for forwarding, <u>Houston v. Lack</u>, 101 L.Ed.2d 245 (1988), upon the defendant/defendants and or his attorney/attorneys of record, by placing same in a sealed, postage prepaid envelope addressed to:

Kenneth AdebonoJo
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530

and deposited same in the United States Mail at
United States Penitentiary Atwater

I declare, under penalty of perjury (Title 28 U.S.C. §1746), that the foregoing is true and correct.

Dated this <u>12th</u> day of <u>October</u>, 20<u>07</u>.

<u>Denard-Darnell: Neal, 23843-005</u>
Without Prejudice
<u>United States Penitentiary</u>
P.O. Box 019001
Atwater, California. 95301