UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

CIVIL ACTION NO. 07-0115 (JR)


Denard-Darnell: Neal

    Plaintiff,

Vs.

Harrell Watts

    Defendant.

_____

PLAINTIFF MOTION FOR SUMMARY JUDGMENT

------------------------------------------------

I, Denard-Darnell, sui juris, of the Neal Family, in my capacity as the Secured Party/Creditor, Holder-In-Due-Course, Trade Name Owner, Record Owner, Internationally Protected Man upon the soil of Iowa Republic, Illinois Republic, Florida Republic, and beneficiary of the Original Jurisdiction, do present this document by Affidavit, waving no Powers, Rights or Immunities by use of private, copyrighted statutes, absent assent and proven by contract affixed with my proper signature and seal.

Pursuant to Rule 60 (b); and Rule 56, Fed.R.Civ.P., Plaintiff Denard-Darnell: Neal request this court to grant Plaintiff summary judgment as to the liability of defendant Harrell Watts for damages for the denial to the Plaintiff of Due Process of Law. The reasons therefore are set forth in the Plaintiff's Affidavit and Brief in support of the motion.

Dated:_____

_____

Denard-Darnell: Neal, Without Prejudice

23843-008

UNITED STATES PENITENTIARY

P.O. BOX 019001

Atwater, California. 95301

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

CIVIL ACTION NO. 07-0115 (JR)

Denard-Darnell: Neal

    Plaintiff,

Vs.

Harrell Watts

    Defendant.

---

DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION

FOR SUMMARY JUDGMENT:
------------------------------------------------

I, Denard-Darnell, sui juris, of the Neal Family, in my capacity as the Secured Party/Creditor, Holder-In-Due-Course, Trade Name Owner, Record Owner, Internationally Protected Man upon the soil of Iowa Republic, Illinois Republic, Florida Republic, and beneficiary of the Original Jurisdiction, do present this document by Affidavit, waving no Powers, Rights, or Immunities by use of private, copyrighted statutes, absent assent and proven by contract affixed with my proper signature and seal.

Denard-Darnell: Neal, declares under penalty of perjury:

1.) I am the Plaintiff in this case. The Complaint allege that I am being sanction illegally and without Due Process of Law by bureau of prisons officials because I refuse to enter into a contract which would allow officials to withdraw funds

from my account. Also the Complaint allege that the bureau of prisons is violating my Right to be Safe and Secure in my Persons (body) by injecting dangerous chemicals into Plaintiff body via the T.B. test (a.k.a. PPD test).

2.) I am a Sovereign American being restrained at UNITED STATES PENITENTIARY ATWATER and subject to sanctions on my commissary spending limit and also being subjected to the T.B. test injection as set forth in my Complaint.

3.) As a result of the civil action filed against defendant Harrell Watts, the defendant was' serve a copy of Plaintiff Civil Complaint which require a response from defendant Harrell Watts.

4.) Defendant Harrell watts must serve a response upon the Court in which this action presides as well as the defendant serving a copy of defendant response upon Plaintiff.

5.) Plaintiff state, that the defendant and/or his attorney's at United States Department of Justice has not effect service of defendant motion to dismiss/defendant response upon the Plaintiff.

6.) U.S. Attorney's representing the defendant has sent Plaintiff a certified letter, certified no. 7001 1940 0001 2055 2834, this letter is title as follows (DEFENDANT'S NOTICE OF SERVICE OF MOTION TO DISMISS).

7.) Plaintiff state, that there was not a motion to dismiss from the defendant contain in the certified mail Plaintiff received on October 10, 2007, certified mail no. 7001 1940 0001 2055 2834, there was a single page document enclosed within the certified receive by Plaintiff, (see Attachment-A).

8.) Plaintiff state, that the U.S. Attorney would have the Court believed that the defendant has indeed serve Plaintiff with a copy of defendant motion to dismiss, Plaintiff state that nothing can be further from the truth.

9.) Plaintiff state, that the U.S. Attorney's attempt to use certified mail to mislead the Court into believing that Plaintiff has in fact been serve show that this action was well plan and not simply an accident on behalf of the U.S. Attorney's.

10.) Plaintiff state, that it is very clear that agents working in the department of justice and representing the defendant Harrell Watts has intentionally and willfully decided to block Plaintiff Right to seek judicial review and Plaintiff Right to Petition The Government For Redress of Grievance.

