UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DENARD DARNELL NEAL, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 07-0915 (JR) |
| HARRELL WATTS, | ) ) ) | |
| Defendant. | ) ) | |

### ORDER

Notwithstanding defendant's attempt to re-serve a copy of its motion to dismiss pursuant to the Court's October 4, 2007 Order, *see* Notice of Service [Dkt. #15], it appears that plaintiff still has not received a copy of the motion itself. See Plaintiff['s] Motion for Rule 60(b) for Fraud Upon the Court and Prosecutorial Misconduct ¶¶ 1-2. The Court denies plaintiff's "Motion for Rule 60(b)," his requests for sanctions and motion for summary judgment, and, again, directs defendant to serve a copy of his motion on plaintiff at his current place of incarceration.

Accordingly, it is

**ORDERED** that defendant shall serve his motion and file a certificate of service by November 6, 2007. Plaintiff shall file his opposition or other response to the motion by November 30, 2007. Plaintiff is advised that, if he fails to file a timely opposition, the motion may be treated as conceded. Defendant shall file his reply, if any, not more than 11 days after plaintiff's opposition is entered on the electronic docket. It is further

**ORDERED** that Plaintiff['s] Motion for Rule 60(b) for Fraud Upon the Court and Prosecutorial Misconduct [Dkt. #16] and Motion for Summary Judgment [Dkt. #17] are **DENIED**.

**SO ORDERED**.

JAMES ROBERTSON
United States District Judge