United States District Court
For The District OF Columbia
Civil Action No. 07-915 (JR)

Denard-Darnell: Neal,
Aggrieved Party / Plaintiff,

Vs.

Harrell Watts
Defendant.

**RECEIVED**

NOV **1 3** 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Plaintiff Motion For Extension OF Time
Because OF Emergency Institutional Lock-Down:

I, Denard-Darnell: Neal, sui juris, of the Neal Family, in my capacity as
the Secured Party / Creditor, Holder-In-Due-Course, Trade Name Owner,
Record Owner, International Protected MAN upon the soil of Iowa
Republic, Illinois Republic, Florida Republic, and beneficiary of the
Original Jurisdiction, do present this document by Affidavit, Waving
no Powers, Rights or Immunities by use of Private, copyrighted
Statutes, absent assent and proven by contract affixed with my proper
signature and seal.

-1-

<u>Facts</u>

1.) On October 31, 2007, between the hours of 1:30 p.m., and 2:15 p.m., inmates living in Unit 5-A took the Staff working in Unit 5-A hostage thereby causing an emergency institutional lock-down at United States Penitentiary Atwater, were Plaintiff is housed illegally among violent criminally insane human beings.

2.) On November 3, 2007, A Saturday, Plaintiff was given his mail, A copy of, Defendant's motion to Dismiss.

3.) Plaintiff State, because of the institutional lock-down Plaintiff is unable to response to Defendant's Motion, thereby Plaintiff request an extension of time.

## Relief Sought

1.) Plaintiff request an extension of time to file A response to the Defendant's motion.

2.) Plaintiff request an extension of time until December 18, 2007, which would provide Plaintiff the necessary time to file a response to Defendant's motion.

## Conclusion

Plaintiff state that for the reasons cited herein that the requested relief should be granted by the Court.

## Sovereign Oath

I, Denard-Darnell, sui juris of the Neal Family, being a Sovereign American, do Declare upon My Word of Honor that the above mentioned is True, to the Best of my Knowledge and Belief; also, this Sovereign American Does Swear under the Pains and Penalties of Perjury, under True California Law, as well as the Laws of the united States of America; and, as a Secured Party and Creditor, I Do give freely of my Unlimited Commercial Oath, without Dishonor and without PreJudice, that these documents are True, Correct, Complete, and Not Meant to Mislead, before Yahweh Almighty.

Dated this: November 3, 2007

By: ~~Denard-Darnell: Neal~~, Without PreJudice
      Denard-Darnell: Neal, Without PreJudice
      23843-008, Sovereign American, Sui Juris
      United States Penitentiary
      P.O. Box 019001
      Atwater, California. 95301

## Certificate OF Service

I, Denard Darnell: Neal, hereby certify that I have served a true and correct copy of the following:

Plaintiff Motion For Extension OF Time:

Which is deemed file at the time it was delivered to prison authorities for forwarding upon the defendant and his attorney of record, by placing same in a sealed, postage prepaid envelope address to:

Kenneth Adebonojo
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530

I declare, under penalty of perjury 28 U.S.C. 1746, that the foregoing is true and correct.

Dated this November 3, 2007

Denard-Darnell: Neal
[23843-008]
United States Penitentiary
P.O. Box 019001
Atwater, California. uSA

Because of Prison Staff mail tampering this Motion was re-mail on November 7, 2007; was Original mail on November 4, 2007.