UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

CIVIL ACTION NO. 07-915 (JR)


Denard-Darnell: Neal,

    Plaintiff,

    Vs.

Harrell Watts,

    Defendant.

**RECEIVED**

DEC 2 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

---

PLAINTIFF RESPONSE BRIEF

PLAINTIFF MOTION FOR SUMMARY JUDGMENT

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

I, Denard-Darnell, sui juris, of the Neal Family, in my capacity as the Secured Party/Creditor, Holder-In-Due-Course, Trade Name Owner, Record Owner, International Protected MAN upon the soil of Iowa Republic, Illinois Republic, and Florida Republic, beneficiary of the Original Jurisdiction, do present this document by Affidavit, waving no Powers, Rights or Immunities by use of private, copyrighted statutes, absent assent and proven by contract affixed with my proper signatures and seal.


FACTS

1.) Plaintiff state, that the U.S. Attorney claim that defendant Harrell Watts Declaration is included in the brief is not true at all, Plaintiff contend that Plaintiff has been pre-cluded from challenging the Declaration of Harrell Watts because the U.S. Attorney intentionally did not provide

Plaintiff with a copy. Thereby Plaintiff request the District Court to with-hold summary until the U.S. Attorney provide Plaintiff with a copy of Defendants Harrell Watts Declaration; NOTE: This is the third time that the U.S. Attorney has fail to provide Plaintiff with a copy of the defendants full and complete response.

2.) Plaintiff state, that the defendant argument of the District Court lack of personal jurisdiction over defendant Harrell Watts is moot and lack merit. The Defendant is not only a United States employee, but the defendant is also a resident (citizen) of the United States.

## STANDARD OF REVIEW

Article Six, Clause Three of the Constitution, is the define exactly to whom the Constitutional Jurisdiction Applies; The Senators and Representatives before mentioned, and the members of the several state legislatures, and all executive and judicial officers, both of the United States and of the Several States, shall be bound by Oath or Affirmation to support this Constitution, "U.S. Constitution, Article VI, Clause-3.

3.) Plaintiff state, that Article Six-Clause Three, clearly define the Jurisdiction of United States over its judicial officers who shall be bound by Oath or Affirmation. The defendant Harrell Watts took an Oath of Office, thereby bounding the defendant to the jurisdiction of the United States, both subject matter and personal.

4.) Plaintiff state, that defendant Harrell Watts enter into a Contract with the United States thereby becoming an

employee of the United States subject to the Corporate
statutes, Rules, Regulation and Jurisdiction of United States
via the defendant Harrell Watts Contract of Employment, upon
which defendant Harrell Watts agree to perform specific
performance.

## STANDARD OF REVIEW

In Clearfield Trust Co. Vs. United States, 318 U.S. 363-371,
63 S. Ct. 573 (1943): "Entity cannot compel specific
performance upon its corporate statutes or corporate rules
unless it, like  any  other  corporation, is the Holder-In-
Due-Course of some contract or commercial agreement between
it and the one whom demands for performance are made, and is
willing to produce said document and place it into evidence
before trying to enforce its demands called statutes."
(Emphasis added).

5.) Plaintiff state, that the defendant via the defendant
motion to dismiss page-5, line-9, where the defendant enter
into the Court Record and I quote, (The mere fact that
Defendant Watts is an employee of the BOP), end quote; prove
that defendant Harrell Watts is an employee of the BOP, which
is a sub-division of the Department of Justice of United
States, thereby subject to the jurisdiction of United States,
Corporate, Criminally and Civil.

## STANDARD OF REVIEW

United States Code, Title 28, 3002 (15) (A), basically
reiterates that the United States is a corporation. What was
not said in 1871, but was implicit, was what is plainly

stated at Title 28, 3002 (15)(3): That all departments of the United States Corporation are part to the Corporation.

6.) Plaintiff state, that Plaintiff never out line this civil action as a Bivens action and the U.S. Attorney has tried to mis-construe Plaintiff Original Complaint, page-4, paragraph-4 in which Plaintiff do use 42 U.S.C. 1983, but only in relation to immunity claims that may be made by defendant; and for the Court Record Plaintiff bring this action under 42 U.S.C. 1983 as well as 28 U.S.C. 1331 thereby making defendants argument moot.

7.) Plaintiff state, that Plaintiff is not a United States Citizen and Plaintiff status as citizenship in relation to defendant Harrell Watts and the United States District Court, District of Columbia as well as the Department of Justice is, that Plaintiff is a non-resident Alien of the District of Columbia.

8.) Plaintiff state, that as outline in Trading With The Enemy Act as passed October 6, 1917, in Section-2, subsection (c) of the Act, it defines the enemy as "other than the citizens of the United States." The American People who were Sovereign and who are now Sovereign such as Plaintiff were made "foreign governments" to the United States and therefore became enemies of the United States on or after March 3rd, 1933. The fact that Plaintiff is not a citizen of United States (see exhibit-A, Plaintiff documents of Sovereign), and brings this action against a United States employee and United States Citizen, couple with the fact that Plaintiff seek damages in excess of $50,000 dollars give rise to Diversity Jurisdiction thereby granting the District Court

Jurisdiction over both subject matter and personal
jurisdiction over the Plaintiff and an employee of the United
States, the defendant.

9.) Plaintiff state, that the defendant argument of minimum
contact is frivolous as best and moot upon review of the
facts. The fact is; defendant Harrell Watts is the National
Administrative Remedy Coordinator, who's job is to address
and resolve administrative remedies raise by federal
prisoners. Given that most federal prisoners do not outline
the rights that are being violated or federal cases that
point out how B.O.P., staff and policy is violating the
rights of prisoners.

10.) Plaintiff state, that is not the case herein with
defendant Watts, Plaintiff administrative remedy clearly
outline not only the Rights being violated but the Plaintiff
cite the federal cases that tell defendant Watts how B.O.P.,
staff including defendant Watts himself and B.O.P., policy is
unlawful. Policy don't make human beings, human beings are
the ones that make policy, enforce policy and change policy.

11.) Plaintiff state, that defendant Watts had the authority
to not only stop the injury to Plaintiff but to seek a change
in B.O.P., policy before it reach a Court challenge. The
defendant sign Plaintiff remedy response in Blue ink and upon
defendant signature on Plaintiff remedy the injury occur by
Plaintiff as result of defendant signature can only be change
by the District Court or Court of Appeals, thereby the
defendant signature upon Plaintiff remedy is any thing but
minimum as it take judicial review to change the defendant
action.

12.) Plaintiff state, that defendant Watts would like for the Court to believe that while defendant Watts is only doing his job, defendant Watts should be entitled to his salary and all benefits that accompany his employment, but defendant Watts should not have to take professional responsibility for his actions when his actions cause injury to others or violate others rights.

## STANDARD OF REVIEW

Montgomery Vs. State, 55 Fla. 97, 45 So. 879; "It is the duty of all officials, whether legislative, judicial, executive, administrative, or ministerial, to so perform every official act as not to violate constitutional provisions."

## STANDARD OF REVIEW

"The officers of the law, in the execution of process, are obliged to know the requirements of the law, and if the mistake them, whether through ignorance or design, and anyone is harmed by their error, THEY MUST RESPOND IN DAMAGES." Rosters V. Marshall, (United States use of Rogers vs. Conklin) I Wall, (US) 644, 17 L.Ed.714.

## STANDARD OF REVIEW

"Courts should not tolerate or condone disregard of law and arbitrary usurpation of power on the part of any officer." Ex Parte Owen, 10 OKIa Crim Rep 284, 136, P.197, Ann Cas 1916A 522.

13.) Plaintiff state, the language use in defendant Watts BP-11 response to Plaintiff remedy file concerning the FRP

refusal status, is nothing short of arrogant, abusive of authority which shows that defendant Watts was more than aware that his office and/or agency lack authority to impose sanctions for not entering into a contract with the B.O.P., in regards to Plaintiff restitution.

14.) Plaintiff state, that the B.O.P., and/or the U.S. Attorney can not show one Court of Appeals case that has allow the B.O.P., to assume the authority to collect fines or restitution, even when the District Courts have delegate such authority to the B.O.P., the Courts of Appeals has always reversed such delegation authority.

## STANDARD OF REVIEW

United States vs. Albro, 32 F. 3d 173-174 (CA5 1994): Article III officer sentencing authority delegated to Non-Article III official-unauthorized.

Only the federal Dept., Collection Procedure Act of 1990 (FDCPA) authorized the collection of fines, restitution or assessment, and penalties, by an agency, department, commission, board or other entity of the United States. See the FDCPA of 1990 codified as, Title 28 United States Code Section 3001. However, subchapters 3301 thur 3303 of FDCPA defines the provisions and standards for collection procedures.

## STANDARD OF REVIEW

In United States Vs. Coluccio, 51 F.3d 337 (2nd Cir. 1995) the Second Cir. Court of Appeals stated: The FDCPA of 1990 "provides the exclusive civil procedure for the United States to recover a judgment on a debt." 28 U.S.C. § 3001 (a)(1).

The act applies to judgments "entered in favor of the United States arising from a civil or criminal proceeding regarding a debt". § 3002 (8). A "debt is defined as an amount owing to the United States on account of a fine §3302 (3)(B).

An agency (BOP) may satisfy a debt fine imposed in a criminal proceeding only through the provisions within the purview of the FDCPA of 1990. See Coluccio, 19 F.3d at 1117. The FDCPA of 1990, subchapter 3204, authorizes an "installment payment order," provided, "upon a motion of the United States and notice to the judgment debtor, "The Court may, if appropriate, order the judgment debtor (in this case, prisoner) make specified installment payments to the United States, (BOP). In fixing the amount of payments, the court shall take into consideration after, a hearing, the income, resources, and reasonable requirements  of the judgment debtor and judgment debtors dependents, any other payments to be made in satisfaction of judgments against the judgment, debtor, and the amount due on the judgment (fine/restitution) in favor of the United States. Therefore, the BOP may not order installment payments pursuant to Program Statement 5308.5 (IFRP) without an order from a court and only after a hearing. The BOP is not in compliance with the FDCPA of 1990.

## STANDARD OF REVIEW

In United States Vs. Mortimer, 94 F.3d 89, 90 (2nd Cir. 1996): The District Court ordered the inmate to participate in the BOP's IFRP and make restitution in accordance with the policies of that program. The inmate entered into an agreement with the BOP under which he paid $25.00 a month toward his restitution obligation, and the inmate appealed.

When an inmate participates in the program, his payment
schedule is determined on a ad hoc basis with the assistance
of the prison staff. 28 C.F.R. §545.11 (detailing applicable
procedures). The Second Circuit Court of Appeals noted the
impropriety of the IFRP installment payments because the
statutory plain language of 18 U.S.C. §3572 (d) (fines) and
3663 (f)(1) (restitution) identically imposed upon the court,
(and only the court) the responsibility for determining the
amount of each installment payments. Furthermore, the court
ruled, because payment schedules under IFRP are not fixed
according to a predetermined formula, but rather vary at the
discretion of the prison staff, only the District Court could
properly draw upon the IFRP guidelines as stated in the
C.F.R., in fashioning the amounts to be paid, so long as
discretionary authority to depart from the Courts imposed
fine or restitution order is not vested in prison officials.
Mortimer, 94 F.3d at 91 fn.2.

The Fourth Circuit's Court of Appeals for the United States:

STANDARD OF REVIEW

In United States Vs. Miller, 77 F.3d 71 (4th Cir. 1996)
reversed the United States District Court order that the
defendant pay a $3,000 fine and $50,000 restitution under the
IFRP, the Fourth Circuit ruled the district court erred in
delegating to the BOP the determination of the timing and
amount of the installment payments for the fine and
restitution, and vacated the order to pay under the IFRP.
Only the Court has the authority to set the amount and timing
of installment payments.

The Seventh Circuit Court of Appeals for the United States

ruled:

## STANDARD OF REVIEW

In United States Vs. Turner, 998 F.2d 534 (7th Cir. 1993), the District Court must determine whether the defendant can pay the sum amount of the fine. If the defendant cannot pay all at once, the Court must decide whether he can pay the fine in installments.

The Eighth Circuit Court of Appeals for the United States ruled:

## STANDARD OF REVIEW

In United States Vs. Ahmad, 2 F.3d 245, 249 (8th Cir. 1993), How much the defendant owes in restitution and the extent to which payments may be deferred is something only the Judge must decide."

The Ninth Circuit Court of Appeals for the United States ruled:

## STANDARD OF REVIEW

In United States Vs. Barany, 884 F.2d 1244 (9th Cir. 1989), required the district court judge to determine whether and how much restitution is proper concerning the defendant's ability to pay, and the timing and manner of installment payments. Under the statutory case laws of the United States the Ninth Circuit Court of Appeals, fine and restitution installment payments must be determined at the time of sentencing. Furthermore, installment payments for a fine should not exceed twelve months 18 U.S.C. §3572, restitution, by contrast, may be structured in installment over five years. 18 U.S.C. §3663 (f). The BOP under the IFRP may not order installment payments for fines or restitution imposed

by the Court unless the Court sets the amount and timing of
the installment payment.

The FDCPA of 1990 under subchapter 3104(a) for garishment,
states in general, a court may order a writ of garishment
against property (excluding earnings) in order to satisfy a
claim for a debt. The BOP may not garish earnings to satisfy
a debt fine or restitution) for the United States Government,
this includes inmate prison earnings. Furthermore, the Fair
Federal Debt Collection Practice Act under Title 15 U.S.C.A.
§1692 (c)(d) set the standards for debt collectors (which
includes BOP staff). A debt collector may not engage in any
conduct the natural consequence of which is to harass,
oppress, or abuse any person (an inmate is a person) in
connection with the collection of a debt. The act prohibits
debt collectors from using such harassment tactics as threats
of sanctions or abusive language.

Congress passed the FDCPA 15 U.S.C. 1692 to eliminate abusive
debt collections. As such, the FDCPA enumerates federal
practices considered contrary to that goal, and forbids debt
collectors from taking such actions. The threat to take
action that cannot legally be taken...15 U.S.C. §1692e. Any
debt collector who fails to comply with a provision of the
FDCPA, with respect to any person, is liable to such person
for civil damages.  15 U.S.C. §1692k (a). See Poirier Vs.
Alco Collections, Inc., 107 F.3d 347, 49 (5th Cir. 1997).
The FDCPA of 1990 also recognizes insolvency under subchapter
§3302 (a)(b), a debtor is insolvent (indigent) if the debt of
the debtors debts (fine or restitution) is greater than all
of the debtors assets at a fair valuation.

A debtor who is generally not paying debts as they become due (missing IFRP payments for lack of funds) is presumed to be insolvent. The BOP must adhere to all the subchapters of the FDCPA of 1990 which is the only authority to collect debts. Government (BOP) debt collectors should be mindful that under 42 U.S.C. 1983, immunity will not attach to their judicial action when by those actions, they knowingly violate well established statutory law, i.e. 18 U.S.C. 3663 (f) and (d) or when they knowingly circumvent the Federal Rules of Civil Procedure mandated in 28 U.S.C. 3001. BOP debt collectors do not have the authority to set the amount and timing of installment payments for fines and restitution as part of a criminal sentence by a district court, only the judge has this authority, and given the lack of authority the BOP do not have authority to impose sanctions for actions they have no authority over. Only a federal District Court can set installment payments and if the District Court to do and the prisoner refusal to enter into a contract to make installment payments then the BOP can take no action against the prisoner, for it (BOP) lack the authority to enter into the contract, thereby making the contract void.

15.) Plaintiff state, that funds deposit into Plaintiff account by family members give Plaintiff a liberty interest in the funds as well as access to the funds and that the limit of access to the funds place upon Plaintiff via the defendant Watts restriction of Plaintiff account (25 dollar spending limit) has violated Plaintiff Right to Due Process in accordance with the Fifth Amendment.

16.) Plaintiff state, that Plaintiff has violated no BOP,

rules or regulation therefore to place any type of restriction upon Plaintiff account is not privilege but impose sanctions. The U.S. Attorney argue that it is a privilege to have access to Plaintiff account, when is it privilege to have access to ones property as stated in the Fourth Amendment, which guarantee the right to be secure in ones person, property, papers and effects.

## STANDARD OF REVIEW

"Where Rights secured by the Constitution are involved, there can be no rule making or legislation which abrogates them." Miranda Vs. Arizona, 384 U.S. 116, 16 L.Ed.2d. 694, 86 S. Ct. 1602 (1966).

## STANDARD OF REVIEW

"There is no question that an inmate's interest in the funds in his prison account is a protected property interest." 980 F. 2d 738 (9th Cir. 1992).

17.) Plaintiff state, that the defendant has no authority to enact federal law as the defendant would claim, and defendant has no discretion in adherence to federal law of both the Courts and Congress and when conflict or un-certainly has appear between the Courts and Congress then the proper and lawful thing to do is to seek clarification via the Courts, not the exercise of usurpation of judicial power.

## STANDARD OF REVIEW

"There is no question that an inmate's interest in the fund in his prison account is a protected property interest." 980 F.2d 738 (9th Cir. 1992)

## MEDICAL ISSUES

1.) Plaintiff state, that the U.S. Attorney would have the Court believe that a false positive or false negatives result administer by a test meant to detect a lung infection (T.B.) should be allow continue use just because these same government agencies won't do the proper research or allot adequate funds to develop a test that really work.

2.) Plaintiff state, that to willfully inject Plaintiff with a test that do not work is not only endangering Plaintiff by using a test that is a failure in detection of a dangerous infection but the test itself expose both federal prisoners and government staff to the fact that actual exposure to T.B. will not be known until the individual develop T.B., because the test administer to detect T.B., do not work. The government is perpetrating a huge fraud not only on the Court but upon every human being in this Country. The fact that the T.B., test give back false positive and false negatives results means one thing, the test is a failure in its ability to detect the infection it is being use for. The government has claim that a test that do not work is going to keep every safe and healthy from a infection it can not detect is nothing short of a magnificent lie.

3.) Plaintiff state, that the T.B. test Tubersol is nothing but culture tuberculosis grown in a laboratory with dangerous chemicals added such as the chemical Phenol.

4.) Plaintiff state, that Phenol is a highly toxic industrial chemical with numerous known health risk, and yet this chemical is a component of Tubersol, the T.B. test.

5.) Plaintiff state, that the chemical Phenol is a known mutagen chemical, tubersol contains 0.28% Phenol (5) which is

known to be highly toxic to humans. The 1969 American
Heritage Dictionary defines Phenol as a "caustic, Poisonous,
white, crystalline compound derived from benzene and use in
various resins, plastic, disinfectants, and pharmaceuticals.
And yet the government has put people in Prison for life for
selling other people crack cocaine, when this same government
want Plaintiff to willfully inject a known mutagen, toxic,
poisonous chemical into Plaintiff body, any one who would
knowing inject a dangerous chemical into their body would be
insane.

6.) Plaintiff state, that Phenol is also known as carbolic
acid. Amongst the known adverse reactions to Phenol are:
irritating to skin, eyes, mucus membranes in humans,
ingestion in humans may cause death, paralysis, weakness,
seizures, coma, respiratory collapse, inflammation and
necrosis, arrhymia's, hepatic enlargement and dysfuction. See
exhibit-B, documents provided to Plaintiff by Plaintiff
Mother.

7.) Plaintiff state, that the defendant claim the right to
protect the staff as well as the prison population from
infection, this is not true nor was it ever true. Staff leave
the prison system every day and go home and mingle with
people in society including sick family members and friends,
and yet there is no mandatory testing for B.O.P., staff as
require for prisoners.

