UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DENARD D. NEAL,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 07-915 (JR) |
| ) | |
| **HARRELL WATTS,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

### DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO OPPOSE AND REPLY PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

Pursuant Fed. R. Civ. P. 6(b)(1), Defendants through counsel, respectfully request an enlargement of time to file an opposition and reply to Plaintiff's Motion for Summary Judgment and Opposition to Defendant's Motion to Dismiss. In support of this motion, Defendant states the following:

1. Defendant filed a motion to dismiss on August 24, 2007, and Plaintiff filed a Motion for Summary Judgment and opposition to Defendant's motion on December 21, 2007.

2. Defendants are seeking up to and including February 4, 2008, to file an opposition and reply to Plaintiff's Motion for Summary Judgment and Opposition to Defendant's Motion to Dismiss, respectively.

3. The undersigned respectfully requests the additional time in light of the holidays and to consult with Agency counsel.

4. Since he is incarcerated, it is impracticable for the undersigned to confer with

Plaintiff about the within Motion.[1]

WHEREFORE, Defendant respectfully requests that this enlargement be granted. A minute order is respectfully requested.

Dated: December 31, 2007     Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
KENNETH ADEBONOJO
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4212
Washington, D.C. 20530
(202) 514-7157

COUNSEL FOR DEFENDANTS

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss non-dispositive motions with "opposing *counsel*" and nonprisoner pro se parties.

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Defendants' Motion for an Enlargement of Time file opposition to and reply Plaintiff's Motion for Summary Judgment and opposition to Defendant's Motion to Dismiss was mailed by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

Denard Darnell Neal
Reg. No. 23843-008
USP Atwater
U.S. Penitentiary
P.O. Box 019001
Atwater, CA 95301

on this 31st day of December, 2007

_____/s/_____
KENNETH ADEBONOJO