UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DENARD D. NEAL, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|         v. | )  Civil Action No. 07-915 (JR) |
| | ) |
| HARRELL WATTS, | ) |
| | ) |
|     Defendant. | ) |

**DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO OPPOSE AND REPLY PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

Pursuant Fed. R. Civ. P. 6(b)(1), Defendants through counsel, respectfully request an enlargement of time to file an opposition and reply to Plaintiff's Motion for Summary Judgment and Opposition to Defendant's Motion to Dismiss. In support of this motion, Defendant states the following:

1. The undersigned has recently been embroiled in a matter that required the nearly simultaneous filing of an emergency stay in District and Circuit Court. Also, the undersigned was in depositions this week and has a Circuit brief due on February 6, 2008, in a case where opposing counsel sought expedited briefing. Thereafter, also due are opposition to a Motion for Summary Judgment in a Title VII case and a Cross-Motion for Summary Judgment in an ex poste facto violation case involving several plaintiffs.

2. Defendant's Opposition and Reply to Plaintiff's Motion for Summary Judgment and Opposition to Motion to Dismiss is due on February 4, 2008.

3. Defendants are seeking up to and including February 29, 2008, to file an

opposition and reply to Plaintiff's Motion for Summary Judgment and Opposition to Defendant's Motion to Dismiss, respectively.

4. Since he is incarcerated, it is impracticable for the undersigned to confer with Plaintiff about the within Motion.[1]

WHEREFORE, Defendant respectfully requests that this enlargement be granted. A minute order is respectfully requested.

Dated: February 1, 2008               Respectfully submitted,

 /s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

 /s/
RUDOLPH CONTRERAS, D.C. BAR #  434122
Assistant United States Attorney

 /s/
KENNETH ADEBONOJO
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4212
Washington, D.C. 20530
(202) 514-7157

COUNSEL FOR DEFENDANTS

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss non-dispositive motions with "opposing *counsel*" and nonprisoner pro se parties.

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Defendants' Motion for an Enlargement of Time file opposition to and reply Plaintiff's Motion for Summary Judgment and opposition to Defendant's Motion to Dismiss was mailed by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

Denard Darnell Neal
Reg. No. 23843-008
USP Atwater
U.S. Penitentiary
P.O. Box 019001
Atwater, CA 95301

on this 1st day of February, 2008

_____/s/_____
KENNETH ADEBONOJO