UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
FEB 0 7 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DENARD D. NEAL, )
 )
    Plaintiff, )
 )
    v. ) Civil Action No. 07-915 (JR)
 )
HARRELL WATTS, )
 )
    Defendant. )
 )

### ORDER

This matter having come before this Court on Defendant's Motion for an Enlargement of Time to Oppose and Reply Plaintiff's Motion for Summary Judgment and Opposition to Defendant's motion to dismiss, it is hereby

**ORDERED** that Defendant's motion is **GRANTED**. It is further

**ORDERED** that Defendant shall file Opposition to Plaintiff's Motion for Summary Judgment and Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss on or before February 29, 2008.

SO ORDERED this 7th day of February, 2008.

JAMES ROBERTSON
United States District Judge