MAR 14 2008

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

DOCKET NO. 1:07-cv-915 JR

Denard-Darnell: Neal,

Petitioner,

Vs.

Harrell Watts,

Respondent.

**RECEIVED**

FEB 1 9 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

---

PETITIONER MOTION FOR STATUS OF CASE:

PETITIONER MOTION FOR DEFAULT JUDGMENT:

------------------------------------------------

I, Denard-Darnell, sui juris, of the Neal Family, in my capacity as the Secured Party/Creditor, Holder-In-Due-Course, Trade Name Owner, Record Owner, International Protected MAN upon the soil of Iowa Republic, Illinois Republic, Florida Republic, and beneficiary of the Original Jurisdiction, do present this document by Affidavit, Waving no Powers, Rights or Immunities by use of Private, copyrighted statutes, absent assent and proven by contract affixed with my proper signature and seal.

STATEMENT OF FACTS

1.) The Respondent has requested an extension of time to resolve issues and rebut Petitioner brief, the court granted the request for extension of time, which expired on February 2, 2008.

2.) Petitioner state, that the expired date February 2, 2008,

has come and gone and yet as of February  , 2008, the Petitioner has yet to receive the respondent brief and/or a request for extension of time made by the respondent, thereby the respondent has either defaulted or intentionally refuse to provide the Petitioner with a copy of the respondent brief in hopes of the Court finding Petitioner in default.

3.) Petitioner state, that given the issues involved in the instant action and the liberty interest Petitioner has in this action Petitioner would urge the Court to move this action along.

## RELIEF SOUGHT

1.) Petitioner seek an order from the Clerk stating that the Respondent has default to Petitioner and that such order be enter into the Court Record.

## CONCLUSION

I, Denard-Darnell: Neal, sui juris, the Secured Party/Petitioner herein, Sovereign American with standing do present this "Motion For Default Judgment" base on the above mentioned statements of facts.

## S O V E R E I G N   O A T H

I, Denard-Darnell, sui juris, of the Neal Family, being a Sovereign American, do DECLARE upon My Word of Honor that the above mentioned is True, to the Best of My Knowledge and Belief; also, this Sovereign American DOES SWEAR under the Pains and Penalties of Perjury, under True California Law, as well as the Laws of the united States of America; and, as a Secured Party and Creditor, I DO give freely of my Unlimited

Commercial oath, without Dishonor and without Prejudice, that these documents are True, Correct, complete, and Not Meant to Mislead, before Yahweh Almighty.

DATED this 13th day of February 2008.

By: *Denard-Darnell: Neal, Without PreJudice*

Denard-Darnell: Neal, Without Prejudice

23843-008, Sovereign American, Sui Juris

UNITED STATES PENITENTIARY

P.O. BOX 019001

Atwater, California. 95301