UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DENARD DARNELL NEAL, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-0915 (JR) |
| HARRELL WATTS, | ) |
| Defendant. | ) |

### DISMISSAL ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendant Harrell Watts' motion to dismiss [Dkt. #11] is **GRANTED**.

It is further

**ORDERED** that plaintiff's motion for summary judgment [Dkt. #22] is **DENIED** as moot. It is further

**ORDERED** that this civil action is **DISMISSED WITH PREJUDICE**.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

**SO ORDERED**.


JAMES ROBERTSON
United States District Judge