UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

CIVIL ACTION NO. 07-915   (JR)


Denard-Darnell: Neal,

   Plaintiff,

   Vs.

Harrell Watts,

   Defendant.

---

PLAINTIFF NOTICE OF APPEAL

------------------------------------------------

Notice is hereby given that Denard-Darnell: Neal, Plaintiff in the above entitled matter, appeals to the United States Court of Appeals for the Circuit of Columbia from the final judgment entered in this action on March 26, 2008.


Dated: April 13, 2008.

*Denard-Darnell: Neal, Without PreJudice*

Denard-Darnell: Neal

23843-008

P.O. BOX 019001

UNITED STATES PENITENTIARY

AWATER, CALIFORNIA. 95301

**RECEIVED**

APR 1 7 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT