UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

DOCKET NO. 07-0915 (JR)

Denard-Darnell: Neal,

    Plaintiff,

Vs.

Harrell Watts,

Respondent.

---

PLAINTIFF MOTION TO PROCEED ON

APPEAL IN FORMA PAUPERIS

----------------------------------------

I, Denard-Darnell: Neal, am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees or costs or give security therefor, I state that because on my poverty I am unable to pay the cost of said proceeding or to give security therefor, that I believe I am entitled to redress.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 27th day of May 2008.

*Denard-Darnell: Neal*

Denard-Darnell: Neal

23843-008

P.O. BOX 019001

UNITED STATES PENITENTIARY

Atwater, California. 95301

**RECEIVED**

MAY 2 9 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



Dear Clerk of Court,

Because of the on-going problem here at U.S.P. Atwater of mail tampering can the Clerk office please stamp this document with the Clerk Stamp as proof of receipt.

THANK YOU FOR YOUR TIME SERVICE!!!!

Date: *May 27, 2008*

*Denard-Darnell: Neal*

Denard-Darnell: Neal

23843-008

P.O. BOX 019001

UNITED STATES PENITENTIARY

Atwater, California. 95301