# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

MAY 30 2008

Denard-Darnell: Neal _____  USCA No. 08-5116

v.

Harrell Watts _____  USDC No. 07-0915 (JR)

## MOTION FOR LEAVE TO PROCEED
## ON APPEAL IN FORMA PAUPERIS

I, Denard-Darnell: Neal _____, declare that I am the

☒ appellant/petitioner ☐ appellee/respondent in the above-entitled proceeding. In support of this motion to proceed on appeal without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to prepay the costs of said proceeding or to give security therefor. My affidavit or sworn statement is attached.

I believe I am entitled to relief. The issues that I desire to present on appeal/review are as follows: (*Provide a statement of the issues you will present to the court. You may continue on the other side of this sheet if necessary.*) 1.) The Bureau of Prison lack Authority to force F.R.P. collection; 2.) The Bureau of Prisons cannot impose sanction upon Petitioner for failure to participate in the voluntary F.R.P.; 3.) The Bureau of Prison can not force dangerous T.B. shots (test) upon Petitioner, and to Do so constitute medical assault upon Petitioner Body.

Signature *Denard-Darnell: Neal*
Name of *Pro Se* Litigant (PRINT) Denard-Darnell: Neal - 23843-008
Address P.O. Box 019001, Atwater California, 95301

---

Submit original with a certificate of service to:

> Clerk of Court
> United States Court of Appeals
>   for the District of Columbia Circuit
> E. Barrett Prettyman U.S. Courthouse, Room 5523
> 333 Constitution Avenue, N.W.
> Washington, DC 20001

[USCADC Form 53 (Jul 2007)]                -1-

# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

Received Mail Room
MAY 30 2008

Denard-Darnell: Neal

USCA No. 08-5116

v.

Harrell Watts

USDC No. 07-0915 (JR)

## AFFIDAVIT ACCOMPANYING MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

**Signed:** Denard-Darnell: Neal, UCC 1-308    **Date:** May 20, 2008

**My issues on appeal are:**

[USCADC Form 53a (Rev. Jul 2007)]     -1-

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ N/A | $ N/A | $ N/A | $ N/A |
| Self-employment | $ N/A | $ N/A | $ N/A | $ N/A |
| | You | Spouse | You | Spouse |
| Income from real property (such as rental income) | $ n/a | $ n/a | $ n/a | $ n/a |
| Interest and dividends | $ n/a | $ n/a | $ n/a | $ n/a |
| Gifts | $ n/a | $ n/a | $ n/a | $ n/a |
| Alimony | $ n/a | $ n/a | $ n/a | $ n/a |
| Child support | $ n/a | $ n/a | $ n/a | $ n/a |
| Retirement (such as social security, pensions, annuities, insurance) | $ n/a | $ n/a | $ n/a | $ n/a |
| Disability (such as social security, insurance payments) | $ n/a | $ n/a | $ n/a | $ n/a |
| Unemployment payments | $ n/a | $ n/a | $ n/a | $ n/a |
| Public-assistance (such as welfare) | $ n/a | $ n/a | $ n/a | $ n/a |
| Other (specify): n/a | $ n/a | $ n/a | $ n/a | $ n/a |
| Total monthly income: | $ n/a | $ n/a | $ n/a | $ n/a |

2. List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| n/a | n/a | n/a | n/a |
| n/a | n/a | n/a | n/a |
| n/a | n/a | n/a | n/a |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| n/a | n/a | n/a | n/a |
| n/a | n/a | n/a | n/a |

4. How much cash do you and your spouse have? $ n/a

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| n/a | n/a | $ n/a | $ n/a |
| n/a | n/a | $ n/a | $ n/a |
| n/a | n/a | $ n/a | $ n/a |

**If you are a prisoner, seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home (Value) | Other real estate (Value) | Motor vehicle #1 n/a (Value) |
|---|---|---|
| n/a | n/a | Make & year: n/a |
| n/a | n/a | Model: n/a |
| n/a | n/a | Registration #: n/a |

Motor vehicle #2 n/a (Value)
Make & year: n/a
Model: n/a
Registration #: n/a

| Other Assets (Value) | Other Assets (Value) |
|---|---|
| n/a | n/a |
| n/a | n/a |
| n/a | n/a |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| n/a | n/a | n/a |
| n/a | n/a | n/a |
| n/a | n/a | n/a |

7. State every person, business, or organization to whom you or your spouse owes money, the nature of the indebtedness, and the amount owed.

| Person to whom you or your spouse owe money | Nature of indebtedness (e.g., mortgage, credit card) | Amount owed by you | by spouse |
|---|---|---|---|
| n/a | n/a | n/a | n/a |
| n/a | n/a | n/a | n/a |
| n/a | n/a | n/a | n/a |
| n/a | n/a | n/a | n/a |
| n/a | n/a | n/a | n/a |
| n/a | n/a | n/a | n/a |

8. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| n/a | n/a | n/a |
| n/a | n/a | n/a |
| n/a | n/a | n/a |

9. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $ N/A | $ N/A |

Are real-estate taxes included?   [ ] Yes   [X] No
Is property insurance included?   [ ] Yes   [X] No

|  | You | Spouse |
|---|---|---|
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ n/a | $ n/a |
| Home maintenance (repairs and upkeep) | $ n/a | $ n/a |

[USCADC Form 53a (Rev. Jul 2007)]                    -4-

|  | You | Spouse |
|---|---|---|
| Food | $ n/a | $ n/a |
| Clothing | $ n/a | $ n/a |
| Laundry and dry-cleaning | $ n/a | $ n/a |
| Medical and dental expenses | $ n/a | $ n/a |
| Transportation (not including motor vehicle payments) | $ n/a | $ n/a |
| Recreation, entertainment, newspapers, magazines, etc. | $ n/a | $ n/a |
| Insurance (not deducted from wages or included in mortgage payments) | $ n/a | $ n/a |
|   Homeowner's or renter's | $ n/a | $ n/a |
|   Life | $ n/a | $ n/a |
|   Health | $ n/a | $ n/a |
|   Motor Vehicle | $ n/a | $ n/a |
|   Other: n/a | $ n/a | $ n/a |
| Taxes (not deducted from wages or included in mortgage payments) (specify): n/a | $ n/a | $ n/a |
| Installment payments | $ n/a | $ n/a |
|   Motor Vehicle | $ n/a | $ n/a |
|   Credit card (name): n/a | $ n/a | $ n/a |
|   Department store (name): n/a | $ n/a | $ n/a |
|   Other: n/a | $ n/a | $ n/a |
| Alimony, maintenance, and support paid to others | $ n/a | $ n/a |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ n/a | $ n/a |
| Other (specify): n/a | $ n/a | $ n/a |
| Total monthly expenses: | $ n/a | $ n/a |

10. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?     [ ] Yes   [X] No

If yes, describe on an attached sheet.

11. Have you paid—or will you be paying—an attorney any money for services in connection with this case, including the completion of this form?     [ ] Yes   [X] No

If yes, how much? $ __n/a__

If yes, state the attorney's name, address, and telephone number:
_____n/a_____
_____n/a_____
_____n/a_____

12. Have you paid—or will you be paying—anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?     [ ] Yes   [X] No

If yes, how much? $ __n/a__

If yes, state the person's name, address, and telephone number:
_____n/a_____
_____n/a_____
_____n/a_____

13. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

14. State the address of your legal residence.
_____n/a_____
_____n/a_____
_____n/a_____

Your daytime phone number: (_n/a_) __n/a__
Your age: __45__   Your years of schooling: __n/a  G.E.D.__

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

DOCKET NO. 07-0915 (JR)


Denard-Darnell: Neal,

    Plaintiff,

Vs.

Harrell Watts,

Respondent.

---

PLAINTIFF MOTION TO PROCEED ON

APPEAL IN FORMA PAUPERIS

----------------------------------------

I, Denard-Darnell: Neal, am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees or costs or give security therefor, I state that because on my poverty I am unable to pay the cost of said proceeding or to give security therefor, that I believe I am entitled to redress.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 27th day of May 2008.

*Denard-Darnell: Neal*

Denard-Darnell: Neal

23843-008

P.O. BOX 019001

UNITED STATES PENITENTIARY

Atwater, California. 95301

08-5116

# CERTIFICATE OF SERVICE

I, **Denard-Darnell: Neal**, hereby certify that I have served a true and correct copy of the following:

**Motion To United States District Court, District of Columbia To Proceed on Appeal in Forma Pauperis.**

Which is deemed filed at the time it was delivered to prison authorities for forwarding, <u>Houston v. Lack</u>, 101 L.Ed.2d 245 (1988), upon the defendant/defendants and or his attorney/attorneys of record, by placing same in a sealed, postage prepaid envelope addressed to:

Clerk of Court
United States District Court
For the District of Columbia
U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001

and deposited same in the United States Mail at **United States Penitentiary Atwater**

I declare, under penalty of perjury (Title 28 U.S.C. §1746), that the foregoing is true and correct.

Dated this **26th** day of **May**, 20**08**.

**Denard-Darnell: Neal, 23843-008**
**P.O. Box 019001; United States Penitentiary**
**Atwater, California. 95301**

Dear Clerk of Court,

Because of the on-going problem here at U.S.P. Atwater of mail tampering can the Clerk office please stamp this document with the Clerk Stamp as proof of receipt.

THANK YOU FOR YOUR TIME SERVICE!!!!

Date: May 27, 2008

*Denard-Darnell: Neal*

Denard-Darnell: Neal

23843-008

P.O. BOX 019001

UNITED STATES PENITENTIARY

Atwater, California. 95301