11.) Plaintiff state, that the intentional submission of false documents to the Court such as the, (DEFENDANT'S NOTICE OF SERVICE OF MOTION TO DISMISS), constitute Fraud Upon The Court, in violation of Fed.R.Civ.P. Rule 60 (b) (3).

12.) Plaintiff state, that as evidence by review of attachment-A, that the single page document mail to Plaintiff is not sign by any U.S. Attorney and yet Two Assistant United States Attorney's and One U.S. Attorney is listed and all three of these officers of the Court has fail to sign the document in violation of, Fed.R.Civ.P. Rule 11 (a), which require Pleading, Motions to be sign by at least one Attorney representing a party. plaintiff assert that no U.S. Attorney sign this document to escape responsibility.

13.) Plaintiff state, to the UNITED STATES DISTRICT COURT,

DISTRICT OF COLUMBIA, that it is no accident plaintiff has not been provided a copy of defendant Motion to Dismiss by the U.S. Attorney's at the Department of Justice. It is also no accident that the U.S. Attorney's has falsify Notice of Service to the Court, this was a well plan action the Department of Justice and Bureau of Prisons, in which government officials has intentionally committed Fraud Upon The Court and violated Title 18, Part-1, Chapter 47, Section 1001, (statements or entries generally materially False, Fictitious, or Fraudulent).

14.) Plaintiff state, that the U.S. Attorney action constitute an act of usurpation of Power in the fact that the U.S. Attorney's actions is meant to denied Plaintiff his Right to Judicial Review, Access To The Courts, Due Process of Law and the Plaintiff Right to Petition The Government For Redress of Grievance in violation of, Ex parte Owen, 10 OKIa Crim Rep 284, P.197, Ann Cas 1916A 552, which states: "Courts should not tolerate or condone, the disregard of law and arbitrary usurpation of power on the part of any officer.

15.) Plaintiff state, that Plaintiff is a pro se litigator and yet Plaintiff mail has manage to reach the Court and the Defendant, the U.S. Attorney's work at the Department of Justice and yet none of their mail is making to Plaintiff, this is not incredible, this is not accidental, this is well plan, Plaintiff is in receipt of the Court order dated October 4, 2007 Document 14, but Plaintiff is not in receipt of the defendant Motion to Dismiss.

RELIEF SOUGHT

1.) Plaintiff seek the Court to order summary judgment for the Plaintiff and set the matter for trial.

2.) As a alternate to paragraph-1, Plaintiff seek the Court to order the Clerk to fax the defendant motion to dismiss to unit manager Devere and/or the Captain Secretary Ms. TAITANO, with signature confirmation require after Plaintiff has been provided the documents to ensure that the documents are complete and untamper with.

3.) Plaintiff request the Court sanction the defendant in the form of issuing an order to the defendant to immediately remove any and all sanctions upon Plaintiff account pending the out come of trial.

4.) Plaintiff request the Court to order the Department of Justice to assign new and honest U.S. Attorney's to represent the defendant given the fact that the U.S. Attorney's are not honest or forth coming and has violated their Oath of Office, deceive the Court via Fraudulent documents and quiet simply can not be trust an further.

## CONCLUSION

In light of the facts outline herein the Plaintiff seek all relief cited above and any and all relief the Court deem appropriate.

## O A T H

I, Denard-Darnell, Neal, sui juris on my unlimited oath and commercial liability swear under penalty of Perjury on the law of the State of California and the united States of America, that the foregoing is true, correct and not meant to

mislead.

Dated:_____

_____

Denard-Darnell: Neal, WITHOUT PREJUDICE

23843-008

UNITED STATES PENITENTIARY

P.O. BOX 019001

Atwater, California. 95301

PLAINTIFF ATTACHMENT-A

CIVIL NO. 07-0115 (JRR)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DENARD D. NEAL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HARRELL WATTS, )<br>)<br>Defendant. )<br>) | Civil Action No. 07-915 (JR) |

**DEFENDANT'S NOTICE OF SERVICE OF MOTION TO DISMISS**

Defendant Watts respectfully files this Notice to inform the Court that copies of Defendant's Motion to Dismiss were sent this 5th day of October, 2007, to *pro se* Plaintiff, via Certified Mail, Receipt No. 7001 1940 0001 2055 2834 to:

Denard Darnell Neal
Reg. No. 23843-008
USP Atwater
U.S. Penitentiary
P.O. Box 019001
Atwater, CA 95301

Date: October 5, 2007

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

/s/
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

/s/
KENNETH ADEBONOJO
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7157