8.) Plaintiff state, that the bureau of prisons as well as
the Court should take Note of several factors; (1) Plaintiff
is not a United States citizens, but a Sovereign American,
there is a vast difference, nor has Plaintiff been duly

convicted in any Court whether Federal Court of State Court. Plaintiff arrest, indictment, criminal trial and conviction were obtain via means of fraud which do not confer legal and lawful jurisdiction to the bureau of prisons or any other government agency.

### STANDARD OF REVIEW

"Under our system, the people, who are there [in England] called subjects, are here the Sovereign. Their Rights, whether collective or individual, are not bound to give way to sentiment of loyalty to the person of Monarch. The Citizen here [in America] knowns no person, however near those in power, or however powerful himself to whom he need yield their Rights which the law secures to him." United States vs. Lee, 106 U.S. 204 (March 3rd, 1989).

### STANDARD OF REVIEW

In Kansas vs. Colorado, 206 U.S. 46 (1906), the U.S. Supreme Court clearly recognized the three Sovereigns as (1) the United States, as the Federal Government, (2) the State Government (s), and (3) "We The People."

### STANDARD OF REVIEW

Lubben vs. Selective Service System, 453 F.2d 645, 649 (1st Cir. 1972) ("A void judgment is to be distinguished from an erroneous one, in that the latter is subject only to direct attack. A void judgment is one which, form its inception, was a complete nullity and without legal effect.")

9.) Plaintiff state, that Plaintiff is being housed within bureau of prisons institution under Threat, Death, and Coercion, no by duly and lawful conviction under Due Process of law.

10.) Plaintiff state, that as a Sovereign American, Secured Party/Creditor, Plaintiff is the sole owner of the Title to the Body of Denard-Darnell: Neal, not the Department of Justice, the Federal Courts and/or the bureau of prisons, nor are any of the above agencies in possession of a Superior claim over and/or to the body of Denard-Darnell: Neal, and without authority to state a claim the defendant Watts and/or the bureau of prisons can not claim, assert or exercise any rights over the Sovereign American personal property Denard-Darnell: Neal Body. Plaintiff is the Holder-In-Due-Course, Trade Name Owner and Record Owner.

## STANDARD OF REVIEW

In Clearfield Trust Co. vs. United States, 318 U.S. 363-371, 63 S.Ct. 573 (1943): "Entity cannot compel specific performance upon its corporate statutes or corporate rules unless it, like   any   other   Corporation, is the holder-in-due-course of some contract or commercial agreement between it and the one whom demands for performance are made, and is willing to produce said document and place it into evidence before trying to enforce its demands called statutes.

11.) Plaintiff state, the defendant and/or the bureau of prison can not involuntary waive this Sovereign American Right to be free of medical treatment that is dangerous to

this Sovereign American no matter what institution Plaintiff
is housed in.

12.) Plaintiff state, that as Sovereign, the defendant can
produce no Regulation, statute, code, and/or rule that
applies to Plaintiff as a Sovereign American.

## STANDARD OF REVIEW

In Will vs. Michigan state Department of State Police, 491
U.S. 58, 105 L.Ed.2d. 45, 109 S.Ct. 2304 (1989): "The term
'person' does not include the "Sovereign" and for the
Sovereign to be bound to the statute, the "Sovereign" must be
specifically named."

## STANDARD OF REVIEW

"In common usage, the term 'person', does not include the
Sovereign, and statutes employing it will not be construed to
do so.' United States vs. United Workers of America, 330 U.S.
258, 91 L.Ed. 884, 67 S.Ct. 677 (1947).

## STANDARD OF REVIEW

"The word 'person', in legal terminology is preceived as a
general word normally in the scope of a variety of entities
other than human beings." Church of Scientology of California
vs. U.S. Department  of Justice, 612 F.2d 417, at 425 (9th
Cir. 1979).

13.) Plaintiff state, that as a Sovereign American that
Plaintiff Rights to Freedom of Religion are absolute,
unalienable,    imprescriptable, fundamentally belonging to
Plaintiff and can not be involuntary waive by the defendant

for any reason. Rights can not be waive by a third party,
that what constitute Rights of a human being.


## STANDARD OF REVIEW

In Miranda vs. Arizona, 384 U.S. 116, 16 L.ed.2d. 694, 86
S.Ct. 1602 (1966): "Where Rights secured by the Constitution
are involved, there can be no rule making or legislation
which abrogates them."


## STANDARD OF  REVIEW

In Litman vs. Massachusetts Mut. Life Ins Co., 825 F.2d 1506
(11th Cir. 1987): The Supreme Court has the power to make
determinations as the law of the land that binds all courts.
14.) Plaintiff state, that the threat made against Plaintiff
life by medical staff Rhonda Hunter is not an Eighth
Amendment violation is totally wrong. Any human being who has
been issued a serious threat know that such threat violates
all human Rights to the threaten person and force the person
to make decisions under Threat, Duress and Coercion. The U.S.
Attorney argue that threats without accompanying action is
not an Eighth Amendment violation, Plaintiff state that
Threats and violence is assault and battery.
15.) Plaintiff state, that Program Statement 3420.6, page-4,
paragraph 3-4 strictly forbids the attempt by staff to
intimidation prisoners; see exhibit-C.
16.) Plaintiff state, that the challenge to the T.B. test has
been made several times on Religious grounds, but the
challenge to the danger of the T.B. test itself has not been
made. This is the issue Plaintiff raise herein that the test

itself is not safe and bureau of prisons medical staff have
no ideal what chemicals are contain within the T.B. test.


## STANDARD OF REVIEW

In Clark vs. Morgan, 710 F.2d 4, 9-11 (1st Cir. 1983):
Conduct by state police of a skin test using a potent
carcinogen was unconstitutional)


## STANDARD OF REVIEW

In Helling vs. Mckinney, 113 S.Ct. at 2481: [i]t is
undisputed that the treatment a prisoner receives in prison
and the conditions under which he is confined are subject to
scrutiny under the Eighth Amendment".

17.) Plaintiff state, the bureau of prisons can not make the
claim that on one hand they have a lawful duty to protect
inmates from contagious disease thereby subjecting Plaintiff
to the T.B. test; and then inject Plaintiff with a known
chemical that is highly toxic and dangerous to human beings.
The T.B. test contain a known carcinogen and mutagen chemical
that couple with the toxic effect, undoubtly make this test
itself a serious health risk.

18.) Plaintiff state, that for the B.O.P., to require this
test for any human being constitute a deliberate intention to
inject Plaintiff with a dangerous chemical that will have
adverse consequences on Plaintiff and given the fact that the
company who manufacture the T.B. test, (Aventis) is not
releasing any medical studies conducted on the Tubersol
component effect on human beings after long term exposure, in
of itself appeal to a human being common sense that if a

manufacture of a chemical that is being used on human beings;
then common sense state that the manufacture is hiding
something. Plaintiff life, health and body belong to
Plaintiff, not the B.O.P., or any other government agency and
Plaintiff have a Right to be free from dangerous chemicals.
Plaintiff state that no penological objectives can be
accomplish by injecting Plaintiff with a dangerous chemical
that is meant to test for a disease in which the test itself
is faulty and give results of false positive and false
negative results.


### RELIEF SOUGHT

1.) Plaintiff request summary judgment against defendant
Harrell Watts and a jury trial to grant Plaintiff damages
requested.

2.) Plaintiff seeks compensatory damages in the amount of
$50, 000.00 Fifth Thousand United States Dollars from Harrell
Watts, together with the removal of all sanctions impose upon
Plaintiff commissary spending limited.

3.) Plaintiff seeks punitive damages in the amount of
$50,000.00 Fifty Thousand United States Dollars from Harrell
Watts; together with an order directing defendant Harrell
Watts or his successor to cease any and all injections of
dangerous chemicals (T.B. test) into the body of Denard-
Darnell: Neal, A Sovereign American.


### O A T H

I, Denard-Darnell: Neal, sui juris on my unlimited Oath and
Commercial liability swear under penalty of Perjury on the

Law of the State of California and the united States of
America, that the foregoing is true and correct and not meant
to mislead.


Dated: __December 14, 2007_____


_Denard-Darnell: Neal, Without PreJudice_____
Denard-Darnell: Neal, Without Prejudice

23843-008; Sovereign American

UNITED STATES PENITENTIARY

P.O. BOX 019001

ATWATER, CALIFORNIA. 95301

# CERTIFICATE OF SERVICE

I, Denard Darnell: Neal  hereby certify that I have served a true and correct copy of the following:
Plaintiff Response Brief / Plaintiff Motion For Summary Judgment With Exhibits - A; B; C:

Which is deemed filed at the time it was delivered to prison authorities for forwarding, **Houston v. Lack**, 101 L.Ed.2d 245 (1988), upon the defendant/ defendants and or his attorney/attorneys of record, by placing same in a sealed, postage prepaid envelope addressed to:

Kenneth Adebonojo
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530

**and deposited same in the United States Mail at**
United States Penitentiary Atwater

I declare, under penalty of perjury (Title 28 U.S.C. §1746), that the foregoing is true and correct.

Dated this 14th day of December , 2007 .

Denard Darnell: Neal, 23843-008
P.O. Box 019001, United States Penitentiary
Atwater, California. 95301

PLAINTIFF EXHIBIT-A

CIVIL ACTION NO. 07-915 (JR)

PLAINTIFF SOVEREIGN DOCUMENT

P506739

## ICC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Denard-Darnell:Neal (23843-008)
P.O. BOX 1033
Federal Correctional Complex
Coleman, Florida. 33521-1033
United States Penitentiary
***LEGAL MAIL***

FILED
SECRETARY OF STATE
IOWA

2005 MAY -3 P 4: 30

C.30

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME

**DENARD DARNELL NEAL**

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| P.O. BOX 1033 | Coleman | Fl | 33521-1033 | USA |

| 1d. TAX ID#: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| | | Corporation | Private | 277 276 X11 | NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

2a. ORGANIZATION'S NAME

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

UTILITY

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. TAX ID#: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| | | | | | NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

3a. ORGANIZATION'S NAME

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| Neal | Denard-Darnell | N/A | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| P.O. BOX 1033 | Coleman | Fl | 33521-1033 | USA |

4. This FINANCING STATEMENT covers the following collateral: RECORD OWNER : Denard-Darnell:Neal. The entry of the Debtor in the Commercial Registry as a Transmitting Utility and all other property as follows; Birth Registration Notice; Certificate of Birth; Security Agreement dated 02-19-05 and Notarized Amendment; Exemption ID#329649225; UCC Contract Trust Account #682-28-687; Pre-Paid Account # E68228687; Posted Certified Acct: # 623215772; Social Security Acct: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; All debentures, indentures, accounts, pledges; Nunc Pro Tunc. All Property is Accepted For Value and is Exempt From Levy, pursuant to HJR-192 and UCC§§ 1-104, 10-104, 3-419, and the Orders therefrom are released to DEBTOR, to include all signatures, endorsements, facsimile, copyright, printed, typed, or photocopies of "RECORD OWNER'S AND NAME AND TITLE". RECORD OWNER'S IS NOT GUARANTOR TO ANY OTHER ACCOUNT BY EXPLICIT RESERVATION , WITHOUT PREJUDICE, UCC § 1-207. TOTAL VALUE OF INSTRUMENTS : $ 1,000,000.00. TOTAL VALUE OF COLLATERAL IN SECURITY AGREEMENT : $ 100,000,000,000,00.

| 5. ALTERNATIVE DESIGNATION [if applicable]: | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING |
|---|---|---|---|---|---|---|

6. THIS FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | All Debtors | Debtor 1 | Debtor 2

8. OPTIONAL FILER REFERENCE DATA

**The Parties are governed by UCC §§ 1-102 thur 1-107**

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)

# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

| | |
|---|---|
| **9a. ORGANIZATION'S NAME** | |
| OR | DENARD DARNELL NEAL |
| **9b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME,SUFFIX** |

**10. MISCELLANEOUS:**

For futher Identification of Secured Party/Creditor and
DEBTOR, see attached documents to be filed:
"Commercial Notice of Trade Name"; Affidavit
of Denial"; and Declaration and Certificate
of Sovereign Status" .

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one name (11a or 11b) - do not abbreviate or combine names

| | | | |
|---|---|---|---|
| **11a. ORGANIZATION'S NAME** | | | |
| OR | | | |
| **11b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX** |
| **11c. MAILING ADDRESS** | **CITY** | **STATE** / **POSTAL CODE** | **COUNTRY** |
| **11d. TAX ID #: SSN OR EIN** | **ADD'L INFO RE ORGANIZATION DEBTOR** | **11e. TYPE OF ORGANIZATION** | **11f. JURISDICTION OF ORGANIZATION** | **11g. ORGANIZATIONAL ID #, if any** | □ NONE |

**12. □ ADDITIONAL SECURED PARTY'S or □ ASSIGNOR S/P'S NAME** - insert only one name (12a or 12b)

| | | | |
|---|---|---|---|
| **12a. ORGANIZATION'S NAME** | | | |
| OR | | | |
| **12b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX** |
| **12c. MAILING ADDRESS** | **CITY** | **STATE** / **POSTAL CODE** | **COUNTRY** |

**13.** This FINANCING STATEMENT covers □ timber to be cut or □ as-extracted collateral, or is filed as a □ fixture filing.

**14.** Description of real estate:

**16. Additional collateral description:** ALL COLLATERAL is within the
Arizona. See Attached Security Agreement.
NOTE: Secured Party is the Holder-In-Due-
Course of ALL Documents, and Documents of
Title listed and attached to Financing
Statement.

**15.** Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

**17.** Check only if applicable and check only one box.
Debtor is a □ Trust or □ Trustee acting with respect to property held in trust or □ Decedent's Estate
**18.** Check only if applicable and check only one box.
☒ Debtor is a TRANSMITTING UTILITY
□ Filed in connection with a Manufactured-Home Transaction — effective 30 years
□ Filed in connection with a Public-Finance Transaction — effective 30 years

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 07/29/98)
FORM SHOULD BE TYPEWRITTEN OR COMPUTER GENERATED

P506739

**INFORMATION REQUEST**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

FILED
SECRETARY OF STATE
IOWA

2005 MAY -3 P 4: 30

| A. NAME & PHONE OF CONTACT [optional] | FILING OFFICE ACCT # |
|---|---|
| Cecelia Hill (623)215-7288 | |

B. RETURN TO: (Name and Address)

Denard-Darnell: Neal (23843-008)
P.O. BOX 1033
Federal Correctional Complex
Cloeman, Florida. 33521-1033
United States Penitentiary
***LEGAL MAIL***

115207  UC11  $5.00  BARB  1  5/3/05

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR NAME to be searched - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME
DENARD DARNELL NEAL

OR

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

2. INFORMATION OPTIONS relating to UCC filings and other notices on file in the filing office that include as a Debtor name the name identified in item 1:

2a. SEARCH RESPONSE  [X] CERTIFIED (Optional)
Select one of the following two options:  [X] ALL (Check this box to request a response that is complete, including filings that have lapsed.)  [ ] UNLAPSED

2b. COPY REQUEST  [X] CERTIFIED (Optional)
Select one of the following two options:  [X] ALL  [ ] UNLAPSED

2c. SPECIFIED COPIES ONLY  [ ] CERTIFIED (Optional)

| Record Number | Date Record Filed (if required) | Type of Record and Additional Identifying Information (if required) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

3. ADDITIONAL SERVICES:

115207 UCC $17.00 BARB

4. DELIVERY INSTRUCTIONS (request will be completed and mailed to the address shown in item B unless otherwise instructed here):
4a. [ ] Pick Up
4b. [ ] Other
Specify desired method here (if available from this office); provide delivery information (e.g., delivery service's name, address & account # with delivery service, addressee's phone #, etc.)

**Iowa Secretary of State**
**Uniform Commercial Code**
**Search Report**
**May 04, 2005**

Certificate #102780

Name Searched: *(B) DENARD DARNELL NEAL*

**This is a search of unlapsed liens only. Note that unlapsed liens terminated prior to July 1, 2001, are not reflected.**

## Acknowledgement of Filing

| Type | B/P | Name | Address | City | St | Zip |
|------|-----|------|---------|------|-----|-----|
| Debtor | B | DENARD DARNELL NEAL | P.O. BOX 1033 | COLEMAN | FL | 33521-1033 |
| Secured | P | NEAL, DENARD-DARNELL N/A | P.O. BOX 1033 | COLEMAN | FL | 33521-1033 |

| File # | Pages | File Date | File Time | Type |
|--------|-------|-----------|-----------|------|
| P506739 | 30 | 5/3/2005 | 4:30 PM | UTILITY |

The information contained in this search report is current through 4:30 PM on 5/3/2005.

The undersigned filing officer certifies that, as of this time and date, a search of the Iowa Secretary of State's Information Management System designating the above-stated debtor (and city, if any) revealed the information reported above, including federal tax liens.

Chester J. Culver
Iowa Secretary of State

## SECURITY AGREEMENT

## NON-NEGOTIABLE

This Security Agreement is made and entered into this _19_ day of
_March_ 2005 C.E. , by and between DENARD DARNELL NEAL, DEBTOR
( ALL DEBTORS are hereinafter referred to, specifically, as one "DEBTOR"
and collectively, as "Parties"), Exemption Identification #329649225,
and Denard-Darnell, of the Neal family, the Secured Party "Inhabitant",
( hereinafter referred to, specifically, as "Secured Party" and
collectively, as "Parties"). The Parties are identified as follows:

DEBTOR:
DENARD DARNELL NEAL
DENARD D.NEAL
DARNELL DENARD NEAL
DARNELL D. NEAL
D.D.NEAL

Secured Party:
Denard-Darnell
"Inhabitant," sui juris
Unlimited Commercial Liability

#23843-008
P.O. BOX 1033
Federal Correctional Complex-USP
Coleman, Florida.33521-1033
United States Penitentiary

"The State of Arizona"
14310 W.Amelia Avenue
Maricopa County
near(85338)

NOW THEREFORE, the "Parties" agree as follows:

## I.   AGREEMENT

In consideration for the Secured Party providing certain accommodations to
DEBTOR, inter alia, to the Secured Party:

1.) Constituting the source, origin, substance and being, i.e. the basis of
"Pre-Existing Claim," from which the existence of the DEBTOR is able to
function as a TRANSMITTING UTILITY, i.e. serve as a conduit for the
Transmission of Goods and Services in commercial activity, and interact,
contract and exchange Goods, services, obligations and liabilities in
commerce with other DEBTORS, CORPORATIONS and ARTIFICIAL PERSONS: and,

PRIVATE & NON-NEGOTIABLE BETWEEN THE PARTIES

PAGE-1                              FORM  BM-49776

2.) Signing by accommodation for DEBTOR ( UCC § 3-419), ( Without
Recourse 3-419), in all cases whatsoever, wherein any
signature of DEBTOR is required;

3.) Issuing a binding commitment to extend credit for the
extension of immediately available credit, whether or not drawn upon
and whether or not a Charge-Back is provided for in the event of
difficulties in collection; and,

4.) Providing the security for payment of all sums due or owed, or
to become due or owed by the DEBTOR; and

5.) Constituting the source of the Assets, via the sentient
existence, exercise of faculties and labors of the Secured Party,
that provide the valuable consideration sufficient to support any
contract which the DEBTOR may execute, or to which the DEBTOR may
be bound to, by any person whatsoever.

DEBTOR hereby confirms voluntary entry of DEBTOR into the
Commercial Registry and Transfers and Assigns to the Secured Party
a Priority ( Third-Parties subordinate), Security Interest in the
Collateral described below.

## II.  FIDELITY/IDEMNITY BOND

KNOW ALL MEN BY THESE PRESENTS, that " DENARD DARNELL NEAL",DEBTOR,
establishes this Bond in favor of the Secured Party, Denard-Darnell,
in the amount of present Collateral Values up to the penal sum of One
Hundred Billion united States Dollars ( $ 100,000,000,000.00), for
the payment of which Bond, well and truly made, the DEBTOR binds the
DEBTOR, and DEBTOR'S Heirs, Executors, Administrators and Third-Party
Assigns, Jointly and Severally, by these presents.

The condition of the BOND is: Secured Party covenants to do certain
actions on behalf of DEBTOR, as set forth above in the Agreement,"
and the DEBTOR, with regard to conveying goods and services in
Commercial Activity to the Secured Party, covenants to serve as a
TRANSMITTING UTILITY CORPORATION, TRADE NAME, DISREGARDED ENTITY,and
ADMIRALTY VESSEL, all of which are to be used as a Commercial Vehicle
of Exchange. Therefore DEBTOR, in assurance of fidelity/indemnity,
GRANTS to the Secured Party a Priority Security Interest in the
collateral described below, located within The State of Arizona,"
the united States of America, within and without all jurisdictions
whatsoever, CORPORATE and Sovereign, PUBLIC and  Private, on Land
and on the Sea.

PRIVATE & NON-NEGOTIABLE BETWEEN THE PARTIES

PAGE-2                              FORM    BM-49776

This BOND SHALL be in Full Force and Effect as of the date hereon and until the DEBTOR'S Fidelity/Indemnity Bond holder, Denard-Darnell, is released from liability by a written order of the united States Government and, provided that said surety may cancel this BOND and be relieved of further liability here-under by delivering a Thirty-day (30-day) written Notice to DEBTOR. No such cancellation shall affect any liability incurred or accrued here-under prior to the Termination of said Third-day (30-day) period. In such an event of Notice of Cancellation, the DEBTOR agrees to re-issue this BOND before the end of said Thirty-day (30-day) Period for amount equal to or greater than the amount mentioned above.

## III.   INDEMNITY CLAUSE

The DEBTOR, without the benefit of discussion or division, does hereby agree, covenant and undertake to indemnify, defend and hold the Secured Party harmless from and against any and all Claims Losses, Liabilities, Costs, Interests and Expenses (hereinafter referred to as "Claims" or "Claim"), which claims include, without restriction, all Legal Costs, Interests, Penalties and Fines, Penal or otherwise, suffered of incurred by the Secured Party, in accordance with the Secured Party's Personal Guarantee, with respect to any Loan of Indebtedness of the DEBTOR, including any amount the DEBTOR might be deemed to owe to any Creditor for any reason whatsoever.

The Secured Party SHALL promptly advise the DEBTOR of any Claim and provide the DEBTOR with full details of said Claim, including a copy of any document, correspondence, suit or action received by or served upon the Secured Party. The Secured Party SHALL fully cooperate with the DEBTOR in any discussion, negotiation or other proceeding relating to any Claim.

## IV.   OBLIGATION SECURED

The Security Interest GRANTED herein Secures any and all Indebtedness and Liability whatsoever of the DEBTOR to the Secured Party, whether direct or indirect, absolute or contingent, due or to become due, now existing or hereafter arising and however evidenced.

## V.   COLLATERAL

The Collateral to which this Security agreement pertains, includes but is not necessarily limited to, all of the below described Personal and Real Property of DEBTOR, now owned or hereafter acquired by DEBTOR, in which Secured Party HOLDS ALL INTEREST. DEBTOR retains possession, use and Rights of possession and use of all the listed Collateral/Property, and all Proceeds, Products, Accounts, Fixtures, and the Orders therefrom are released to DEBTOR.

PRIVATE & NON-NEGOTIABLE BETWEEN THE PARTIES

FORM    BM-49776

BEFORE any of the Property and rights thereto listed below, or accquired hereafter by the DEBTOR, can be disbursed, exchanged, sold, tendered, forfeited, gifted, transferred, surrendered, conveyed, destroyed, disposed of, or otherwise remove from DEBTOR'S possession (By Any Third-Party), the Dishonor Settlement Agreement, Bill of Exchange No.DND-778813, HELD by the Secured Party MUST BE SATISFIED IN FULL AND ACKNOWLEDGMENT OF THE SAME COMPLETED.

1.) ALL Rights to Proceeds, Products, Accounts and Fixtures from crops, mine-heads, well-heads, with transmitting utilities, and ect., including any and all Documents of title;

2.) ALL Rights to Land, Mineral and Water Rights, including but not limited to, any and all other real estate, as well as cottages, cabins, houses, warehouses, their out-buildings, including any and all other residential, commercial or industrial standing structures, including any and all Documents of Title;

3.) ALL rights to income from any source, including but not limited to, rents, wages, lotteries, whether earned or to be earned or acquired, as well as any and all bank accounts, i.e. checking, savings, stocks, bonds, T-bills, CD'S, including any and all other investments, including but not limited to, any and all accurued interests or dividends;

4.) ALL rights to precious and semi-precious metals and gemstones, i.e. gold, silver, platinum, diamonds, rubies, emeralds etc., to include any and all bulk stocks of the same, to include any and all related documentation, i.e. Bills of Lading, Documents of Title, etc.;

5.) ALL rights to residential, commercial or industrial goods, i.e. appliances of any and all kinds, kitchen utensils, electronics of any and all kinds, i.e. televisions, radios, computers, including but not limited to, any and all related accessories to include any and all literature, i.e. owners and instructional manual and the like, furnishings of all kinds, including but not limited to linens, blankets, clothes etc., as well as any and all related Documents of Title;

6.) ALL rights to weapons and ammunition of any and all kinds, i.e. sporting and assault style rifles, pistols (hand-guns), strung bows, cross-bows, swords, knives, etc., including any and all outdoor camp equipment and survival gear of all kinds, to include any and all Documents of Title.

PRIVATE & NON-NEGOTIABLE BETWEEN THE PARTIES

PAGE-4                              FORM   BM-49776

P506739

7.) ALL rights to rolling stock and mechanized vehicles of any and all kinds and forms, to include commercial and industrial, i.e. cars, trucks, boats, motorcycles, farm and construction equipment etc., including any and all Documents of Title;

8.) ALL rights to obtain and secure any and all Documents of any sort related to the DEBTOR, whether purporting to be criminal, civil, commercial etc., to include any and all printed, published, typed, written paper, or stored on any and all other mediums, i.e. computer disks, laser disk, micro-film, hard drive, magnetic or electronic memory of any type, etc;

9.) All rights to obtain and secure any and all biological samples, mappings and physical being, i.e. to include any and all stock-piles of said material, as well as any and all DNA, retinal scans, fingerprints, photographs, or ANYTHING for identification of the DEBTOR etc., stored on any and all mediums, i.e. computer-disk, laser-disk, video tape, paper, micro-film, cryogenically preserved tissue and hair samples etc., to include any and all other related materials not specifically named or listed, in relation to identification;

10.) ALL rights to request, refuse or authorize the administration of any drug, manipulation, material process, procedure, ray, or wove which alters, or might alter the present or future state of body, mind, spirit, or will by any means, method or process whatsoever;

11.) ALL rights to exercise freedom of religion, worship, use of sacraments, spiritual practice and expression without any abridgment of free speech or the right to publish, or the right to peacefully assemble, or the right to petition Government for redress of grievances, or petition any Military Force of the united States of America for physical protection from threats to the safety and integrity of person or property from either Public or Private, "Foreign" or "Domestic" sourcs;

12.) ALL rights to privacy and security in person and property, including but not limited to, all right to safety and security of all household or sanctuary dwellers or guests and all papers and effects belonging to the DEBTOR or any household or sanctuary dwellers or guests, against governmental, quasi-Governmental or private intrusion, detainer,entry, seizure, search, surveillance, trespass, assault, summons or warrant, except with proof of superior claim duly filed in the commercial registry by any such intruding party in the private capacity of such intruding party, notwithstanding whatever purported authority for any such intrusion, detainer, seizure, search, surveillance, trespass, assault, summons, or warrant; and,

PRIVATE & NON-NEGOTIABLE BETWEEN THE PARTIES

PAGE-5                                    FORM    BM-49776

13.) ANY AND ALL other material, immaterial, financial assets or any hypathetical personality of value not specifically listed by make, model, serial number, or particular phraseology, is expressly INCLUDED as though it were specifically enumerated and encompassed by this Agreement.

## VI. ADVISORY

The DEBTOR agrees to notify all of the DEBTOR'S former Creditors, as all DEBTOR'S wages and salaries, including any and all remuneration, is the property of Secured Party, as well as the Collateral, mentioned above on this Security Agreement, and all such personages are expressly NOTICED accordingly.

The DEBTOR has agreed to be, act and function in law and commerce as the registered Commercial Vehicle i.e. Proprietary Trade Name, TRANSMITTING UTILITY, Corporate Identity, and Disregarded Entity of the Secured Party "Inhabitant" or the America's by Sovereign and unalienable Rights, Secured and Protected by the Almighty "Heavenly Father" of the Anointed One."

The DEBTOR agrees, and it being authorized by the Secured Party, to bring action of suit or process in law in the proper court or Venue to recover damages from STATE OR ARIZONA and any ACTORS, AGENTS, EMPLOYEES or REPRESENTATIVES in connection thereto and/ or in relation to ANY B.A.R. Association, State, Federal, International as well as any entity in its Public and/or Private capacities or otherwise, causing damage of any kind to the Secured Party and/or the DEBTOR, in any case, as well as, specifically, any Third-Party causing default in or Dishonor of, this Security Agreement, duly registered with the Secretary of State, Arizona State Department of Licensing, Business and Professions, Uniform Commercial Code Division, and thereby perfecting the Secured Party's Interest as "Holder In Due Course."

Any funds recovered in the action of suit shall be distributed between the DEBTOR and the Secured Party as their interest shall appear in this Security Agreement, or shall be paid to the Secured Party until the sum certain not exceeding One Hundred Billion united States Dollars ( $ 100,000,000,000.00), and the balance shall then be paid to DEBTOR.

All cost and counsel fees incurred in the action of suit or process, shall be first deducted from any funds recovered in the action of suit or process before distribution is made to either of the Parties. In the event that no recovery is obtained in any action of suit, the Parties agree that the cost and counsel fees shall be paid by the DEBTOR in the following manner: The DEBTOR may contract in any form for payment suitable to all the Parties involved, without prejudice to the Secured Party's interests.

PRIVATE & NON-NEGOTIABLE BETWEEN THE PARTIES

PAGE-6                          FORM    BM-49776

The DEBTOR may represent the Secured Party's interest in all actions whatsoever involving at least one party being a U.S. CITIZEN and or ACTOR, AGENT, EMPLOYEE OR REPRESENTATIVE of any CORPORATION or CORPORATE government whatsoever, in any case of diversity of citizenship or in a foreign jurisdiction or venue. The DEBTOR has rights in all interests granted to the DEBTOR by the Secured Party in this Security Agreement/Financing Statement.

The DEBTOR is authorized to draw upon the Secured Party's Priority, Tax Exemption to POST and cover funds required to properly honor any and all drafts/contracts negotiated/offered to DEBTOR, and create/draft "Bills of Exchange", Banker's Acceptances," Sight Drafts," Promissory Notes, or Bonds" for a particular purpose, such as Discharging Public Liability or Accepting a Contract and/or payment thereof.

This Security Agreement is "Private" and "Non-Negotiable," and ACCEPTED FOR VALUE, including all related property and endorsements, front and back, nunc pro tunc from Febuary 19, 2005 , and is the secured Private Property of the Secured Party and is NOT dischargable in any Bankruptcy Court proceeding, as the Secured Party's property is Exempt From (Third-Party) LEVY.

This Security Agreement devlves on the Secured-Party's Heirs and Assigns, who are equally authorized, upon taking Title to this Security Agreement, via Non-Negotiable Contract or any lawful Commercial remedy.

## VII.   LAWFUL PUBLIC NOTICE

Filing and Registration of this Security Agreement, freely entered into by the Parties, constitutes open and Lawful Public Notice that:

1.) The Law, Venue and Jurisdiction of this Security Agreement is the finalized, signed and sealed, Private Contract and BOND, freely entered into between the Parties and thereby Ratified.

2.) This Security Agreement is contractually complete herein and herewith, and CANNOT be abrogated, altered, amended in whole or in part, without the express written authorization of the "Parties" or Secured Party.

3.) The DEBTOR is the "TRANSMITTING UTILITY" and "PROPRIETARY TRADE NAME" for the Secured Party's use in commerce, and all of the property of DEBTOR is the Secured Property/Collateral BONDED/offered, subsequently Accepted For Value by Secured Party "Inhabitant," giving the Secured Party Interest in the Property/Collateral as a Holder In Due Course.

4.) ANY unauthorized use or impairment of DEBTOR in any manner that might influence, affect, pertain to, or presumed to pertain to Secured Party's interests, personalty, rights or remedies in any manner is EXPRESSLY PROHIBITED, without the express written authorization of the Secured Party.

PRIVATE & NON-NEGOTIABLE BETWEEN THE PARTIES

Futhermore, the Secured Party reserves the right to satisfy any Judgment, Lien, Debt, Duty, Obligation, Account or Contract, whether it be secured, unsecured, or purported to be secured, against the DEBTOR by executing a "Partial Release & Assignment," "Bill Exchange,""Sight Draft", or "promissory Note" against this registered Fidelity/Idemnity BOND.

No Law shall ever be past that abrogates Contracts. This constitutes Actual and Constructive Notice, ignorance to the Law is not a valid excuse. Good Faith, Security Concerns, or other purported excuses will not, can not, indemnify any Third-Party's tortious interference causing default. This is NOTICE of strict liability to all who are served.

P506739

## VIII.  PARTIES CHOICE OF LAW

By agreement of the Parties, this Security Agreement shall be governed by Uniform Commercial Code § 1-102 through 1-107 and UCC § 3-419, 10-104 and House Joint Resolution of 192 of June 5th, 1933, with ALL rights Reserved, Preserved, Without Prejudice, Without Recourse, UCC § 1-207, and 3-415.

The Parties have read this Security Agreement and know and understand its contents completely and agree in full of their own free will. The Parties swear on Oath and the penalties of perjury of the laws of The State of Arizona and the several free united States of America, that this is true, correct, complete and not meant to mislead. This Security Agreement is understood by the Parties to stand for the life of the Commercial BOND, the Secured Party being the Controlling Party and Holder-In-Due-Course of the "Document of Title over the DEBTOR, herein registered with the Secretary of State via the Department of Licensing.

## IX.  DEFAULT

The following shall constitute the events of DEFAULT here-under:

1.) Failure of/by DEBTOR to pay any debt secured hereby when due;

2.) Failure of/by DEBTOR to perform any and all obligations secured hereby when required to perform ; or

3.) Any breach of any warranty DEBTOR has contained within this security Agreement.

4.) Any Third-Party Tortious interference with contractual relations, prospective advantage or causing DEBTOR to default on this Security Agreement after Third-Party has been given lawful timely notice, subjects said Third-Party to this Security Agreement and agrees to Indemnify Damages up to the penal sum of One Hundred Billion united States Dollars ( $ 100,000,000,000.00) as reference in the Fidelity/ Indemnity Bond under section II. page# 2-3 of this Security Agreement.

PRIVATE & NON-NEGOTIABLE BETWEEN THE PARTIES

5.) Any Third-Party interfering or causing default, as stated in paragraph number# 3 of this section, voluntarily waives all Privileges, immunities, defenses and specifically, agrees to be subject to the"Piercing" the Corporate Veil Rule,with strict liability in their Commercial and Private capacity.

## X.    SIGNATURES

The Parties execute this Security Agreement, Certified and Sworn True, on the Secured Party "Inhabitant's Unlimited Commercial Liability. Secured Party ACCEPTS for value all signatures in accordance with House Joint Resolution 192 of June 5th, 1933, UCC §3-419.

NOTICE TO PRINCIPAL IS NOTICE TO AGENT
                    AND
NOTICE TO AGENT IS NOTICE TO PRINCIPAL

EXECUTED and SIGNED by the "Parties" this ___19___ day of _Marc h___ 2005C.E.

*Denard Darnell Neal*
DENARD DARNELL NEAL
DEBTOR, TRANSMITTING UTILITY
Exemption ID. 329649225
ALL DEBTORS JOINTLY & Severally
are bound as one DEBTOR CORPORATION

*Denard-Darnell*
Denard-Darnell, sui juris
Secured Party, "Inhabitant
Holder In Due Course
Unlimited Commercial Liability
Without Prejudice UCC § 1-207

SUBSCRIBED AND SWORN TO BEFORE me with Verified Identification on this _5th_ day of _April_____ 2005 C.E.

OFFICIAL SEAL
ELSIE E. SCOTT
Notary Public - State of Arizona
MARICOPA COUNTY
My Comm. Expires Sept. 16, 2007

NOTARY PUBLIC, in and for the State of Arizona residing in the County of _Maricopa_____
My Commission expires: _____

PRIVATE & NON-NEGOTIABLE BETWEEN THE PARTIES

PAGE-9                          FORM    BM-49776

NOTICE

## DECLARATION & CERTIFICATE OF SOVEREIGN STATUS

This Declaration Certifies that Denard-Darnell: Neal, sui juris, is a born-free human male, a mortal man with sentient and moral existence, being a Native-born Sovereign American by birthright and by Law, and do claim all absolute,unalienable, imprescriptable, Fundamental Rights, privileges, Immunities and Protections, as guaranteed, protected and secured by the original parent compact ( organic), The Constitution for the united States of America (1787), as amended (1791) by the Bill of Rights, Articles I thur X, "The Declaration of Human Rights", §§ 1 thur 32.

Further it is Certified herein that pursuant to the Foreign Sovereign Immunities Act of October 21st, 1976 ( H.H.11315) Public law 94-583, 94th Congress, 90 statutes at large § 1,R.S. 1999, Title 8 U.S.C. 1481 is still in force andeffect today. See Briehl.V. Dulles, 248 F.2d 561, @ n.21, among others.

Further,  the aforementioned Sovereign American is Non-Incorporated, statutorily Incapicitated, Statute Immune, Tax Immune, Tax-Exempt, EXEMPT from LEVY and Claims Diplomatic Immunity and Sovereign Immunity, ' ab initio' from ( 10-15-62) C.E., 'ad infinitum.'

This Sovereign Status is foreign to and not subject to/by the status of ' Statute Staple," 'Chattel Property," " Citizen ", "Resident," "Subject," "Person," "Whoever," "Taxpayer," and/or any other titles under statutes, Rules, Regulations, Policies, common usages of America, the Corporate state of Arizona, and/or any other Corporate Governmental body Whatsoever, without a valid contract .

Furthermore, this Sovereign American makes explicit reservation of all Rights pursuant to the Uniform Commercial Code (UCC) §1-207, without the United States as defined in State or federal Statutes.

DECLARATION &CERTIFICATE OF SOVEREIGN STATUS-1

P506739

FORM-363619

P506139

## FORMAL SOVEREIGN OATH
## OF RENUNCIATION

I, Denard-Darnell, sui juris, Sovereign, Having First Hand Knowledge of the Facts as the facts have been made known to me, hereby and herein freely RENOUNCE all allegiance to the Foreign Venue and Jurisdiction of and within the United States (Washington DC). I do freely give of this Formal Renunciation, being of Sound Mind, and having with me the power of the Sovereign, by GOD ALMIGHTY to make of my own volition this oath by Formal Declaration.

In accord with the provisions set forth in Title 8 U.S.C. 1481, this Sovereign DECLARES that all OFFICERS, AGENTS, EMPLOYEES, ACTORS, or otherwise OFFICIALS of the United States, those being bound to obey the Laws and Statutes prescribed therein, are BOUND to take NOTICE of this FORMAL OATH OF RENUNCIATION. As well, the aforementioned ACTORS, AGENTS, OFFICERS, EMPLOYEES, and/or other OFFICIALS of the United States Government, Bound by the Laws Statues, Acts, and Provisions of the Same Constitution that require the aforementioned entities to uphold that Constitution shall not Infringe Upon, Ignore Disregard, or otherwise find of no substance and/or standing, this Formal Oath of Renunciation by Declaration.

Pursuant to Title 8 of the United States Code Services, and the Laws as they have been enumerated in the HOLY SCRIPTURES, I, Denard-Darnell, sui juris, do DECLARE that no man can infringe upon this Sovereigns Right to renounce allegiance to any Foreign Government, Tyrannical Power, King, Foreign Nation, or other Alien Dominion.

I, Denard-Darnell, sui juris, being a born free man upon the soil of the Americas do not intend to abrogate any Immunity or Personal Right and no thing herein shall be construed to do so. These Personal Rights are by and from GOD Almighty and any infringement upon these Rights of this Sovereign, sui juris shall be deemed a blatant disregard of those Entitled Rights to Life, Liberty, and harm from life or limb.

I, Denard-Darnell , sui juris, herein, and herefrom, DECLARE that being a Free man of GOD, am not nor will not give this Body, Mind, Spirit, nor Soul, to any Nation as defined by Government, or body politic. This Sovereign Man, herein DECLARES that no other Law other than those that are for the peace and dignity of Self Preservation, Freedom, and the Rights to Liberty shall govern this Sovereign.

DECLARATION & CERTIFICATE OF SOVEREIGN STATUS-2

I, Denard-Darnell, sui juris, do DECLARE that the Laws of the Common man, being of the Common Law, shall govern me, and those Laws that are equitable and of good faith shall govern me, and I do not recognize any other form of Politic other than that of the Republic whic is for the People, and by the People, those being Sovereign, not Citizens of a Foreign Government (Washington DC).

## NOTICE

LET NO THING IN THIS FORMAL OATH OF RENUNCIATION BE CONSTRUED AS TO BE AN ACT OF EXPATRIATION OR RENUNCIATION OF AMERICAN NATIONALITY. THIS OATH IS FOR THE EXPLICIT PURPOSE OF RENOUNCING UNITED STATES CITIZENSHIP ( THAT JURISDICTION OF/AND WITHIN WASHINGTON DC).

I,Denard-Darnell:Neal, the Undersigned Secured Party/Creditor, do aver that the abovementioned is the Truth and Fact according to the Law, and is, to the best of Knowledge and Belief, True, Correct, Certain and not meant to Mislead. This Declaration and Certificate is made under the Pains and Penalties of Perjury according to the Laws of Almighty GOD, the united States of America and the State of Arizona.

## NOTICE TO PRINCIPAL IS NOTICE TO AGENT

### AND

## NOTIC TO AGENT IS NOTICE TO PRINCIPAL

EXECUTED AND SIGNED by Me this _____19_____ day of
_____March_____, 2005 C.E., in Phoenix, State of Arizona.

_Denard-Darnell: Neal_
Denard-Darnell: Neal,sui juris
Sovereign, Free-Man
Secured Party/Creditor
Holder-In-Due-Course
Trade Name Owner
Record Owner

SUBSCRIBED AND SWORN to before me this _____5th_____ day of
_____April_____, 2005 C.E.

Notary Public in and for the State of Arizona. Residing at Phoenix, Arizona.
My Commission Expires: Sept 16, 2007

OFFICIAL SEAL
ELSIE E. SCOTT
Notary Public - State of Arizona
MARICOPA COUNTY
My Comm. Expires Sept. 16, 2007

DECLARATION & CERTIFICATE OF SOVEREIGN STATUS-3

P506739

FORM- 363620

P506139

## COMMERCIAL NOTICE OF TRADE NAME

I, Denard-Darnell: Neal, sui juris, whose proper given name is always spelled in upper and lower case letters; and who is a living, breathing soul, hereby DECLARES as Secured Party and Creditor, that a private Security Agreement exists between Creditor and fictitious Debtor under the Trade names, DENARD DARNELL NEAL, DENARD D.NEAL, DARNELL DENARD NEAL, DARNELL D, NEAL, DENARD NEAL, DARNELL NEAL, DENARD DARNELL, D.D.NEAL, NEAL, Denard Darnell; or any derivatives thereof or therefrom, printed or written, spelled in upper or lower case, whole or in part, is to be filed in the Commercial Registry and is to be on Public Record in the Office of the Maricopa County Recorder.

### NOTICE

I, Denard-Darnell: Neal, DENY USE of my Proprietary Trade Names or any derivatives thereof or therefrom; and trespass on such may incur legal action in "Trade Name Libel," nunc pro tunc(October 15, 1962)C.E.

Any party or principal addressing, suing, joining, or billing the Proprietary Trade Names, as mentioned above, or any derivatives thereof or therefrom, without specific written authorization by the undersigned, Secured Party/ Creditor, will be billed at One-Million, Eight-Hundred Thousand United States Dollars ( $ 1,800,000.00) on each count, the established penalty on each count of a trespass action.

### OATH

I, Denard-Darnell: Neal, the Undersigned, Secured Party/Creditor, do aver that the aforementioned is the Truth and Fact to the best of my Knowledge and Belief, to be True, Correct, Certain and not meant to Mislead. This "Commercial Notice of Trade Name" is made under the Pains and Penalties of Perjury according to the laws of Almighty GOD, the united States of America and the State of Arizona.

### NOTICE TO PRINCIPAL IS NOTICE TO AGENT

### AND

### NOTICE TO AGENT IS NOTICE TO PRINCIPAL

EXECUTED AND SIGNED BY ME THIS ____19____ day of ___March___ , 2005 C.E., in Phoenix, Arizona State.

_Denard-Darnell: Neal_
Denard-Darnell: Neal
Secured Party/ Creditor
Holder-In-Due-Course
Trade Name Owner

COMMERCIAL NOTICE OF TRADE NAME- 1 of 2

FORM-363620

SUBSCRIBED AND SWORN to before me this _____5th_____ day of
___April_____, 2005 C.E.

P506739



Notary Public in and for the State
of Arizona. Residing at Phoenix,
Arizona. My Commission Expires:

COMMERCIAL NOTICE OF TRADE NAME -2 of 2

```
**************************************************
The Document on which this Certificate is affixed is
                   CERTIFIED
A True Correct and Complete copy of the Original.
Claimant is Holder in Due Course of the Original.
```

*Denard-Darnell: Neal*
Denard-Darnell: Neal

March 19, 2005
Dated

Convention de la Haye du-
   15-October-1962
```
**************************************************
```

P506739

Do not
Copy Birth
Certificate

P506739

P506139



COUNTY OF COOK
STATE OF ILLINOIS
OFFICE OF THE COUNTY CLERK
DAVID ORR

CERTIFICATION OF BIRTH

377680

NAME: DENARD DARNELL NEAL

DATE OF BIRTH: OCTOBER 15, 1960

PLACE OF BIRTH: CHICAGO, COOK COUNTY, ILLINOIS

DATE FILED: OCTOBER 24, 1960

BIRTH NUMBER: 160-60-094614

SEX: MALE

DATE ISSUED: SEPTEMBER 8, 2004

Accepted for Value all
I, the Undersigned front and back in
related Endorsee in Commercial
Accordance with the House
Code §§ 1-104, 3-419 of June 10 1933
Joint Resolution 1,000,000.00
March 19 2005 C. R. in United States
Denard-Darnell:Neal One Million Dollars
Total Value

This copy is not valid unless displaying embossed seals of Cook County and County Clerk signature

ISSUED AT: COUNTY BUILDING
CHICAGO, ILLINOIS 60602-1304

David D. Orr
DAVID D. ORR
COUNTY CLERK

I certify that this is a true and correct abstract from the official record filed with the Illinois Department of Public Health.

# YOUR SOCIAL SECURITY CARD

Detach the card below and sign it in ink immediately.
Keep your card in a safe place to prevent loss or theft.
**DO NOT CARRY IT WITH YOU.**
Do not laminate your card.



This card belongs to the Social Security Administration and you must return it if we ask for it.
If you find a card that isn't yours, please return it to:
    Social Security Administration
       P.O. Box 33008, Baltimore, MD 21290-3008
Improper use of this card or number by anyone is punishable by fine, imprisonment or both.
Protect Your Number and Card to Prevent Their Misuse
• Sign your card right away and keep it in a safe place.
• DO NOT carry it with you.
For any other Social Security business/information, contact your local Social Security office. If you write to the above address for any business other than returning a found card, it will take longer for us to answer your letter.

Social Security Administration
Form SSA-3000 (3-2004)                    **E68228687**

Handwritten at top:
*Accepted for Value; the Undersigned Accepted for Value all related Endorsements front and back in Accordance with uniform Commercial Code subsection 1-104, 3-419, 10-104 and House Joint Resolution 192 of June 5, 1933.*
*March 19, 2005*
*Denard-Darnell: Neal*
*Denard-Darnell: Neal*

Right margin vertical: *P506739*

```
**********************************************************
```
The Documents on which this Certificate is affixed
is CERTIFIED A True Correct and Complete Copy of
the Original. Claimant is Holder in Due Course
of the Original.

*Denard-Darnell: Neal*                    *March 19, 2005*
   signed                                          dated
Convention de la Haye du-
  5-October-1961
```
**********************************************************
```

## SECURITY AGREEMENT
## NON-NEGOTIABLE

This Security Agreement is made and entered into this 19th day of March, 2005 C.E. by and between DENARD DARNELL NEAL, DEBTOR (hereinafter "DEBTOR"),SOCIAL SECURITY ACCOUNT#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, and Denard-Darnell: Neal, Secured Party Sovereign (hereinafter "Secured Party"), Exemption Identification-#329649225, the Parties (hereinafter"Parties") are identified as follows:

DEBTOR:

DENARD DARNELL NEAL
23843-008
P.O.Box 1033
Federal Correctional Complex
Coleman, Florida. 33521-1033
United States Penitentiary

Secured Party:

Denard-Darnell: Neal
14310 W. Amelia Avenue
Goodyear, Arizona. 85338

NOW, THEREFORE, the "Parties" agree as follows:

### AGREEMENT

In consideration for Secured Party providing certain accommodations to DEBTOR, inter alia, to the Secured Party:

1.) Constituting the source, origin, substance and being, i.e. basis of "pre-existing claim," from which the existence of DEBTOR is able to function as a transmitting utility, i.e. serve as a conduit for transmission of goods and services in Commercial Activity, and interact, contract, and exchange goods, services, obligations and liabilities in Commerce with other Debtors, corporations and artificial persons;

2.) Signing by accommodation for Debtor in all cases whatsoever, wherein any signature of Debtor is required;

3.) Issuing a binding commitment to extend creditor for the extension of immediately available credit, whether or not drawn upon, or whether or not a chargeback is provided for in the event of difficulties in collection;

4.) Providing the security for payment of all sums due or owing, or to become due or owing, by DEBTOR; and,

SECURITY AGREEMENT-1                    FORM  BM-4242427

5.) Constituting the source of the assets, via the sentient existence, exercise of faculties, and labor of the Secured Party, that provide the valuable consideration sufficient to support any contract which DEBTOR may execute or to which DEBTOR may be regarded as bound by any person whatsoever.

DEBTOR hereby confirms voluntary entry of DEBTOR into the Commercial Registry and transfers and assigns to Secured Party a security interest in the collateral described herein-below.

P506739

## FIDELITY BOND

Know all men by these presents, that DENARD DARNELL NEAL, DEBTOR, establishes this bond in favor of the Secured Party, Denard-Darnell: Neal, in the sum of present Collateral Values up to the penal sum of One-Hundred-Billion United States Dollars ($100,000,000,000.00), for the payment of which bond, well and truly made, DEBTOR binds DEBTOR and DEBTOR's hiers, executors, administrators and third-Party assigns, jointly and severally, by these presents.

The condition of the above bond is: Secured Party covenants to do certain things on behalf of the DEBTOR, as set forth above in the "Agreement," and DEBTOR, with regard to conveying goods and services in Commercial Activity to Secured Party, covenants to serve as a transmitting utility therefore and, as assurance of fidelity, grants to Secured Party a Security Interest in the herein-below described collateral.

This bond shall be in force and effect as of the date hereon and until the DEBTOR'S Surety, Denard-Darnell: Neal, is released from liability by a written ORDER of the UNITED STATES GOVERNMENT and provided that said Surety may cancel this bond and be relieved of further liability here-under by delivering Thirty-Day (30) written notice to DEBTOR. No such cancellation shall affect any liability incurred or accrued here-under prior to the termination of said Thirty-Day (30-Day) period. In such event of notice of cancellation, DEBTOR agrees to re-issue the bond before the end of said Thirty-Day (30-Day) period for an amount equal to or greater than the above-stated value of this Security Agreement, unless the Parties agree otherwise.

SECURITY AGREEMENT-2                          FORM  BM4242427

## INDEMNITY CLAUSE

DEBTOR, without the benefit of discussion or division, does hereby agree, covenant and undertake to indemnify, defend and hold Secured Party harmless from and against any and all claims, losses, liabilities, cost interests and expenses, (hereinafter referred to as "Claims"or "Claim") which Claims include, without restriction, and legal costs, interests, penalties and fines suffered or incurred by Secured Party, in accord with Secured Party's personal guarantee with respect to any loan or indebtedness of DEBTOR, including any amount DEBTOR might be deemed to owe to any Creditor for any reason whatsoever.

Secured Party shall promptly advise DEBTOR of any Claim and provide DEBTOR with full details of said Claim, including a copy of any document, correspondence, suit or action received by or served upon Secured Party. Secured Party shall fully cooperate with DEBTOR in any discussion, negotiation or other proceeding relating to any Claim.

## OBLIGATIONS SECURED

The security interest GRANTED herein secures any and all indebtedness and liability whatsoever of DEBTOR to secured Party, whether direct or indirect, absolute or contingent, due or to become due, now existing or hereafter arising and however evidenced.

## COLLATERAL

The Collateral to which this Security Agreement pertains includes, but is not necessarily limited to, all herein-below described personal and real property of DEBTOR retains possession and use, and rights of possession and use, of all Collateral, and all proceeds, products, accounts and fixtures, and the Orders therefrom, are released to DEBTOR.

Before any of the below-itemized property can be disbursed, exchange, sold, tendered, forfeited, gifted, transferred,surrendered, conveyed, destroyed, disposed of, or otherwise removed from DEBTOR'S possession, Dishonor Settlement Agreement, Bill of Exchange No.49776-898911 held by Secured Party must be satisfied in full and acknowledgement of same completed.

1.) All proceeds, products, accounts and fixtures from crops, mine-head, well-head, with transmitting utilities, ect.;

2.) All rents, wages and income;

SECURITY AGREEMENT-3                        FORM   BM-4242427

3.) All land, mineral, water and air rights;

4.) All cottages, cabins, houses and buildings;

5.) All bank accounts, bank-"safety" deposit boxes and the contents therein, credit card accounts, checking accounts, savings accounts, retirement plan accounts, stocks, bonds, securities and benefits from trusts;

6.) All inventory in any source;

7.) All machinery, either agricultural or industrial;

8.) All boats, yachts and watercraft, and all equipment, accoutrements, baggage and cargo affixed or pertaining thereto or stowed therein, including, but not limited to : all motors, engines, ancillary equipment, accessories, parts, tools, instruments, electronic equipment, navigational aids, service equipment, lubricants, fuels and fuel additives;

9.) All aircraft, gliders, balloons and all equipment, accoutrements, baggage or cargo affixed or pertaining thereto or stowed therein, including, but not limited to: all motors, engines, ancillary equipment, accessories, parts, tools, instruments, electronic equipment, navigational aids, service equipment, accessories, parts, lubricants, fuels and fuel additives;

10.) All motor-homes, trailers, moblie-homes, recreational vehicles, house, cargo and travel trailers/containers, and all equpment, accoutrements, baggage and cargo affixed or pertaining thereto or stowed therein, including but not limited to: all ancillary equipment, accessories, parts, service equipment, lubricants, fuels and fuel additives;

11.) All livestock and animals, and all things required for the care, feeding, use and husbandry thereof;

12.) All vehicles, automobiles, trucks, four-wheel vehicles, trailers, wagons, motorcycles, bicycles,tricycles and "wheeled" conveyances;

13.) All computers, computer related equipment and accessories, electronically stored files, data or date-files, telephones, electronic equipment, office equipment and machines;

SECURITY AGREEMENT-4                    FORM  BM-4242427

14.) All visual reproduction systems, aural reproduction systems, motion pictures, films, video tapes, audio tapes, soundtracks, compact discs, phonograph records, film, video and aural production equipment, cameras, projectors, musical instruments and any other "laser" or "magnetic" storage medium;

15.) All books, booklets, pamphlets, treaties, treatment, monographs, stories, written material, libraries, plays, screenplays, lyrics, songs and music;

16.) All books, ledgers, and records;

17.) All Trademarks, Registered Marks, copyrights, patents, proprietary, data, and technology, inventions, royalties and good will;

18.) All records, diaries, journals, photographs, negatives, transparencies, images, video footage, film footage, drawings, sound records, audio and tapes, computer production or storage of all kinds whatsoever;

19.) All fingerprints, footprints, palmprints, thumbprints, RNA materials, DNR materials, blood and blood fractions, biopsies, surgically removed tissue, bodily parts, organs, hair, teeth, nails, semen, urin or other bodily fluids or matter, voice-print, retinal image, mapping and the description thereof, and all other corporal identification factors, physical counterparts, in any form and all records, record numbers and information pertaining thereto;

20.) All scholastic degrees, diplomas, honors, awards and meritorious, citations;

21.) All biometrics data, records, information and processes not elsewhere described, the use thereof, and the use thereof, and the use of the information contained therein or pertaining thereto;

22.) All rights to obtain, use, request, refuse or authorize the administration of any drug, manipulation, material, process, procedure, ray, or wave which alters, or might the present or future state or body, mind, spirit or will by any means, method or process whatsoever;

23.) All rights to request, refuse or authorize the administration or any drug, manipulation, material process, procedure, ray or wave which alters, or might alter the present or future state of body, mind, spirit or will by any means, method or process whatsoever;

SECURITY AGREEMENT-5                    FORM      BM-4242427

24.) All keys, locks, lock combinations, encryption codes or keys, safes, secured places and security devices, secured programs and software, machinery or any devices related therto;

25.) All rights to access and to use utilities upon payment of the same unit costs as the comparable units of usage offered to most-favored customers, including cable, electricity, garbage, gas, internet( World-wide-web:www.), satellite, sewage, telephone, water, and all other methods of communication, energy transmission, and food or water distribution:

26 All rights to barter, buy, contract, sell or trade ideas, products, services or work;

27.) All rights to create, invent, adopt, utilize or promulgate any system or means of currency, money, medium of exchange, coinage, barter, economic exchange, bookkeeping, record-keeping and the like;

28.) All rights to use any free, rented, leased, fixed or mobile domicile as though the same were a permanent domicile, free from requirement to apply for or obtain any government license or permission, and free from entry, intrusion or surveillance, by any means, regardless of duration of lease period, so long as any required lease is currently paid or a subsequent three-day (3-day) grace period has not expired;

29.) All rights to manage, maneuver, direct, guide or travel in any form of automobile or motorized conveyance whatsoever, without any requirement to apply for or obtain any government license, permit, certificate or permission of any kind whatsoever;

30.) All rights to buy, sell, trade, grow, raise, gather, hunt, trap, angle and store food, fiber and raw materials for shelter, clothing and survival;

31.) All rights to marry and procreate children and to rear, educate, train, guide and spiritually enlighten any such children, without any requirement to apply for or obtain any government license, permit, certificate or permission of any kind whatsoever;

32.) All rights to exercise freedom of religion, worship, use of sacrements, spiritual practice and expression without any abridgment of free speech or theright to publish, or the right to peacefully assemble, or the right to petition Government for redress of grievances, or petition any military force of the United States for physical protection from threats to the safety and integrity of person or property from either "public" or"private" sources;

SECURITY AGREEMENT-6                  FORM  BM-4242427

33.) All rights to keep and bear arms for self-defense of self, family and parties entreating physical protection of person and property;

34.) All rights to create, preserve and maintain inviolable, spiritual sanctuary and receive into same any and all parties requesting asfety and/or shelter;

35.) All rights to create documents of travel or every kind whatsoever including those signifying diplomatic status and immunity as a free, independent and sovereign state-in-fact;

36.) All claims of ownership or certificates of title to corporeal and incorporeal hereditaments, hereditary succession and all innate aspects of being, i.e. mind, body, soul, free will, faculties and self;

37.) All rights to privacy and security in person and property, including but not limited to all rights to safety and security of all household or sanctuary dwellers or guests and all papers and effects belonging to DEBTOR or any household or sanctuary dwellers or guests, against governmental, quasi-governmental or private intrusion, detainer, entry, seizure, search serveillance, trespass, assault, summons or warrant, except with proof of superior claim duly filed in the Commercial Registry by any such intruding party in the private capacity of such intruding party, notwithstanding whatever purported authority, warrant, order, law or color of law may be promulgated as the authority for any such intrusion, detainer, entry, seizure, search, surveillance, trespass, assault, summons or warrant;

38.) All names used and all Corporations sole executed and filed, or to be executed and filed under said names;

39.) All intellectual property, including but not limited to all speaking and writing ;

40.) All signatures;

41.) All present and future retirement incomes and rights to such incomes, issuing from any accounts;

42.) all recent and future medical and healthcare rights, and rights owned through survivorship, from any accounts;

43.) All applications, filings, correspondence, information, identifying marks, image licenses or travel documents, materials, permits, registrations and records, including record-numbers held by any entity for any purpose, however acquired, as well as the analysis and the use thereof, and any use of any information and images contained therein, regardless of creator, method, location, process or storage form, including all processed algorithems

SECURITY AGREEMENT-7                    FORM     BM-4242427

analyzing, classifying, comparing, compressing, displaying, identifying, processing, storing or transmitting said applications, filings, correspondence, information, identifying marks, image licenses or travel documents, materials, permits, registrations, records and record-numbers and the like;

44.) All library cards;

45.) All credit, charge and debit cards, mortgages, notes, applications, card numbers and associated records and information;

46.) All traffic citations/tickets;

47.) All parking citations/tickets;

48.) All tax correspondence, filings, notices, coding, record numbers and any information contained therein, wherever and however located, and no matter by whom said information was obtained, compiled, codified, recorded, stored, analyzed, processed, communicated or utilized;

49.) All precious metals, bullion, coins, jewelry, precious jewelry, semi-precious stones, mounts and any storage boxes within which said items are stored;

50.) all bank receipts and accounts, bonds, certificates of deposit, drafts, futures, insurance policies, investment securities, Individual Retirement Accounts, money market accounts, mutual funds, notes, options, pension plans, puts, saving accounts, stocks, warrants, 401k's and the like;

51.) All accounts, deposits, escrow accounts, lotteries, overpayments, prepayments, prizes, rebates, refunds, returns, UCC CONTRACT TRUST ACCOUNT, claimed and unclaimed funds and all records and record numbers, correspondence and information pertaining thereto or derived therefrom;

52.) All cash, coins, money, Federal Reserve Notes, and Silver and Gold Certificates;

53.) All drugs, herbs, medicine, medical supplies, cultivated plants, growing plants, inventory, ancillary equipment, supplies propagating plants and seeds, and all related storage facilities, supplies and equipment;

54.) All products of and for agriculture, and all equipment, inventories, supplies, contracts, accoutrements involved in the tilling, planting, harvesting, processing, preservation and storage of all products of agriculture;

SECURITY AGREEMENT-8                          FORM    BM-4242427

55.) All farm, lawn and irrigation equipment, accessories, attachments, hand-tools, implements, service equipment, parts and supplies;

56.) All fuel, fuel tanks, containers and involved or related delivery systems;

57.) All metal-working, woodworking and other such machinery, and all ancillary equipment, accessories, consumables, power tools, hand tools, inventories, storage cabinets, tool boxes, work benches, shops and facilities;

58.) All camping, fishing, hunting and sporting equipment, and all special clothing, materials, supplies and baggage related thereto;

59.) all firearms, i.e. Rifles, Pistols (Hand-guns), Bows, Crossbows and all related Ammunation;

60.) All radios, televisions, communication equipment, receivers, transceivers, transmitters, antennas and towers, and all ancillary equipment, supplies, computers, software programs, wiring and related accoutrements and devices;

61.) All power-generating machines or devices, and all storage, conditioning, control, distribution, wiring and ancillary equipment pertaining or attached thereto;

62.) All computers and computer systems, and the information contained therein or stored on any form of storage disk, as well as all ancillary equipment, printers, modems, monitors or any other peripheral devices, including data-compression or encryption devices and processors;

63.) All office and engineering equipment, furniture, ancillary equipment, drawings, tools, electronic and paper files, and items related thereto;

64.) all water, oil and or gas well drilling equipment, chemicals, tools and supplies;

65.) All shipping, storing and cargo containers, and all chasis, truck trailers, vans and the contents thereof, whether on-site, in transit or in storage anywhere;

66.) All building materials, and prefabricated buildings, and all components or materials pertaining thereto, before or during manufacture, transportation, storage, building, erection or vacancy while awaiting occupancy thereof;

SECURITY AGREEMENT-9              FORM    BM4242427

67.) All communications and data, and the methods, devices and forms of information storage and retrieval, and the products of any such stored information;

68.) All books, drawings, magazines, manuals and reference materials, regardless of physical form;

69.) All artwork, paintings, etchings, photographic art, lithographs and serigraphs, and all frames and mounts pertaining or affixed thereto;

70.) All food and all devices, tools, equipment, vehicles, machines and related accoutrements involved in food preservation, preparation, growth, transport and storage;

71.) All construction machinery and all ancillary equipment, supplies, materials, fuels, fuel additives, materials and service equipment pertaining thereto;

72.) All medical, dental, optical, prescription and insurance records, record numbers and information contained in any such records or pertaining thereto;

73.) The living Will and all inheritances gotten or to be gotten at any time forthwith;

74.) All wedding bands and rings, religious medallions and symbols, watches, wardrobe and toiletries;

75.) All radios, televisions, household goods and appliances, linen, furniture, kitchen utensils, cutlery, tableware, pottery and antiques;

76.) All businesses, corporations, companies, trusts, partnerships, organizations, proprietorships and the like, now owned or hereafter acquired, including all titles, names, corporation names, as well as all books, records thereof and therefrom, all income therefrom, all accessories, accounts, equipment, information, inventory, money, spare parts and any computer and computer related devices pertaining thereto;

77.) All packages, parcels, envelopes or labels of any kind whatsoever which are addresses to or intended to be addressed, whether received or not received;

78.) All telephone and fax numbers, address books and website adresses;

79.) Shall retain all Constitutional Rights as an American Citizen, under the care and protection of the United States of America.

SECURITY AGREEMENT-10                    FORM   BM-4242427

## ADVISORY

DEBTOR agrees to notify all of DEBTOR'S former Creditors, would-be Creditors and would-be purchasers of any herein-described COLLATERAL, of this Security Agreement, and all such personages are expressly notice herein.

This Security Agreement is accepted for value, property of the Secured Party, and is not dischargable in Bankruptcy Court; as Secured Party's property is Exempt from third-party levy.

This Security Agreement devolves on Secured Party's heirs and assigns, who are equally as authorized, upon taking title to this Security Agreement via non-negotiable contract, devise, or any lawful Commercial Remedy.

## DEFAULT

The following shall constitute the events of DEFAULT here-under:

1.) Failure of/by DEBTOR to pay any debt secured hereby when due;

2.) Failure of/by DEBTOR to perform any and all obligations secured hereby when required to perform; or,

3.) Any breach of any warranty DEBTOR has contained within this Security Agreement.

### SIGNATURES

Secured Party accept these signatures in accord with U.C.C.§ 3-419.

EXECUTED this 19th day of March 2005 C.E.

_Denard Darrell Neal_, DEBTOR
DENARD DARNELL NEAL, DEBTOR
Social Security Account#

_Denard-Darnell Neal_
Denard-Darnell:Neal, Secured Party
Exemption Identification #

SUBSCRIBED AND SWORN to before me this 5th day of
April 2005 C.E.

_Elsie E. Scott_
Notary Public in and for the State of Arizona. Residing at Phoenix Az. My Commission Expires:

OFFICIAL SEAL
ELSIE E. SCOTT
Notary Public - State of Arizona
MARICOPA COUNTY
My Comm. Expires Sept. 16, 2007

SECURITY AGREEMENT-11

FORM    BM4242427



STATE OF IOWA
Secretary of State Office

№ C 697

I hereby certify that this is a true and complete document(s) to which the seal is affixed as filed in this office beginning __3__ day of __May__ __2005__ to and including the date below.

DATED __May 3__ __2005__

_____
Secretary Of State

BY: _____

DEC 20 2007

PLAINTIFF EXHIBIT-B

CIVIL ACTION NO. 07-915 (JR)

PLAINTIFF DOCUMENTS ON T.B. TEST

there is no better method to diagnose infection, its actual test accuracy is unknown.

7) Phenol, a component of Tubersol, is a highly toxic industrial chemical with numerous known health risks yet this is a component of Tubersol.

8) The CDC claims that the TB skin test is safe, yet the manufacturer states that NO known carcinogenicity studies have been performed. In fact, phenol, when injected intradermally, is associated with skin cancer development in test animals.

9) The CDC states that TB skin testing is safe in pregnant women yet manufacturers have NOT performed mutagenicity testing. This is alarming in consideration that phenol, a component of Tubersol, is a known mutagen.

Summary: TB skin testing should not be required of otherwise healthy HCWs unless safety and efficacy studies have proven a benefit in this low risk population. The FDA should halt the use of Tubersol pending the standard and usual safety testing has been performed, including carcinogenicity and mutagenicity testing.

INTRODUCTION
The following document is a review of current TB screening policies for HCWs. This includes an analysis of two published documents. First, "The Core Curriculum on Tuberculosis" (4th edition, 2000), published by the U.S. Department of Health and Human Services and The Centers for Disease Control. The second, a joint statement published in the MMWR, June 2000, represents the works of the American Thoracic Society and the CDC.

After anti-TB medications became available in the 1940's, a gradual decline of the number of TB cases were reported from 1953 until about the mid 1980's when there was a 20% increase from 1985 through 1992 (1, p. 16). According to the CDC, the major factors for this rise were 1) a deterioration of TB public health infrastructure, 2) HIV/AIDS epidemic, 3) immigration and 4) transmissions in congregate settings. (It would seem most logical that, since HIV increases the risk of TB by as much as 100-fold, and AIDS was an entirely new disease entity coinciding with this period of TB resurgence, that HIV would be the most likely contributing factor for rising cases of TB.) The CDC claims that the deterioration of the TB public health infrastructure was a major factor for TB resurgence, yet, the CDC publication offers no supportive evidence of this conclusion. If this were true, there would be an increase in the incidence of TB amongst healthy HCWs. Data to this effect is absent. In fact, I have not discovered any published data that proves the hypothesis that the neglect in screening programs resulted in more cases of TB during this era.

It is interesting to note that the incidence of TB in the US has declined steadily since the 1900's. This decline was noted in spite of the fact that pharmaceutical therapies were unavailable for nearly five decades. How did the incidence of TB decline in the absence of TB screening programs and chemoprophylaxis? The CDC's contention that the small TB spike occurring in the late 1980's was the result of deteriorating TB control infrastructure seems very questionable.

The unrealistic goals of the CDC
In 1989, the CDC announced the goal of eliminating tuberculosis from the US by 2010. Plans and task forces were then established to accomplish this goal. To apparently help achieve this goal, the CDC now concludes that healthcare workers are part of a "targeted" population of individuals who are at high risk for developing the infection (TB skin tested positive) and developing subsequent clinical disease of tuberculosis. Institutional TB skin testing is recommended for the staff of healthcare facilities (1, p. 25;90-91).

Elimination of TB is unachievable and unrealistic. First, our government's open door immigration policy allows countless high risk individuals into the US undetected on a daily basis. How can those individuals be screened when our government refuses to identify illegal aliens and allows them access to the healthcare system? Secondly, since the majority of TB occurs in the immune compromised host, how

Case 1:07-cv-00915-JR    Document 21-3    Filed 12/20/2007    Page 3 of 26
Yahoo! Mail - urbanbuffalo@yahoo.com
Page 3 of 27

will the disease be irradicated unless the coexisting conditions are eliminated. AIDS, cancer and chemotherapy populations grow each year. Thirdly, false negative skin testing alone will bypass significant numbers of infected individuals (even one case missed in screening is significant when the goals are 100% eradication and the CDC claims a 23% transmission rate!) .

CURRENT POLICIES

Risk analysis for TB and the rationale to screen HCWs There are an alleged 10-15 million infected (skin test positive) persons in the US (1, p20:no source given). Of these, if not detected and no preventative treatment is initiated, the CDC states that 10% will develop TB at some point, 5% within the first 1-2 years, in spite of normal immune system (1, page 7; (2) page 8). The primary source of this data is not referenced in the CDC publications. Accurate natural historical data is critically important in order to support screening of asymptomatic HCWs. A study recently published in JAMA (3) challenges the CDC report and showed that of the estimated worldwide TB infection (TB test positive) rate of 32%, only 7.96 million cases of disease were reported in 1997, or a TB disease incidence of less than 0.2% amongst infected individuals (assuming a 6 billion world population). This is far less than the 5-10% rates quoted in the CDC publications and are consistent with the general concept that TB is a disease of opportunity, generally harmless to the immune competent
host. This data alone should challenge the wisdom in screening otherwise
healthy populations.

In addition, the CDC quotes a transmission rate of 21-23% (ref 1, page 6): this seems alarmingly high (referenced from "CDC Program Management Report"-unavailable). This implies that 21-23% of all contacts with a TB patient will develop the infection or disease! Demographic data simply does
not support this alarmingly high rate.
Summary of CDC's High Risk Groups for Developing TB (modified from 1, p 8)

HIV/AIDS
Silicosis
Substance abuse
Hematological and reticuloendothelial disease
Chronic malabsorption and malnutrition
Diabetes Mellitus
Prolonged steroid therapy
Solid organ transplantation
Cancer of head and neck
Chronic renal failure
Low body weight
Healthcare workers

Table 3 in Ref 2 (p 9) assigns relative risk values for many of these groups; however, missing in this table are relative risk data of HCWs with healthy immune systems!

DISEASE Relative Risk
Silicosis  30
Diabetes mellitus 2-4.1
Chronic renal failure/hemodialysis 10-25.3
Gastrectomy 2-5
Jejunoileal bypass 27-63
Solid organ transplant
 renal 37
 cardiac 20-74
Carcinoma of head or neck 16

The HCWs receiving mandatory yearly testing should be informed of his relative risk to develop TB disease. With the sole exception of the HCWs, all individuals designated in the CDC publications as high

Yahoo! Mail - urbanbuffalo@yahoo.com    Case 1:07-cv-00915-JR    Document 21-3    Filed 12/20/2007    Page 4 of 26

Page 4 of 27

risk are those with abnormal systemic or pulmonary immune defenses. But is this proven? Is it possible that, as with many other diseases, the integrity of the host immune response system is of far greater importance than the presence of mere exposure to microorganisms? In fact, if HCWs were not at higher risk than the general population, unless they had additional medical risk factors, screening of HCWs would be no more valid than screening 100% of the population.

Although historical studies showed higher infection and disease rates in HCWs in an era when the prevalence of TB was higher, modern era data suggests this is no longer the case. McKenna, et al (4) concluded that the "overall case rate of tuberculosis in healthcare workers was slightly lower than the natural rate....most healthcare workers do not appear to have a risk of clinically active tuberculosis greater than the general population". This conclusion has been confirmed in other recent studies (5).

TESTING AND THERAPY

The TB skin test
Tubersol, manufactured by Aventis, is comprised of a purified protein derivative of the organism M. tuberculosis. Its efficacy as a screening test is derived from the delayed hypersensitivity response in the infected host after intradermal injection. The exact number of doses sold in the US annually is apparently a guarded secret (personal communication, Aventis Pasteur, Sept 12, 2003).

False negatives are thought to occur frequently. Listed causes (6) include anergy, recency of exposure, viral infections, various vaccinations, overwhelming infection, various drugs(steroids) and malignancies and any condition that can impair the cell mediated immune response (sarcoid, malnutrition) . False positives include nontuberculous infections and BCG vaccine state. In spite of these inaccuracies, the CDC states that for persons with latent TB infection who have a normal immune system, test sensitivity approaches 100% ( 2, p 11). This statement is ridiculous for several reasons. First, the TB skin test is the gold standard, so it is not possible to accurately gauge the incidence of false negative exams. The sensitivity of this test , in actuality, remains unknown. Secondly, false negative exams occur in the groups who are at the very highest risk for disease in the first place, meaning that the false negative tests weigh heavily against the efficacy of screening in the most important risk groups-the one's most likely to develop disease in the first place!

Compounding the inaccuracies of the TB skin test is the revelation that only one in three positive reactions are correctly classified as positive by screen test interpreters (7).

Serious untoward reactions to the Tuberculin substance have been reported. Adverse reactions include local skin reactions (vesicles, ulcers, necrosis, scarring), rashes, and anaphylaxis. Shockingly, in spite of its widespread use, the manufacturer's insert 6) states that Tubersol has not been evaluated for its carcinogenic or mutagenic potentials or influence on fertility. This is surprising considering the widespread use and frequent repetition intervals of administration, particularly to the long term HCWs employee. It is also irresponsible for the CDC to state that tuberculin is safe and reliable throughout the course of pregnancy (1, p. 29). This is in direct opposition with the manufacturers statement that Tubersol is NOT tested for mutagenicity. It is a fact that a declaration of safety without testing is a declaration of assumed safety, not a proven scientific fact.

What can we gather from the toxicology of its components? Tubersol contains 0.28% phenol(5), which is known to be highly toxic to humans (8). The 1969 American Heritage Dictionary defines phenol as a "caustic, poisonous, white, crystalline compound...derived from benzene and used in various resins, plastics, disinfectants, and pharmaceuticals. Phenol is also known as 'carbolic acid.'" Amongst the known adverse reactions to phenol are:

·irritating to skin, eyes, mucous membranes in humans
·ingestion in humans may cause death, paralysis, weakness, seizures, coma, respiratory collapse
·animal testing has shown severe toxicity
·limited data available on the chronic effects in humans, but in humans has caused dermal inflammation and necrosis, arrhythmia's, hepatic enlargement and dysfunction.

Yahoo! Mail - urbanbuffalo@yahoo.com    Case 1:07-cv-00915-JR    Document 21-3    Filed 12/20/2007    Page 5 of 26

Page 5 of 27

·animal studies have shown chronic exposure effects the CNS, respiratory, renal and cardiovascular systems

·no human development and reproduction studies have been performed BUT...·animal studies have shown reduced weight, growth retardation, abnormal development, increased maternal mortality and decreased maternal weight gain.

·no studies have been done in humans with regards to carcinogenicity BUT...· animal studies show phenol applied to skin is a skin carcinogen in mice!

These findings should be embarrasing to the FDA and shocking to recipients of the TB skin test. The CDC has no supportive data to state unequivocally that this test agent "is both safe and reliable throughout the course of pregnancy" (1, p 29) when animal studies exist to the contrary and demonstrate that one of its constituents is a skin carcinogen! How did the FDA approve this agent for use in the tuberculin skin test? Without testing, no conclusions can be made as to the safety of Tubersol, regardless of what comments critics might offer such as, for example, "....but it is such a small dose". Has Aventis proven that Tubersol is safe? The FDA, CDC and Aventis simply cannot answer that question with available scientific data.

The myth of screening and prophylactic therapy for the skin test positive HCWs· is there any proof of benefit?

With regards HCWs, a 1992 survey of 210 hospitals in the U.S. calculates the tuberculin reactivity rate of only 0.64% (9). This rate would even be expected to be lower today with falling prevalence of TB. Is it really worth screening 156 health HCWs in order to discover one positive convertor? In turn that convertor invariably will have a negative clinical exam and radiograph.

Cost benefit analysis was studied at a time when the tuberculin agent was $10. The costs of screening was $4,500 per person eligible for treatment and and $350,000 per case of TB prevented (10). The current cost of tuberculin is $18. It is particularly disappointing that as few as 25% of treated individuals actually are able to complete therapy.

Do local TB statistics support screening studies? Illinois Department of Public Health Statistics (11) compiling TB disease in all counties between 1990-2001 reveals that 86% of 104 counties reported on average fewer than two TB cases per year and 67% as few as one case annually! How can screening healthy HCWs in those counties with such low disease prevalence be justified? It simply cannot.

Inconsistencies within the CDC guidelines are easily found. First, the CDC publications do not support blanket chemoprophylaxis for all TB skin positive individuals with normal health exams and radiographs, yet one wonders how the CDC could NOT suggest therapy if the CDC believes their own statistic that 10% of these individuals really were destined to developed disease. If a subsequent TB positive test results in a negative clinical exam and chest radiograph and a decision NOT to treat, why not replace the risk·, inaccurate TB test with a clinical exam and an employee radiograph? The decision to test SHOULD be a decision to treat.

Secondly, in order to justify chemoprophylaxis, outcomes studies must show proven safety, efficacy and long term benefit. If there were no proven benefits to the treatment group over non treated individuals, then the screening program would be without merit. Are there studies that support better outcomes in the treated group vs. untreated group in healthy HCWs? This author has discovered no such literature. Other studies challenge the supposition of beneficial chemoprophylaxis.

In Ref 2 (pg. 12), there is an allusion to seven trials in the 1950's ·60's which demonstrated reduction of TB disease in the 25-92% range with chemoprophylaxis. Since these studies were done in the decades when TB was significantly more prevalent, approximately 50 years ago, they are no longer valid. Secondly, these studies almost exclusively involved non-US participants in countries where environmental and health issues were substantially different than in the US. This is not applicable to the current issue of treatment outcomes in healthy US HCWs treated for LTBI. The MMWR report (2, p 13) also refers to the IUAT trial which indicated a reduction of LTBI by 65-75%. Unfortunately, this trial was

also performed in non-US individuals, all of whom had abnormal chest radiographs. This is a significantly different population than the typical US HCW who rarely displays an abnormal radiograph (2, pg. 11, and personal experience). The MMWR report attempts to further inflate these success statistics by quoting a 69-93% efficacy in "compliant" participants, a statistic that has little significance in real-life clinical outcomes. A closer look at the success rates shows they are quoted in meaningless percentages (if i bought three lottery tickets instead of one, does the 200% improved chance of winning mean anything in the real world?) Where is the statistical proof (for CDC authors, that would be the "p" values)? For the group with fibrotic lesions < 2 cm (the group closest to the most typical HCWs), there was NO STATISTICALLY SIGNIFICANT DIFFERENCE in placebo treatment and 12 week, 24 week and 52 week regimens. In addition, these trials were conducted from 1969-1977, over 30 years ago when TB rates were generally higher than today.

The MMWR report reviewed randomized treatment of LTBI in HIV positive individuals in seven studies from 1980-1997, although only one was strictly in the US (2,p 16). These results were decisively mixed, with some studies actually demonstrating higher TB rates in groups receiving isoniazid than nontreated groups! If benefit of prophylaxis is at best equivocal in high risk individuals, on what basis does the CDC use to justify prophylaxis in the healthy HCWs?

In a more recent study involving a New York area population of HIV-positive patients with anergy, there was a no significant difference in TB rates in those receiving anti-TB prophylaxis with INH compared with placebo (12). Once again, if efficacy of therapy for LTBI in the highest risk group is unproved, how can we justify prophylaxis in low risk HCWs with an intact immune system?

In order to answer these questions more completely with regards to the low risk HCWs, Tsetat et. al. (13) performed a decision analysis of screening test positive adults and concluded that "from the perspective of the individual adult with a positive skin test for TB, we cannot make a case for INH therapy". Furthermore these authors distinguished TB mortality rates from individuals dying with their disease rather than because of their disease and calculated lower TB mortality rates than earlier authors. With this factored into the risk-benefit analysis they further concluded that "it does not matter how high the rate of developing TB is-the preferred strategy is always "NO INH". These authors do not recommend therapy unless active TB disease is detected.

The FDA safety record with anti-tuberculous drugs The 2000 MMWR report states:

"In 1965, when Isoniazid was first recommended in the United States for treatment of LTBI , it was not thought to cause severe toxicity. However studies in the late 1960's suggested that isoniazid did cause hepatitis....It was not until the 1970's that when several persons receiving isoniazid for LTBI died from hepatitis that the likelihood of isoniazid hepatitis was understood" (2, p 15-16).

Most clinicians are now very aware of the dangers of INH therapy and the need for careful clinical evaluation of all patients receiving therapy for LTBI. Unfortunately, this failure of the CDC/FDA to detect toxicity in recommended drug therapies prior to their widespread use and acceptance was not an isolated incidence.

The CDC manual published in 2000 (1, pg. 78) did not discuss potential hepatotoxicity of two additional anti-TB drugs, rifampin and pyrazinamide. In 2003, the CDC published a retraction of the recommendation of these drugs for LTBI based on the discovery of 48 cases of severe liver injury and 11 related deaths (14). An alarming 5% of patients who started this therapy did not complete the regimen due to hepatic toxicity. With these high percentages of complications it is difficult to comprehend how such severe adverse reaction rates were not discovered in pilot studies before the CDC issued widespread recommendations for their use in LTBI. Understandably, the FDA's and CDC's track record in TB drug safety testing would leave one even more concerned of their widely held opinion of the untested but assumed safety of the phenol containing skin testing agent Tubersol.

When recommendations become mandatory

Case 1:07-cv-00915-JR   Document 21-3   Filed 12/20/2007   Page 7 of 26
Yahoo! Mail - urbanbuffalo@yahoo.com
Page 7 of 27

According to the CDC, the "risk assessment should identify which HCWs have the potential for exposure and the frequency with which the exposure may occur. This information can then be used to determine which HCWs to include in the skin testing program and the frequency with which they should be tested" (1, p 91). This site or occupation-specific risk assessment of all HCWs is a targeted testing program. It is uncertain how individual institutions implement targeted testing. Radiology technicians currently undergo mandatory yearly testing at Memorial Medical Center and Springfield Clinic. It is my understanding that employment can be terminated in HCWs refusing to be tested.

The FDA and CDC: conflicts of interest

The following was published in the Washington Free Press as the results of an UPI investigation(15).

In the year 2000, the U.S. House of Representatives Committee on Government Reform held hearings to examine conflicts of interest in the two official panels that control vaccine policy in the U.S. (there is one panel at the Centers for Disease Control and one at the FDA). Among the committee's findings were widespread conflicts of interest among panel members in the form of financial ties to pharmaceutical companies who manufacture vaccines that the panels oversee. Following is a summary of the committee findings, assembled by Dr Joseph Mercola.

   * The CDC routinely grants waivers from conflict of interest rules to every member of its advisory committee.

   * CDC advisory committee members who are not allowed to vote on certain recommendations due to financial conflicts of interest are allowed to actively participate in committee deliberations and advocate specific positions.

   * The chairman of the CDC's advisory committee until recently owned 600 shares of stock in Merck, a pharmaceutical company with an active vaccine division.

   * Members of the CDC's advisory committee often leave key details out of their financial disclosure statements, and are not required to provide the missing information by CDC ethics officials.

   * Three out of the five FDA advisory committee members who voted to approve the rotavirus vaccine in December 1997 had financial ties to the pharmaceutical companies that were developing different versions of the vaccine. The vaccine was recalled a few years later after numerous public complaints of serious bowel obstruction due to the vaccine.

* Four out of the eight CDC advisory committee members who voted to approve guidelines for the rotavirus vaccine in June 1998 had similar financial ties.

In a USA Today report of conflicts of interest on the 18 advisory committees established by the FDA, the following was reported (16).

* 54% of the experts hired to advise the government on safety and efficacy policies had financial relationships with the pharmaceutical companies that would be directly affected by their opinions

* since 1988, the FDA has waived on more than 800 occasions the federal law that would have other wise prohibited use of experts with financial conflicts

* 92% of FDA advisory meetings had at least one member with a conflict of interest

* 55% of FDA advisory meetings were held when at least half of the committee members had conflicts

* in 102 FDA advisory meetings dealing with the fate of a specific drug, 33% of the experts had a financial conflict.

Case 1:07-cv-00915-JR    Document 21-3    Filed 12/20/2007    Page 8 of 26
Yahoo! Mail - urbanbuffalo@yahoo.com
Page 8 of 27

The pharmaceutical industry enjoys the benefits of increased revenue when government regulatory bodies pass favorable legislature promoting use of its products. The influential power of this industry has been subject to much criticism. According to Public Citizen's report (17)

Drug industry lobbying ranks include 26 former members of Congress. All told, 342 lobbyists (51 percent of those employed by the industry) have "revolving door" connections between K Street and the federal government.

The Pharmaceutical Research & Manufacturers of America (PhRMA), which represents more than 100 brand-name prescription drug companies, shelled out $14.3 million last year, a 26 percent increase from 2001 and nearly double what the group spent in 2000. PhRMA hired 112 lobbyists in 2002, 30 more than the year before.

Brand-name drug manufacturers spent more than 20 times as much on lobbying as generic drug-makers - $76 million versus $3.4 million. And they employed seven lobbyists for every one hired by their generic counterparts. Biotechnology companies spent $12 million on lobbying.

Since Public Citizen began tracking the drug industry's lobbying activities in 1997, the industry has spent nearly $478 million lobbying the federal government. In that same period, the top 25 pharmaceutical companies and trade groups gave $48.6 million to federal campaigns. Well over $100 million more went to paying for issue ads, hiring academics, funding non profits and other activities to promote the industry's agenda in Washington. All told, the drug industry has spent nearly $650 million on political influence since 1997.

Drug company profits have been staggering.

*By comparison, all companies in the Fortune 500 suffered a combined loss of 66.3 percent in profits from 2001 to 2002. The pharmaceutical industry soared past other business sectors - raking in profits five-and-a-half times greater than the median for all industries represented in the Fortune 500.

*17% profit (as a percent of revenue) far outpaces the 3.1% median value for all other Fortune 500 industries.

*Profits registered by the 10 drug companies on the list were equal to more than half the $69.6 billion in profits netted by the entire roster of Fortune 500 companies - when all losses are subtracted from all gains.

The dollars available to the drug companies for influencing industry agencies are staggering. There is no question that the CDC's policy of widespread use of Tubersol for testing HCWs has widely increased the market for their product. National advisory committees have been an essential and necessary part of healthcare policy in this country but has been also linked to significant conflicts of interest, as reported in JAMA (18). In a review of of doctors involved in establishing national guidelines on disease treatment, they found that :

85% of guideline authors have some sort of relationships with drug companies, and they are often not disclosed

38% of respondents said they had served as employees or consultants for drug companies; 58% received research money

59% had links with drug companies whose medications were considered in the particular guidelines they authored, almost all cases predating the guideline creation process

These numbers may be even greater, as only 52% of authors responded

These are disturbing revelations. Questions must be asked regarding the establishment of national TB skin testing policies for healthy HCWs. First, to what degree has Aventis benefited from the expansion of mandatory testing to healthy HCWs in the United States? Secondly, did advisory committee members who established TB skin testing policies have financial ties with Aventis?

Conclusions

There is no clinical scientific evidence that the healthy HCW is at higher risk than the general population. Furthermore, even in positive TB reactors, there is no modern scientific evidence that would support benefit of chemoprophylaxis for LTBI in healthy HCWs. The Tubersol agent in use has not been adequately tested for safety and its accuracy is questionable and unproveable. The TB skin testing policy for LTBI in the typical HCW is of doubtful efficacy and benefit and of unknown risk to the individual HCW. Mandatory testing is unsupported. Most tragically, our government health agencies have a tract record of errors in drug safety testing and these same agencies have conflicts of interest that raise serious questions of the mechanisms that healthcare policies are established.

Recommendations
Immediate suspension of mandatory TB skin testing policies of HCWs is reasonable considering the lack of clinical efficacy of testing or subsequent treatment of LTBI. A review of current local and state public health records could be undertaken to determine a) the incidence of TB skin test reactivity amongst HCWs, b) the true risk of TB disease in the skin reactive HCWs who fails to receive prophylaxis for LTBI and c) the outcome analysis of the HCWs placed on preventative drug therapy and finally d) the review or performance of pertinent toxicology studies on Tubersol that establishes this agent as safe.

References

1) Core Curriculum on Tuberculosis. What Every Clinician Should Know. U.S. Department of Health and Human Services, Centers for Disease Control and Prevention, Fourth Ed. 2000

2) Targeted tuberculin testing and treatment of latent TB infection. MMWR; 49, June 9, 2000

3)JAMA 1999;282:677-686

4) McKenna, MT, et. al., The association between occupation and tuberculosis. A population-based study. Am. J. Resp. Crit Care Med.154: 587-93, 1996.

5) Kwan, SYL, et. al., Nosocomial tuberculosis in hospital staff in a Hong Kong chest hospital. Chinese Med J. 103, 909-914, 1990.

6) Tubersol PDR, 2003

7) Underreading of the tuberculin skin test reaction. Kendig, et.al., Chest,113,1175,1998

8) http://www.lakes-environmental.com/toxic/PHENOL.HTML

9) Fridkin, SK, et. al., SHEA-CDC Tuberculosis survey, Part 1. Status of tuberculosis infection control programs at member hospitals. Infect. Control Hosp Epidemiol. 16: 129-134, 1992

10) Raad, I. et. al., Annual tuberculin skin testing of employees at a university hospital: a cost-benefit analysis. Inf. Control Hosp Epidemiol; 10, 465-9, 1989.

11) http://www.idph.state.il.us/health/infect/tb90-01.htm

12) F. Gordin, et. al., NEJM; 337(5), 315-320, 1997.

13) Tsevat, J, et. al., Isoniazid for the tuberculin reactor: take it or leave it. Am Rev. Respir. Dis., 137:

215-220, 1988.

14) Update: Adverse event data and revised American Thoracic Society/CDC recommendations against the use of rifampin and pyrazinamide for treatment of latent tuberculosis infection---United States, 2003. MMWR; 52(31), 735-39, 2003.

15) http://www.washingtonfreepress.org/61/conflictsOfInterest.htm

16) http://www.mercola.com/2000/oct1/fda_drug_approvals.htm

17) http://www.citizen.org/pressroom/release.cfm?ID=1469-profit margins by drung companies

18) N.K. Choudhry, et. al. Relationships between authors of clinical practice guidelines and the pharmaceutical industry JAMA; 287,612-617, 2002.

http://www.indystar.com/articles/6/156065-8596-052.html

Outbreak of TB concerns agencies
Fort Wayne cases may signal new strain of disease that spreads easily, health official reports.
By Andy Gammill
andy.gammill@indystar.com
June 19, 2004

Federal and state health workers have been dispatched to Fort Wayne to help control a growing tuberculosis outbreak that may represent a new strain of the disease. The disease has alarmed local doctors because the Fort Wayne patients appear to have contracted it from casual social contact, said Allen County Health Commissioner Dr. Deborah McMahan.

Tuberculosis traditionally has spread among people in prolonged contact with one another, such as family members or refugees in camps. In Fort Wayne, people seem to be catching the airborne bacteria from their friends and developing the disease, McMahan said.

One person has died, and at least 17 cases over a three-year span have been definitively connected. As many as 28 cases may be tied to the outbreak, the Fort Wayne-Allen County Health Department said. Allen County, about 120 miles northeast of Indianapolis, usually reports about eight tuberculosis cases a year, but 13 cases already have been reported this year. Federal officials have described this outbreak as a crisis.

Laboratory tests from the Fort Wayne patients do not match samples taken during any other U.S. outbreak of tuberculosis, McMahan said. "The real significance to having identified a new strain is it tells you it originated here in Fort Wayne," she said. Health Department officials noticed late last year that they were seeing more cases than usual and began testing older cases to see if they were related.

The Indiana State Department of Health isn't ready to conclude that there's a new strain of tuberculosis or that it's more easily spread, spokeswoman Margaret Joseph said. State and federal health officials are concerned about the outbreak mainly because of its size and the fact that it's still growing, she said. Everyone who suspects they came into contact with a tuberculosis patient in Fort Wayne should seek treatment and consult with a doctor, Joseph said. Testing and preventing further spread of the disease are essential, she added. A spokeswoman for the federal Centers for Disease Control and Prevention confirmed that the agency has two staffers in Fort Wayne to help the local Health Department.

The State Department of Health has two nurses assigned to the case as well. The outbreak has taxed the resources of the state's tuberculosis division, Joseph said. Indiana sees cases of tuberculosis every year,

but rarely in such significant clusters, she said. It's also putting a strain on the Fort Wayne-Allen County Health Department, administrator Loren Robertson said.

The department operates a small tuberculosis clinic but doesn't have the staff to complete the exhaustive investigations required with tuberculosis cases, he said. Public health workers quiz patients about everyone they came in contact with and then track down those people for testing.

One of the recent tuberculosis patients had 590 contacts, Robertson said. Plus, medicine must be delivered to patients daily, taking more staff time, he said. "We had the nurses and an office person, but we didn't have the office staff to do the extent we needed," he said. "We're going off the charts here. We're running out of space at the clinic." It's unclear how much more the outbreak will grow, but healthworkers say they hope that by getting the word out, they can make sure people are tested if they were exposed.


Tuberculosis
• Cause: Tuberculosis is caused by bacteria that can invade any part of the body but usually attack the lungs. The bacteria are spread through the air from one person to another, mostly through coughing or sneezing. Usually long-term contact is required before one can catch it.

• Symptoms: Symptoms include a severe cough, pain in the chest, coughing up blood or phlegm, weakness, fatigue, weight loss, chills, fever and night sweats.

• Diagnosis: Doctors can determine whether the disease is present from a skin prick test, but further tests are required to detect whether a person has an active case of the disease.

Source: Centers for Disease Control and Prevention


Hmmm, wonder if they are working on a BCG vaccine in the US? Anyone know?

Yes, in deed. See below.

"http://www.vidyya.com/vol6/v6i50_2.htm

Clinical trial of a new TB vaccine in the U.S. begins; New vaccine may prove more potent than 100-year-old current vaccine

The Aeras Global TB Vaccine Foundation and the David Geffen School of Medicine at UCLA announced on 17 February 2004 that they have begun the first clinical trial of a live recombinant tuberculosis vaccine in the U.S. Six volunteers were inoculated today with the new vaccine at the Center for Vaccine Development, St. Louis University, Missouri, under the direction of Dr. Daniel F. Hoft. Volunteers are also being recruited at another trial site in Winston-Salem, North Carolina, by Piedmont Medical Research Associates under the direction of Dr. Thomas W. Littlejohn III.

The vaccine, known as rBCG30, was constructed by Dr. Marcus Horwitz and his research team at the David Geffen School of Medicine at UCLA. The live vaccine, which uses the current vaccine called BCG (Bacille Calmette-Guerin) as a delivery vehicle, over-expresses the major protein secreted by the TB organism. The Aeras Global TB Vaccine Foundation, the world's only organization dedicated solely to developing and distributing new TB vaccines, conducted the preclinical development and regulatory activities required to begin the study to test the vaccine in humans, in collaboration with Dr. Horwitz.

"The development of the vaccine required a decade-long effort, and we are gratified to see the vaccine progress to clinical trials," said Dr. Horwitz, professor of medicine and microbiology, immunology and

Yahoo! Mail - urbanbuffalo@yahoo.com

molecular genetics at UCLA.

Each year 8 million people develop new cases of TB, and 2 million people die of the disease -- nearly all of them in the developing world. The current TB vaccine used throughout most of the world, BCG, is almost a century old and has limited efficacy. In conjunction with drug therapy, a more effective vaccine would greatly reduce the TB disease burden around the world.

First developed and tested in TB-susceptible guinea pigs, the new vaccine was found to be more potent than the commercially available BCG vaccine. Funding for basic research, animal testing and vaccine characterization at UCLA was provided by The National Institute of Allergy and Infectious Diseases (NIAID), part of the National Institutes of Health.

"We are within reach of new vaccines that could not only save millions of lives, but achieve the longstanding goal of bringing TB under control in the developing world," said Dr. Jerald Sadoff, President & CEO of Aeras Global TB Vaccine Foundation, which is sponsoring the human trial with support from the Bill & Melinda Gates Foundation. "This is the first step in using modern vaccines to defeat this global pandemic."

The bacterium that causes tuberculosis -- Mycobacterium tuberculosis -- currently infects 2 billion people worldwide, and is the leading killer of people infected with HIV. TB is an airborne bacterial disease that can spread through the lungs to the bones and the brain. Most forms of TB can be treated with drugs, but the complex regimen takes at least six months to complete, and medicine is not always available in developing countries.

The current clinical trial will enroll 30 healthy adults in the U.S. to test the safety of the vaccine and the immune response it provokes. After the trial has been completed, a similar study will be conducted in South Africa, where Aeras has developed a clinical trial site for TB vaccine studies."

**Thank You! How the public cannot see through all of this is beyond me! Fear, fear, and more fear, that is the motto! Not only do people have to be aware of vaccine dangers, but they have to be made aware of how many vaccines are going to be added through scare tactics.**

May 25, 2004
The Times
http://www.timesonline.co.uk/printFriendly/0,,1-369-1121662,00.html

Does your child really need that TB vaccination?
By Juliet Rix
Some experts argue that the vaccination scheme is unnecessary and that resources would be better employed helping high-risk groups

TUBERCULOSIS (TB) kills more people than any other infectious disease: every year two million people die of it worldwide. Here, after decades of decline, the number of cases has risen by 27 per cent over the past ten years, and London is now statistically a high-risk area.

In the face of all this, parents are naturally keen for their 10 to 14-year-olds to receive the BCG vaccine in the routine schools immunisation programme. But the situation may not be as it first appears. Indeed, thousands of children are being vaccinated unnecessarily, and using up valuable resources that

Case 1:07-cv-00915-JR   Document 21-3   Filed 12/20/2007   Page 13 of 26
Yahoo! Mail - urbanbuffalo@yahoo.com
Page 13 of 27

could be better employed elsewhere.

Certainly in some inner-city communities the incidence of TB is now several times higher than the World Health Organisation's "high-risk" threshold, and rising, but the number of cases among white Britons is still falling, says Peter Ormerod, professor of respiratory medicine at Blackburn Royal Infirmary. "Many of the cases that do occur," he adds, "are in people aged over 50 who became infected decades ago but have only now developed the disease."

The fact is that TB is concentrated in certain identifiable sectors of the population: the homeless and communities with close links to parts of the world where TB is rife — particularly Africa and the Indian sub-continent.

What is more, contrary to popular belief, you do not catch TB by sitting next to someone on the bus — or even from a child spitting in the playground. According to the Department of Health (DoH), TB is not highly infectious.

To catch the disease you usually need prolonged close contact — for example, living in the same household — with an adult with active TB, says Dr Delane Shingadia, a senior lecturer in paediatric infectious diseases at St Bartholomew's Hospital, London. Children with active TB are rarely infectious. Nor do people who are infected but have not developed the disease (about a third of the world's population) pass on the infection.

Government policy already recognises the patchy nature of TB by offering BCG vaccination selectively to newborns from high-risk groups. But if "high-risk" children are to be vaccinated at birth, why do we have a schools programme vaccinating predominantly low-risk teenagers? The DoH says the reasons are "historical".

So has the time come to stop vaccinating thousands of children, most of whom gain nothing from it (a small number of whom suffer adverse reactions) and refocus the resources on those who really need it?

BCG is not an effective vaccine. Studies suggest that it offers about 70 per cent protection for 15 years (there is no revaccination). The BCG is not used in the Netherlands, Denmark or the US, where it is regarded as muddying the waters for quick diagnosis (the skin test used to detect exposure to TB comes up positive in vaccinated people). Scrapping the schools programme would lead to "no more than about 25 additional cases of active TB a year", says Paul Sommerfeld, chair of the respected independent charity TB Alert.

It is a figure with which Dr John Moore-Gillon, president of the British Lung Foundation, concurs. He says that all those cases should be curable. The number of cases avoided is smaller than the number of significant adverse reactions expected from the vaccine, some of which (although not full-blown cases of the disease) require treatment with anti-TB drugs.

Dr John Innes, consultant in respiratory medicine and infectious diseases in Birmingham, says there is a case for stopping the schools programme and using the resources in other TB services. Ormerod, who is working on new TB guidelines for the National Institute for Clinical Excellence (Nice), says: "The BCG is one of the least important aspects of our fight against TB. The front line is early diagnosis and effective treatment."

TB is eminently curable. A six-month course of antibiotics results in full recovery, except when diagnosis has been long delayed or in rare cases of multi-drug resistance. "Given that 55 per cent of TB cases are in people from non-English speaking communities, there is a desperate need for knowledgeable nurses to help ensure completion of appropriate treatment," says Dr Ian Campbell, chairman of the joint committee on TB of the British Thoracic Society.

There is a need for more research, too. "We are fighting this world disease with antediluvian technology," says Sommerfeld. "We have a vaccine that was developed in the 1920s, we have not had a

Yahoo! Mail - urbanbuffalo@yahoo.com
Case 1:07-cv-00915-JR    Document 21-3    Filed 12/20/2007    Page 14 of 26
Page 14 of 27

significant new drug since the 1930s, and there has not been nearly enough done to reduce treatment time. We don't even have good diagnostic tools."

Moore-Gillon says: "There has been a failure of attention to TB." Two years ago the Government agreed — officially — that urgent action was required. In January 2003 a TB Action Plan was circulated by the DoH for urgent consultation. "Since then there has been a deafening silence," says Moore-Gillon. The plan has been "about to be published for so long that it has become known as the TB Inaction Plan".

Health Protection Agency TB factsheet

As far as TB goes, the lowered immune system due to mercury fillings is more likely to cause serious TB. My mother worked in a TB hospice where they pulled mercury fillings to cure TB.

New Anti-Inflammatory Drugs Increase TB Risk

Thu Aug 5, 3:21 PM ET

NEW YORK (Reuters Health) - Recently developed drugs called TNF-blockers have brought relief to many people with inflammatory conditions such as rheumatoid arthritis or the intestinal disorder, Crohn's disease. However, the drugs do carry a risk.

In a report released on Thursday, federal health officials at the Centers for Disease Control and Prevention (news - web sites) in Atlanta point out that patients taking TNF-alpha antagonists, such as Remicade (infliximab), Enbrel (etanercept), and Humira (adalimumab) have an increased risk of tuberculosis. As of January 2004, "several hundred reports" of active TB disease in patients taking drugs in this class had been received by the U.S. Food and Drug Administration (news - web sites)'s adverse-event reporting system, according to an article in the Morbidity and Mortality Weekly Report.

While most of these cases occurred outside the U.S., where the risk of TB infection is higher, the report describes 12 instances of active tuberculosis diagnosed among Californians who were being treated with TNF-blockers. Eleven patients had TB disease after taking Remicade and one while on Enbrel therapy. Most of the cases probably represent progression of latent TB infection to active TB disease, according to CDC, because all but one patient had at least one risk factor for having latent TB.

In some of these cases, patients had not been screened for TB prior to starting TNF-blocker therapy.

Testing for TB involves measuring the reaction to a tuberculin skin test, but the CDC notes that many patients who need TNF-blockers may also be less sensitive to tuberculin because of their underlying condition or its treatment. Therefore, "tuberculin skin test results at the time of initiating TNF-alpha antagonist therapy might be falsely negative." The CDC recommends that doctors consider treating latent TB in patients with negative tuberculin test results whose circumstances "suggest a probability" of latent TB. Postponing TNF-blocker therapy, when possible, until treatment of TB is complete, should also be considered.

SOURCE: Morbidity and Mortality Weekly Report, August 6, 2004.

Vaccine Pkg Insert - TB test - Tubersol® -Tuberculin Purified Protein Derivative (Mantoux)

http://www.vaccineshoppe.com/US_PDF/752-22_4611.pdf

---

**HTML Attachment**



PHENOL

Please Note: The main sources of information for this fact sheet are EPA's Integrated Risk Information System (IRIS), which contains information on oral chronic toxicity and the RfD and the carcinogenic effects of phenol, and the Agency for Toxic Substances and Disease Registry's (ATSDR's) *Toxicological Profile for Phenol*. Other secondary sources include the Hazardous Substances Data Bank (HSDB), a database of summaries of peer-reviewed literature, and the Registry of Toxic Effects of Chemical Substances (RTECS), a database of toxic effects that are not peer reviewed.

**Environmental/Occupational Exposure**

- \* Individuals may be exposed to phenol through breathing contaminated air or through skin contact in the workplace. (1)

  \* Other exposures to phenol may occur through the use of phenol-containing medicinal products or smoking tobacco or by eating certain foods such as fried chicken, mountain cheese, and some species of fish. (1)

**Assessing Personal Exposure**

- \* Phenol can be detected in urine; this test can be used to determine whether a person has recently been exposed to phenol or to substances that are changed to phenol in the body. However, no test will tell whether a person has been exposed only to phenol, because many substances are changed to phenol in the body. (1)

Yahoo! Mail - urbanbuffalo@yahoo.com    Case 1:07-cv-00915-JR    Document 21-3    Filed 12/20/2007    Page 16 of 26

Page 16 of 27

**Health Hazard Information**

*Acute Effects:*

- o * Inhalation and dermal exposure to phenol is highly irritating to the skin, eyes, and mucous membranes in humans. (1-3)

  * Phenol is considered to be very toxic to humans through oral exposure, with ingestion of 1 g reported to be lethal, with symptoms including muscle weakness and tremors, loss of coordination, paralysis, convulsions, coma, and respiratory arrest. (1-3)

  * Blood changes, liver and kidney damage, and cardiac toxicity including weak pulse, cardiac depression, and reduced blood pressure have been reported in humans acutely exposed to phenol by the oral route. (1,2)

  * Acute (short-term) animal tests, such as the $LD_{50}$ tests in rats, mice, and rabbits, have shown phenol to have high acute toxicity from oral exposure. (4)

*Chronic Effects (Noncancer):*

- o * Limited data are available on the chronic effects of phenol in humans from inhalation or oral exposure. In one study, muscle pain, weakness, enlarged liver and elevated levels of liver enzymes were found in an individual after inhalation and dermal exposure to phenol and a few other chemicals. (1)

  * Application of phenol to the skin results in dermal inflammation and necrosis. Cardiac arrhythmias have also been reported in individuals exposed to high concentrations of phenol. (1)

  * Long-term inhalation exposure to phenol in animal studies has shown effects on the liver, kidney, respiratory, cardiovascular, and central nervous systems (CNSs). (1)

  * The RfD for phenol is 0.6 mg/kg/d based on reduced fetal body weights in rats. (5)

  * EPA has low confidence in the study on which the RfD was based because the dose was administered by gavage; medium confidence in the database because it contains several supporting studies (subchronic, chronic, and reproductive/developmental); and, consequently, low-to-medium confidence in the RfD. (5)

  * EPA has not established an RfC for phenol. (5)

  * EPA's Office of Air Quality Planning and Standards, for a hazard ranking under Section 112(g) of the Clean Air Act Amendments, has evaluated phenol for chronic toxicity and has given it a composite score of 44 (scores range from 1 to 100, with 100 being the most toxic). These scores are nonlinear and are the product of two ratings: a rating based on the minimal-effect-dose and a rating based on the type of effect. (6)

* EPA's Office of Air Quality Planning and Standards, for a hazard ranking under Section 112(g) of the Clean Air Act Amendments, considers phenol to be a "high concern" pollutant based on severe chronic toxicity. (6)

### Reproductive/ Developmental Effects:

o * No studies were located concerning the developmental or reproductive effects of phenol in humans.

* Animal studies have reported reduced fetal body weights, growth retardation, and abnormal development in the offspring of animals exposed to phenol by the oral route. Decreased maternal weight gain and increased maternal mortality were also observed. (1,3)

### Cancer Risk:

o * No studies were located on the carcinogenic effects of phenol in humans.

* Animal studies have not seen tumors resulting from oral exposure to phenol, while dermal studies have reported that phenol applied to the skin may be a tumor promotor and/or a weak skin carcinogen in mice. (1,2,5)

* EPA has classified phenol as a Group D, not classifiable as to human carcinogenicity, based on a lack of data concerning carcinogenic effects in humans and animals. (6)

### Physical Properties

* * Phenol is a colorless or white solid when it is pure; however, it is usually sold and used as a liquid. (1)

* The odor threshold for phenol is 0.04 ppm, with a strong very sweet odor reported. (1,7)

* Phenol is very soluble in water and is quite flammable. (2)

* The chemical formula for phenol is $C_6H_6O$ and the molecular weight is 94.144 g/mol. (8,9)

* The vapor pressure for phenol is 0.41 mm Hg at 25 EC, and it has a log octanol/water partition coefficient (Log $K_{ow}$) of 1.46. (9)

### Uses

* * The primary use of phenol is in the production of phenolic resins, which are used in the plywood, construction, automotive, and appliance industries. (1)

* Phenol is also used in the production of caprolactam and bisphenol A, which are intermediates in the manufacture of nylon and epoxy resins, respectively. (1)

* Other uses of phenol include as a slimicide, as a disinfectant, and in medicinal products such as ear and

Yahoo! Mail - urbanbuffalo@yahoo.com

nose drops, throat lozenges, and mouthwashes. (1)

**Health Data from Inhalation Exposure**

| Concentration (mg/m$^3$) | Health numbers[a] | Regulatory, advisory numbers[b] | Reference |
|---|---|---|---|
| 1,000,000.0 | | | |
| —<br><br>—<br><br>—<br><br>—<br>100,000.0 | | | |
| —<br><br>—<br><br>—<br><br>—<br>10,000.0 | | | |
| —<br><br>—<br><br>—<br><br>—<br>1,000.0 | | | |
| —<br><br>—<br><br>— | | | |

| | | | |
|---|---|---|---|
| —<br><br>100.0 | | | |
| —<br><br>—<br><br>—<br><br>—<br><br>10.0 | | • * NIOSH REL (15 min)<br><br>(60 mg/m$^3$)<br><br>* NIOSH REL (20 mg/m$^3$)<br><br>* NIOSH TLV and OSHA PEL (19 mg/m$^3$) | 2<br><br>2<br><br>2 |

- NIOSH RELCNational Institute of Occupational Safety and Health's recommended exposure limit; NIOSH-recommended exposure limit for an 8- or 10-h time-weighted-average exposure and/or ceiling.

  NIOSH TLVCNational Institute of Occupational Safety and Health's threshold limit value; the concentration of a substance to which most workers can be exposed without adverse effects.

  OSHA PELCOccupational Safety and Health Administration's permissible exposure limit expressed as a time-weighted average; the concentration of a substance to which most workers can be exposed without adverse effect averaged over a normal 8-h workday or a 40-h workweek.

  [a] Health numbers are toxicological numbers from animal testing or risk assessment values developed by EPA.

  [b] Regulatory numbers are values that have been incorporated in Government regulations, while advisory numbers are nonregulatory values provided by the Government or other groups as advice.

**References**

- 1. Agency for Toxic Substances and Disease Registry (ATSDR). *Toxicological Profile for Phenol*. U.S. Public Health Service, U.S. Department of Health and Human Services, Atlanta, GA. 1989.

Yahoo! Mail - urbanbuffalo@yahoo.com

Page 20 of 27

2. E.J. Calabrese and E.M. Kenyon. *Air Toxics and Risk Assessment*. Lewis Publishers, Chelsea, MI. 1991.

3. U.S. Department of Health and Human Services. Hazardous Substances Data Bank (HSDB, online database). National Toxicology Information Program, National Library of Medicine, Bethesda, MD. 1993.

4. U.S. Department of Health and Human Services. Registry of Toxic Effects of Chemical Substances (RTECS, online database). National Toxicology Information Program, National Library of Medicine, Bethesda, MD. 1993.

5. U.S. Environmental Protection Agency. *Integrated Risk Information System (IRIS) on Phenol*. Environmental Criteria and Assessment Office, Office of Health and Environmental Assessment, Office of Research and Development, Cincinnati, OH. 1993.

6. U.S. Environmental Protection Agency. *Technical Background Document to Support Rulemaking Pursuant to the Clean Air ActCSection 112(g). Ranking of Pollutants with Respect to Hazard to Human Health*. EPAB450/3-92-010. Emissions Standards Division, Office of Air Quality Planning and Standards, Research Triangle Park, NC. 1994.

7. J.E. Amoore and E. Hautala. Odor as an aid to chemical safety: Odor thresholds compared with threshold limit values and volatilities for 214 industrial chemicals in air and water dilution. *Journal of Applied Toxicology*, 3(6):272-290. 1983.

8. U.S. Environmental Protection Agency. *Drinking Water Health Advisory on Phenol*. Office of Drinking Water, Washington, DC. 1990.

9. U.S. Environmental Protection Agency. *Health and Environmental Effects Profile for Phenol*. EPA/600/x-87/121. Environmental Criteria and Assessment Office, Office of Health and Environmental Assessment, Office of Research and Development, Cincinnati, OH. 1987.

---

*Copyright © 1995-2002 Lakes Environmental Software*
*Send your comments to: webmaster@weblakes.com*

**HTML Attachment**

Soar Home

# *Hidden Facts about Tuberculosis, the TB Test and BCG Vaccine* By Ingri Cassel

## The Disease

TB is a disease that affects the lungs and can cause people to cough up blood. Other symptoms are: Chest infection, fever, swollen glands, weight loss, night sweats, constant tiredness, and loss of appetite. In rare instances it can affect the bones and brain.

TB is linked to poor living standards and is more common in inner city areas where living conditions are cramped. It is reportedly spread by coughing and sneezing. In 1996 there was a 13 percent rise in TB incidence worldwide.

## The Vaccine

The BCG vaccine is given to children aged 10-13 years of age in nearly all countries except the Netherlands and the United States. It is also given to newborn babies of ethnic minority and to babies who live in inner city areas in most countries. In the case of older children, a test is normally done to see whether or not a child is already immune to TB. This is called the Mantoux test, more commonly known as the TB tine test.

## The TB Tine Test

The TB tine test is used by a growing number of school districts and employers. It is done by puncturing the skin with 6 tiny needles that inject a trace amount of TB infection into the body with the purpose of seeing whether the person has a reaction. If the person doesn't have a reaction, the result is considered negative for the presence of TB.

The test, however, is not known for its efficacy. The American Academy of Pediatrics tells its members that the test could give false negative and false positive results. The Lancet reported that a lot of medical professionals aren't even sure what a positive test means. It could mean that someone is immune to TB, or it could mean that they are simply allergic to the test.

## Composition of Tubersol® - Aventis Pasteur's Mantoux test (from package insert)

"Tubersol® is prepared from a large batch Master Batch, Connaught Tuberculin (CT68) and is a cell-free purified protein fraction obtained from a human strain of Mycobacterium tuberculosis grown on a protein-free synthetic medium, and inactivated.

"Tubersol® is a sterile isotonic solution of Tuberculin in phosphate buffered

ADD THIS PAGE TO YOUR FAVORITES

MaraPine Pycnogenol is the super-antioxidant that has been tried and tested by over 30 years of research for numerous acute and chronic disorders. The Ojibwe knew about it almost 500 years ago.  Didn't call it that, though. My mom loves it.

*click on picture for more information*

Order Online
***http://www.springwellness.com***
***Or Call 1(800)519-1501***

Yahoo! Mail - urbanbuffalo@yahoo.com

saline containing Tween 80 as a stabilizer. Phenol 0.28% is added as a preservative."

Use ID# 3368/Kay or 204/Allen
1(541)592-6652
whiteaglesoaring@yahoo.com

## Efficacy

The world's largest (and only double-blind) vaccine trial of BCG vaccine was conducted in India. The India study showed that incidence of TB was higher in the vaccinated group than in the control (unvaccinated) group.

The New Scientist wrote: "The world's biggest trial to assess the value of BCG tuberculosis vaccine has made the startling revelation that the vaccine does not give any protection against bacillary forms of tuberculosis."

The Lancet (14 March 1992) also carried out a study of 83,000 people who had been vaccinated against TB and concluded that they could find no statistically significant protection by the BCG vaccine against tuberculosis. Holland does not have a BCG vaccine program, and they have the lowest TB death rate in Europe.

## They don't know how or "if" it works

In the book *Vaccines* by Plotkin and Mortimer, under the heading 'Efficacy of Bacille Calmette-Guerin' it states:

"The true effectiveness of BCG vaccine has been debated for decades. Large clinical trials from the 1930s through the 1970s yielded wide-ranging and conflicting results, demonstrating efficacy from 0 to 80 percent. The most recent trial in India...only served to continue the argument...Even with years of study and debate, the question 'Does BCG work?' cannot be answered definitively."

Also under the heading "Immune Responses to Bacille Calmette-Guerin Vaccine" it states:

"The exact immune response elicited by BCG vaccination and its mechanism of action within the host are not well understood...Studies of the immunological events that occur within the human host after BCG vaccination are almost totally lacking...Both animal data and human clinical studies have provided information about the immune response to BCG, yet for no vaccine so widely used, is so little known about its mechanisms of action.

"The immunology is complicated and development of an assay has been hampered by the lack of understanding of the protective response and the inability to identify specific antigens .. Given our incomplete understanding of tuberculosis immunology, we are left with imperfect indicators of immunity."

## Side effects

The side effects of the BCG vaccine include rash, fever, local induration, pain and lymphadenopathy, discharging ulcer, abscess formation, anaphylactic shock, lymphadenitis, difficulty in breathing, nausea, vomiting,



*Seroctin*
**Natural Serotonin**

*The last time you felt this good was falling in love!
Need Prozac? Maybe not !
Need more energy?
Need relief from stress?
Insomnia?
Seroctin is the natural
Serotonin optimizer.*

*Order Online
http://www.springwellness.com
Or Call 1(800)519-1501
Use ID# 3368 or 204
1(541)592-6652*
whiteaglesoaring@yahoo.com

**Debt Elimination
Mortgage Elimination
Eliminate Credit Card Debt
Eliminate Auto Loans
Eliminate Student Loans
Eliminate Tax Liens
Enhance Income**

**Natural disinfectant against mold, mildew, algae, yeasts, bacteria, viruses, spores, protozoa. Use safe, natural Siberian lichen (Usnea)**



Yahoo! Mail - urbanbuffalo@yahoo.com

phlyctenular conjunctivitis, draining sinuses, death.

In 1930, 73 children were killed by BCG vaccine in a few months. Dr. Neville Irvine's book, "BCG Vaccination in Theory and Practice," reports of this disaster.

There had been a similar number of deaths in Spain when the Association of Spanish Pediatricians told its members not to use the vaccine. A report in the Medical Monitor (June 1992) also stated that the vaccine can give you TB.

"It can cause disseminated TB in immunosuppressed individuals, including children, and local ulceration and osteitis (wasting away of the bone) appears to be more common in babies."

Complication rates for serious side effects from the vaccine were recorded at 3-6 children per 200 (1.5 percent to 3 percent).

## Contraindications

The vaccine should not be administered if the recipient:

* Is taking steroids or any other immunosuppressive therapy such as radiation or chemotherapy.

* Has cancer or is HIV positive.

* Has a fever or skin condition such as eczema.

* Has had a previous reaction to a vaccination.

* Is allergic to any of the vaccine ingredients.

* Has had a vaccine in the last 3 weeks.

* Is pregnant

(from TB / BCG fact sheet © 1997-2001 VAN UK. Produced by Vaccination Awareness Network UK. 0870 444 0

Sources cited at this link http://www.van.org.uk/tb/bcg-tb_factsheet.PDF

The link to the package insert for Tubersol® is available online at the following link: http://www.us.aventispasteur.com/PRODUCT/

The information in this 6-page insert is quite revealing and worth printing out and READING.

## Tubersol®

Tubersol® is the brand name of Aventis Pasteur's TB tine test. The information contained in this package insert is one of the best tools you can

products in hospitals, nursing homes, schools, critical care facilities, veterinary clinics, kennels, mortuaries, kitchens, laboratories on walls floors, air ducts, restrooms--from Earthwright Earth-friendly Solutions.


Orca orcas

**Messages from the Orcas**

*Eliminate Credit Card Debt*
*Don't consolidate....ELIMINATE! An Astonishing Way to Get Free of Credit Card Debt ! And You Learn How to Regain Your Sovereign Status--your Natural Freedom!*

*Original Herbal Cleansing Foot Pads*
**New product from Japan is super and simply amazing. Call 1(541)592-6652 for more information... or visit my website**

*CANDIDA DEFENSE*
**The most effective Candida defense product in the marketplace. This proprietary formula is teeming with live bacteria that start to work immediately to help rid the body of resilient Candida organisms. You can expect results starting with day one! Call 1(541)592-6652 or visit http://www.ghtdirect.com/KARA**

SONIC BLOOM
Specific sound can make plants grow faster, more fruitful, healthier, stronger,

use in asserting your right to abstain from this experimental procedure. On more nutritious, with page 3 Aventis Pasteur admits to the experimental nature of the product. On longer shelf life. Over 20 years of page 5 the manufacturer admits the test may give false positive reactions making plants and growers happy. and the only sure test is microbiological examination of sputum (mucous secretion from the lungs, bronchi and trachea) or a chest x-ray. On pages 2 and 3 the many contraindications and potential adverse reactions are listed.

## The "phenol" defense

Although there is no guarantee that your school district or employer will honor your wishes in opting for a sputum sample to be checked out in a laboratory, it is certainly worth a try and always worth educating folks on the danger of compromising anyone's immune system by injecting foreign proteins into their system. These carcinogenic substances end up in the bloodstream without censoring by the liver or tonsils, a harmful practice in and of itself. After all, the purity of our bloodstream and lymphatic fluids is our greatest health asset and a true barometer of our state of health.

If I were faced with the prospect of a TB test today, I would use the "phenol defense." In other words, tell the bureaucrat requiring this procedure that you are highly allergic to phenol, the preservative used in Tubersol®. The 1969 *American Heritage Dictionary* defines phenol as a "caustic, poisonous, white, crystallin compound...derived from benzene and used in various resins, plastics, disinfectants, and pharmaceuticals. Phenol is also known as 'carbolic acid.'"


Aspiration Dreamcatcher

Dream Catchers of 7th Fire

Photography of Mt. Shasta


Mount Shasta Photography

## Forgotten tuberculosis history

James Phipps, the eight-year-old boy initially vaccinated by Edward Jenner in 1796, was re-vaccinated 20 times, and died at the age of 20. Jenner's own son, who was also vaccinated more than once, died at 21. Both succumbed to TB, a condition that some researchers have linked to the smallpox vaccine. [Favez, G, "Tuberculous Smallpox Reinfection Following a Smallpox Re-Vaccination", *Praxis*, July 21, 1960; 49:698-699; Ambs, E et al, "Tuberculous Abscess of the Upper Arm With Regional Lymphadenitis as a Consequence of Injection in Two Siblings", Med Klin, July 7, 1967, 62:1050-1054; Eleanor McBean, The Poisoned Needle (Mokelumne Hill, CA : Health Research, 1974) pp. 28-29]

Accurate historical records reveal that the incidence of TB increased at an alarming rate during the smallpox epidemics of the 19th century when smallpox vaccine mandates were enforced. In William Osler's book, Principles and Practices of Medicine (p.330, 8th ed., 1918), he wrote that "with the greatest care certain risks are present... A quiescent malady may be lighted into activity by vaccination. This has happened with congenital syphilis, also with tuberculosis."

A doctor at the Mayo Clinic, Dr. E.C. Rosenow, recorded in the *Mayo Collected Papers*, Vol. II, p. 92, that he found "the vaccine serums injected into guinea pigs tended to localize in the lungs." Even the Surgeon-General of the U.S. Army innocently recorded in a 1918-1919 report that "for all officers and enlisted men, Americans and native troops in all countries where United States troops were serving, tuberculosis of the lungs was the leading cause for discharge; and among American troops at home and abroad there

ASAP Solution is the only silver solution product of this type that has been able to be filed with the FDA for drug approval.

ASAP Solution has just passed the US-EPA tests for water treatment and also as a hard surface disinfectant.

The ASAP Solution is the only colloidal silver approved by an international health consortium for use as both an antibiotic alternative in its hospitals and also for use in their water

were 31,106 hospital admissions for pulmonary tuberculosis, with 1,114 deaths, in the period of this country's participation in the World War."

Anne Riley Hale wrote in her book, *Medical Voodoo*, 1935, p. 38:

"As everyone knows, the world has never witnessed such an orgy of vaccination and inoculation of every description as was inflicted by army-camp doctors upon soldiers of the World War. Join with this the fact that the amazing disease and death toll among them occurred among 'the picked men of the nation' - supposedly the most robust, resistant class of all, who presumably brought to the service each a good pair of lungs, since they must have passed a rigid physical examination by competent medical men...the highest death rate from tuberculosis, and the greatest discharge from the army because of tuberculosis, were among American troops in the camps at home who never got across the seas and whose disabilities could not therefore be chargeable to gas-bombs and trench warfare."

## Naturopathic approach to TB

The medical community considers active tuberculosis a death sentence but this is simply NOT the case. Basic naturopathic principles of detoxification, oxygenation and hydration can be successfully applied in the treatment of tuberculosis.

In Christopher Hobb's book *Usnea: The Herbal Antibiotic*, usnea is cited as being very effective in the treatment of TB. In fact, usnic acid, one active component in *usnea*, was proven to be more effective than penicillin in the treatment of TB and other pathogenic organisms. Usnic acid completely inhibited the growth of TB in dilutions as great as one in 50,000 and weakened the bacillus growth at dilutions of up to one in 2 million. Usnic acid has also inhibited the growth of Staphylococcus. *Streptococcus and pneumonococcus* at dilutions of one part to 20,000.

Usnea is a lichen that grows on trees throughout the northern hemisphere. It is often referred to as Old Man's Beard, hanging in gray-green strands from pine, oak, and Douglas fir trees. Proven clinical uses of Usnea include: Athlete's foot, various fungal infections, acute bacterial infections, *lupus erythematosus, trichomonas*, ringworm, urinary tract infections, colds and flu, bronchitis, pleurisy, pneumonia, sinus infection and TB.

Usnea is also superior to the drug Flagyl (metronidazole) which is commonly used in the treatment of trichomonas -- a parasite that causes a serious infection of the uterine cervix. Although Flagyl is the commonly prescribed drug for the treatment of trichomonas infection, it can also cause cancer. After oral administration of Flagyl, it makes its way into the bloodstream, cerebrospinal fluid and breast milk. Nursing mothers should strictly avoid this drug. (Physician's Desk Reference, 1983, p.1874)

Bottom line, AVOID ALL PHARMACEUTICAL DRUGS.

Consult with a naturopath if you need help in dealing with a difficult health problem. Consider taking Sheri Nakken's online homeopathy course. http://www.nccn.net/~wwithin/homeo.htm

treatment units in Africa, South America, and Asia. An old–time anti-biotic with a modern technology.

ASAP Solution has been tested on anthrax bacteria and found effective.

*click on picture for more information*

*Order Online*
*http://www.springwellness.com*
*Or Call 1(800)519-1501*
*Use ID# 3368/Kay or 204/Allen*
1(541)592-6652
whiteaglesoaring@yahoo.com

Build up your herbal pharmacy and order a few books from
www.azurestandard.com The one we highly recommend is Louise Tenny's
*Today's Herbal Health.*

And, finally, stand tall for medical freedom. It is SO important to challenge
the status quo on ALL "required" injections and call it what it is -- forced
medical experimentation -- a legalized form of bio-terrorism.



|  | Miracle II is taking the nation by storm with *new scientific technology*! Think about all of the products in your household that you use for cleaning, hygiene and health. Replace all of them with completely natural products at less cost to you. Be proactive when it comes to your family's safety and wellness. |
|---|---|

Disclaimer: The statements on www.the7thfire.com have not been evaluated by the FDA.
These products are not intended to diagnose nor treat nor cure any disease or illness.



American **Gold** and **Silver** Currency is Back!
*Click here for The Liberty Dollar at a discount!*

Free DHTML scripts provided by
Dynamic Drive

**Attachment**



**pb11.doc**
.doc file

PLAINTIFF EXHIBIT-C

CIVIL ACTION NO. 07-915 (JR)

PLAINTIFF COPY OF PROGRAM STATEMENT 3420.06

3420.06
Page 4
November 5, 1991

professional manner.  Below are several types of behavior that cannot be tolerated within a prison environment.

a.  The use of illegal drugs or narcotics or the abuse of any drug or narcotic is strictly prohibited at any time. Use of alcoholic beverages while on duty or immediately prior to reporting for duty, or being under the influence of alcohol while on duty, are prohibited.

b.  Employees shall not allow themselves to show partiality toward or become emotionally, physically, sexually or financially involved with inmates, former inmates, or the families and friends of inmates and former inmates.

(1)  An employee shall not offer or give to an inmate or a former inmate or any member of his/her family, or to any person known to be associated with an inmate or former inmate, any article, favor, or service, which is not authorized in the performance of the employee's duties. Neither shall an employee accept any gift, personal service or favor from an inmate or former inmate, or from anyone known to be associated with or related to an inmate or former inmate.

(2)  No employee shall show favoritism or give preferential treatment to one inmate, or group of inmates, over another.

(3)  Brutality, physical violence, or intimidation of inmates by employees will not be permitted, nor will force be used beyond that necessary to subdue an inmate. Further, employees may never strike a restrained inmate.

(4)  Use of obscene or verbally abusive language by employees when communicating with inmates or others will not be tolerated. Employees will conduct themselves in a manner which will not be demeaning to inmates, former inmates, their families or friends, or others.

(5)  An employee who becomes involved in a set of circumstances as described above (or any situation that might give the appearance of improper involvement with inmates or former inmates or the families and friends of inmates and former inmates) must report the contact in writing, to the CEO. This includes, but is not limited to, telephone calls or written communications outside the normal scope of employment.  The employee will then be instructed as to the appropriate course of action.

| Nature of offense | | | | | |
|---|---|---|---|---|---|
| 21. Physical abuse of an inmate. | In determining the severity of penalty of the circumstances of the incident (was the employee's actions totally unwarranted) should be given more consideration than the presence or absence of physical injury. | Official reprimand to removal. | 14-day suspension to removal. | Removal. | 2 years. |
| 22. Disrespectful conduct; use of insulting, abusive or obscene language to or about others. | Includes verbal abuse of inmates, ex-inmates, their families or friends. | Official reprimand to removal. | 15-day suspension to removal. | Removal. | 2 years. |
| 23. Loss of temper in the presence of inmates, former inmates, their families or friends. | Potential of creating a disturbance is a primary consideration in determining severity of penalty. | Official reprimand to removal. | 5-day suspension to removal. | 14-day suspension to removal. | 2 years. |
| 24. Refusal to cooperate in any official U.S. Govt inquiry or investigation, including a refusal to answer work related questions or attempting to influence others involved in the inquiry. other proper proceeding. | Includes administrative or criminal investigation, grievance inquiry, EEO investigation, and any other administrative inquiry. | Official reprimand to removal. | 15-day suspension to removal. | Removal. | 2 years. |

FROM OPERATIONS MEMORANDUM NUMBER 151.90(5510)
                              DATE: OCT. 5,1990
                              SUBJ: CONTROL OF INMATES


"Inmates are sentenced to confinement as punishment; they are not
confined for punishment unless provided for by law and regulation.
Hazing, harrassment, unnecessary restrictions and deprivations <u>AND
DEMEANING TREATMENT SERVE NO PURPOSE AND ARE PROHIBITED.</u> The
friction they cause creates tension between staff and inmates and
leads to acts of aggression, retaliation, and serious individual
or mass disturbances. <u>OFFENDERS FORCED TO COMPLY WITH UNREASONABLE
AND UNNECESSARY ROUTINES LOSE RESPECT FOR THE AUTHORITY WHICH
IMPOSES THEM.</u>"


<u>ACA STANDARDS C2-4053 AND C2-4172 ARE REFERENCED.</u>